# In the United States Court of Federal Claims

**NOTICE**

**No. 05-608C**

**FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON**

**v**

**UNITED STATES OF AMERICA**

**Clerk's Office**
**Washington, D.C., June 8, 2005**

To Attorney of Record, Assistant Attorney General and Judge Emily C. Hewitt:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the Southern District of California, No. 02-cv-2243, consisting of nine bound volumes.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**S/Brian Bishop**
**Brian Bishop, Clerk of the Court**