ORIGINAL

FILED
JUN 8 2005
U.S. COURT OF FEDERAL CLAIMS

ECF

FILED
FEB 3 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFFS
FRANCISCO JAVIER RIVERA AGREDANO and
ALFONSO CALDERON LEON

05- 608C

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA/DEPARTMENT OF THE TREASURY/U.S. CUSTOMS SERVICES and EG&G INC., A corp., status unknown; MCCORMACK AUCTION COMPANY, status unknown | CASE NO. 02CV2243B (NLS)<br><br>STIPULATION TO TRANSFER AND DISMISS APPEAL<br><br>AND ORDER THERE ON<br><br>Ctrm: 2<br>HON. RUDI M. BREWSTER |

The parties to the above entitled action, by and through their attorneys of record, hereby stipulate and request relief from the Court as follows:

1. Plaintiffs shall dismiss the Appeal filed in this matter and pending as Ninth Circuit Court of Appeal number 04-57035 without prejudice.

2. A Sixth Amended Complaint containing contract claims only shall be filed. The Sixth Amended Complaint shall contain the following causes of action:

92

ENTERED ON MAR 18 2005

(a) Breach of Contract;

(b) Breach of Implied Warranty;

(c) Breach of Covenant of Good Faith and Fair Dealing.

3. The Sixth Amended Complaint shall be transferred to the United States Court of Federal Claims in Washington, D.C.

4. Each party shall retain the right to assert any and all rights, defenses, claims, or contentions that otherwise exist and no waiver or limitation on any such rights, defenses, claims or contentions is intended or implied in this stipulation.

IT IS SO STIPULATED:

DATED: 1-29-05

SUPPA, TRUCCHI, AND HENEIN

TERESA TRUCCHI
ATTORNEY FOR PLAINTIFFS
FRANCISCO JAVIER RIVERA
AGREDANO and ALFONSO CALDERON
LEON

DATED: 1/24/05

CAROL C. LAM
United States Attorney

TIMOTHY STUTLER
Assistant U.S. Attorney

ORDER

IT IS ORDERED that:

1. Plaintiffs shall dismiss the Appeal filed in this matter and pending as Ninth Circuit Court of Appeal number 04-57035 without prejudice.

2. A Sixth Amended Complaint containing contract claims only shall be filed. The Sixth Amended Complaint shall contain the following causes of action:

(a) Breach of Contract;

(b) Breach of Implied Warranty;

(c) Breach of Covenant of Good Faith and Fair Dealing.

3. The Sixth Amended Complaint shall be transferred to the United States Court of Federal Claims in Washington, D.C.

4. Each party shall retain the right to assert any and all rights, defenses, claims, or contentions that otherwise exist and no waiver or limitation on any such rights, defenses, claims or contentions is intended or implied in this stipulation.

DATED:

**IT IS SO ORDERED.**

**DATED** 2-3-05

[signature]

**UNITED STATES DISTRICT JUDGE**

RUDI M. BREWSTER

UNITED STATES DISTRICT JUDGE

MAR 8 2005

[signature]

CASE NAME: RIVERA v. U.S. CUSTOMS et. al.
CASE NO.: 02CV2243B (NLS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**DECLARATION OF SERVICE BY MAIL**

I, the undersigned, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 3055 India Street; San Diego, CA 92103.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following document(s):

**DECLARATION OF PLAINTIFF'S COUNSEL RE: STIPULATION TO TRANSFER AND DISMISS APPEAL**

SUPPA, TRUCCHI & HENEIN, LLP
Attorneys at Law
3055 India Street
San Diego, CA
92103-6013
(619) 297-7330
FAX: (619) 297-9658

by placing a copy thereof in a separate envelope for each addressee named hereafter, addressed to each addressee respectively, as follows:

Timothy Stutler
Assist. U.S. Attorney
OFFICE OF THE U.S. ATTORNEY
SOUTHERN DISTRICT OF CALIFORNIA
880 Front Street, Rm. 6293
San Diego, CA 92101
**ATTORNEY FOR THE UNITED STATES OF AMERICA**

Anna Roppo
DUCKOR, SPRADLING, AND METZGER
401 West A Street; Ste. 2400
San Diego, CA 92101
**ATTORNEY FOR EG&G, INC.**

William Rathbone
GORDON AND REES, LLP
101 West Broadway, Ste. 1600
San Diego, CA 92101
**ATTORNEY FOR MCCORMACK AUCTION**

I then sealed each such envelope and, with first class postage fully prepaid, placed each for collection and mailing at San Diego, California, on January 31, 2005, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 31, 2005, ~~at San~~ Diego, CA.

TERESA TRUCCHI

SUPPA, TRUCCHI & HENEIN, LLP
Attorneys at Law
3055 India Street
San Diego, CA
92103-6013
(619) 297-7330
FAX: (619) 297-9658