IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON, Plaintiffs, | ) | |
| v. | ) | No. 05–608C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 days, to and including September 30, 2005, within which to file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due August 16, 2005. This is defendant's first request for an enlargement of time for this purpose. When counsel for defendant attempted to contact counsel for plaintiff, he was informed that counsel for plaintiff was out of the office on vacation. Thus, we are unable to state whether plaintiff opposes our request for an enlargement of time for this purpose.

Plaintiff's case was transferred to this Court from the Federal District Court for the Southern District of California on June 8, 2005. Plaintiff filed its complaint in this Court on June 17, 2005. Upon receipt of the complaint, defendant promptly sent a copy to the Department of Homeland Security ("DHS") with a

request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1]

The requested enlargement of time is required so that counsel for defendant may have sufficient time to obtain from agency counsel the suggested response to the complaint and related information regarding plaintiff’s claims. Once the required information and suggested response to the complaint are received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the suggested response to the complaint, obtain any additional information or clarification from DHS, and prepare and file the Government's response to the complaint.

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ PATRICIA M. McCARTHY
PATRICIA M. McCARTHY
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530

Tel: (202) 616-8253
Fax: (202) 307-0972

August 15, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on August 15, 2005, a copy of the foregoing “MOTION FOR ENLARGEMENT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS