# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: August 18, 2005)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO & ALFONSO CALDERON LEON | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Defendant's Motion for an Enlargement of Time, electronically filed August 15, 2005. Based on the representations contained therein, the court hereby GRANTS defendant's motion. On or before September 30, 2005 defendant shall file its response to plaintiffs' complaint.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge