# STATE OF CALIFORNIA
# STATEMENT OF FACTS

(b) (7) (C) (b) (6)

ARRESTEE: [redacted]
DATE OF ARREST: January 25, 2001
BOOKING NUMBER: [redacted] (b) (2)
SEIZURE NUMBER:
VIOLATIONS: H&S 11359 and H&S 11360(A)
NARCOTICS SEIZED: (b) (7) (C) 59.5 lbs. (27.05 kgs.) Marijuana, 40 packages
ARRESTING OFFICER: (b) (2) [redacted], Special Agent, U.S. Customs Service
[redacted], 24-hour number: 1-800-973-2867
LENGTH OF EMPLOYMENT: October 1997 to the present (Prop. 115 qualified)
DATE OF REPORT: January 29, 2001

SYNOPSIS: (b) (7) (C) (b) (6)

On January 25, 2001, at approximately 3:00 P.M., [redacted] entered the United States from Mexico at the San Ysidro, CA, Port of Entry. He was the driver and sole occupant of a 1987 Nissan Pathfinder bearing Baja California license plate [redacted]. During a secondary examination, Customs inspectors discovered 40 packages of marijuana concealed in the gas tank of [redacted] vehicle. The gross weight of the marijuana was 59.5 pounds. [redacted] waived his constitutional rights and admitted that [redacted] (b) (2) (b) (7) (C) (b) (6) (b) (6) (b) (7) (C) (b) (7) (

[redacted] was arrested for violations of California state narcotics laws and transported to San Diego County Jail. The contraband and vehicle were seized by Customs inspectors under seizure no. [redacted] (b) (6) (b) (2)

VIOLATIONS:
H&S 11359, Possession of Marijuana for Sale
H&S 11360(A), Transportation of Marijuana

DETAILS OF INVESTIGATION: (b) (7) (C)

PRE-PRIMARY CANINE ALERT (b) (7) (C)
On the afternoon of January 25, 2000, Canine Enforcement Officer [redacted] was conducting vehicle inspections in the pre-primary area of the San Ysidro, CA, Port of Entry. At approximately 3:00 P.M., [redacted] observed a green 1987 Nissan Pathfinder enter the U.S. from Mexico. The Nissan bore temporary Baja California license plate number [redacted] (t The driver and sole occupant of the Pathfinder was later identified as [redacted]

(b) (7) (C) (b) (7) (C)

...t of Justice
...ment Administration

Read instructions on reverse before completing.

## REPORT OF DRUG PROPER... ( ...LECTED, PURCHASED OR SEIZED

OBTAINED (Check) [ ] Purchase [X] Seizure [ ] Free Sample [ ] Lab. Seizure [ ] Money Flashed [ ] Compliance Sample (Non-Criminal) [ ] Internal Body Carry [ ] Other (Specify)

2a. FILE NO. (b) (2) [redacted]

2b. PROGRAM CODE

3. G-DEP ID (b) (7) (C)

4. WHERE OBTAINED (City, State/Country): Ysidro, CA, Port of Entry

4b. DATE OBTAINED: January 25, 2001

5. FILE TITLE [redacted] (b) (6)

5a. REFERRING AGENCY (Name): U.S. Customs Service (b) (2)

6b. REFERRAL [X] Case No. OR [ ] Seizure No. No. [redacted]

7. DATE PREPARED: January 30, 2001

8. GROUP NO. [redacted] (b) (2)

| 9. Exhibit No. | 10 FCIN (3 characters) | 11 ALLEGED DRUGS | MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY 13. Seized | 14. Submitted | Purchase Cost |
|---|---|---|---|---|---|---|
| 1 | | MARIJUANA | Bulk (40 packages) | 27.05 kgs. | | |
| 1A-1K | | MARIJUANA | 1 representative sample of | | [illegible] grams | |
| | | | a green leafy substance | | | |
| | | | wrapped in cellophane taken | | 6.4 (s) | |
| | | | from Ex. 1, and 10 randomly | | | |
| | | | selected core samples taken | | | |
| | | | from Ex. 1 | | | |
| | | | | | | |
| | | | | | | |

15. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ? [ ] NO (included above) [ ] YES (If Yes, enter exhibit no. and describe original container fully)

REMARKS:

STATE PROSECUTION -- SOUTH BAY

On January 25, 2001, Customs inspectors at the San Ysidro, CA, Port of Entry seized Exhibit 1 from the gas tank of a 1987 Nissan Pathfinder bearing Baja California license plate [redacted] One of 40 packages was probed, yielding a green leafy substance which field tested positive for marijuana. (b) (2)

(b) (7) (C) (b) (7) (C) (b) (7) (C)

17. SUBMITTED BY SPECIAL AGENT (Signature) [redacted] SA USCS [redacted]

18. APPROVED BY [redacted] 1/30/01

(b) (7) (C)

### LABORATORY EVIDENCE RECEIPT REPORT

19. NO. PACKAGES [redacted]

20. RECEIVED FROM (Signature & Date) [redacted] 2-8-01

21. Print or Type NAME and TITLE [redacted]

22. SEAL [ ] Broken [X] Unbroken [redacted] 2-8-01

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

(b) (7) (C) (b) (7) (C)

2001 JAN 30 P

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION 29. Strength | 30. Measure | 31. Unit | 32. AMT. OF PURE DRUG | 33 RESERVE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

34. ANALYST (Signature)

35. TITLE

36. DATE COMPLETED

37. APPROVED BY (Signature & Date)

38. TITLE

39. LAB. LOCATION

DEA Form - 7 (Sept. 1995)

Previous edition dated 4/30 may be used until stock is exhausted.

1 - Prosecution

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**No.** 2001250490000401003

# CUSTODY RECEIPT FOR RETAINED OR SEIZED PROPERTY

CIS Handbook No. HB 5200-09

| T | 2. SEIZURE NO. | 3. GENERAL ORDER NO. | 4. OTHER CONTROL NO. | 5. DATE RET/SEIZED |
|---|---|---|---|---|
| 2504 | 2001250490000401 | | | 01/25/2001 |

| 6. RETAINING/SEIZING OFFICER | 7. TELEPHONE NO. | 8. NAME & TYPE OF CARRIER | TIME OF DAY |
|---|---|---|---|
| MARILAO/J-CANINE ENFORCEMENT OFFICE | 619-671-8227 | | 16:00 |

| 9. NAME & ADDRESS OF OWNER/CARRIER/CONSIGNEE | 10. EIN/IRS NO. | 11. NO. OF PKGS. | 12. APPROX. WGT. |
|---|---|---|---|
| JOSE JIMENEZ CORONEL<br>CALLE ALMENDRA 3 VILLA FLORESTA C.P.<br>TIJUANA MX | 13. ENTRY NO. (WHB, IT, TE, OTHER (DESCRIBE)) | 14. SEAL OR OTHER ID NOS. (Bag, Tag, B/L, AWG)<br>15. IDENTIFYING MARKS PLACED ON SEIZURE | |

| 16. SECTION OF LAW VIOLATED OR REASON FOR RETENTION | 17. IS PROPERTY TO BE HELD AS EVIDENCE? 1. YES - Give Line Item No(s). 2. NO | 18. REMARKS (INCL. RECOMMENDED TYPE STORAGE, IF APPLICABLE) |
|---|---|---|
| 18USC545<br>21USC952<br>19CFR162.45(A) | 2 | |

19. PORT DIRECTOR'S ADDRESS

9495 CUSTOMHOUSE PLAZA, RM# 324A, SAN DIEGO, CA 921547631

20. PROPERTY (By Line Item) Attach CF 58 if conveyance.

| a. LINE ITEM NO.* | b. DESCRIPTION | c. CONDITION | d. TYPE OF CONTAINER | e. U/M | f. QTY | g. APPRAISED DOMESTIC VALUE | h. HELD BY PORT |
|---|---|---|---|---|---|---|---|
| 003 | 1987 NISS PATHFINDER | | | EA | 1.00 | 5,000.00 | 2504 |
| | VIN: JN8HD16Y7HW029972 | | | | | | |
| | LIC: 547NVW7 | | | | | | |
| | 1987 NISS PATHFINDER 4X4 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

21. ACCEPTANCE/CHAIN OF CUSTODY

| a. DATE | b. BY - INDIVIDUAL, TITLE, ORGANIZATION | c. ITEM(S) | d. NO. OF UNITS | e. SIGNATURE |
|---|---|---|---|---|
| 01/25/2001 | MARILAO/J-CANINE ENFORCEMENT OFFICE, 619-690-8800 | 3 | 1 | [signature] |
| 1-28-01 | Jose R American Towing | 3 | 1 | [signature] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| NOTICE OF ABANDONMENT AND ABSENT TO FORFEITURE | I hereby abandon all claim to the above-described articles, line item(s) ____________, and waive any further rights or proceedings relative to these articles, other than my right to file a petition for administrative relief. | | |
|---|---|---|---|
| | a. Signature of Importer | b. Date | c. Witness (Customs Officer) | d. Date |

COPIES: OWNER/CARRIER/CONSIGNEE/VIOLATOR; RETAINING/SEIZING OFFICER; FP&F OFFICER; TRANSPORTATION; OTHER TRANSFERS OF CUSTODY

* For Additional Items Use CF 6051A.

Customs Form 6051 (120795)

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

# VEHICLE/VESSEL/AIRCRAFT INVENTORY AND RECEIPT

CIS Handbook No. HB 5200-09

| | | |
|---|---|---|
| 1. SEIZURE NO. (Derives from CF 151) 01250490000401 | 2. G.O. NO./LOCAL USE NO. | 3. DATE OF INVENTORY 01/25/2001 |
| 4. MAKE NISS | 5. MODEL PATHFINDER 4X4 | 6. COLOR GRY; 7. YEAR 1987 |
| 8. NO. OF CYLINDERS/ENGINES 6 | 9. ODOMETER READING (Speedometer/Hour Meter) 165814 | 10. SERIAL NO. (VIN) JN8HD16Y7HW029972 |
| 11. REGISTRATION & LICENSE NO. (Year and State) 547NVW7 2000 BA MX | | 12. FUEL ("X" One) ☑ Gas ☐ Diesel ☐ JP ☐ Other (Propelled) |
| 13. ENGINE SERIAL NO./NOS. | 14. LENGTH OF VESSEL/TRAILER (Both) | |

## TYPE OF CONVEYANCE ("X" Appropriate Box)

| 15. VEHICLE | | 16. VESSEL | | 17. AIRCRAFT | |
|---|---|---|---|---|---|
| A. Passenger (Body Style) SPORT UTILITY VEHICL | X | A. Motor Boat | | A. Helicopter | |
| | | B. Cabin Cruiser | | B. Fixed Wing | |
| B. Tractor | | C. Sail | | C. EQUIPMENT | |
| C. Trailer | | D. Hydro Foil | | (1) Oxygen | |
| D. Motorcycle | | E. Other | | (2) Pressurization | |
| E. Motorscooter | | F. EQUIPMENT | | (3) Log Books | |
| F. Bus (Passenger Capacity) | | (1) Liferaft | | (4) Air Frames | |
| | | (2) Radio Scanner | | (5) Engines | |
| G. Truck (Body Style & Mfg. Rated Capacity) | | (3) Depth Finder | | (6) Weight/Balance | |
| | | (4) Engines | | (7) Other | |
| H. Other | | (5) Life Jackets ____ No. | | | |
| | | (6) Other | | | |
| I. EQUIPMENT | | | | | |
| (1). Radio | ✓ | | | | |
| (2). Power Steering | | | | | |
| (3). Air Conditioner | ✓ | | | | |
| (4). Automatic Transmission | ✓ | | | | |
| (5). Other (Sun roof, CB, Tape deck, Hub caps, etc.) CD PLAYER | | | | | |

18. SPECIAL EQUIPMENT (Vessel/Aircraft)

| A. Type | B. No. | C. Make | D. Model | A. Type | B. No. | C. Make | D. Model |
|---|---|---|---|---|---|---|---|
| (1) VHF | | | | (7) DME | | | |
| (2) HF | | | | (8) Radar | | | |
| (3) UHF | | | | (9) Compass | | | |
| (4) CB | | | | (10) Transponder | | | |
| (5) Marine | | | | (11) Other | | | |
| (6) ADF | | | | | | | |

19. No. of Wheels: 4

20. BRAND & SIZE OF TIRES: MICHELIN 235-75/15

21. CONDITION OF CONVEYANCE (Note damage, dents, etc., any other defects at time of seizure—body, motor, tires, paint and interior. Give general description.)
TANK REMOVED

| | |
|---|---|
| 22. NAME & ADDRESS OF REGISTERED OWNER<br>JOSE JIMINEZ CORONEL<br>ALMENDRA CALLE 3 VILLA FLORESTA<br>TIJUANA, BA MX | 23. NAME & ADDRESS OF PERSON FROM WHOM SEIZED<br>JOSE JIMENEZ CORONEL<br>CALLE ALMENDRA 3 VILLA FLORESTA C.P.<br>TIJUANA MX |

| | | | |
|---|---|---|---|
| 24. NAME & ADDRESS OF LIENHOLDER | 25. VIOLATION FOR WHICH SEIZED<br>18USC545<br>21USC952<br>19CFR162.45(A) | 26. SEIZURE COST<br>Towing: $____<br>Other: $____ | 27. DATE SEIZED<br>01/25/2001 |
| 28. NAME & TITLE OF SEIZING OFFICER<br>MARILAO/J-CANINE ENFORCEMENT OFFICER-C | 29. TITLE & SIGNATURE OF INVENTORY OFFICER & DATE<br>[signature] 1-26-2001 | | |
| 30. NAME & ADDRESS OF GARAGE/STORAGE FACILITY<br>American Towing Inc.<br>3517 Main Street<br>Chula Vista CA 91911 | 31. RATE OF STORAGE COST | | 32. DATE STORED<br>1-28-01 |
| 33. TITLE & SIGNATURE OF PERSON RECEIVING CONVEYANCE AT GARAGE/STORAGE FACILITY<br>[signature] | | | 34. DATE RECEIVED<br>1-28-01 |

Previous editions are obsolete. Customs Form 58 (121191)

