1. SEACATS SEIZURE NO. 2001 2504 900004

2. AGENCY TRACKING NUMBER San Diego

3. DATE 08/08/01

4. DISPOSITION INSTRUCTIONS:

☐ REMIT
- ☐ Owner/Violator
- ☐ Authorized Agent
- ☐ Lienholder
- (Complete Block #6 & #7)

☑ SELL
- ☐ Export Only
- ☐ Quick Sale
- ☐ Interlocutory
- ☐ Court Directed

☐ TRANSFER
- ☐ To Treasury Agency
- ☐ Other Federal Agency
- ☐ State & Local Law Enforcement Agency
- ☐ Donation to Charitable Institution
- (Complete Block #6 & #7)

☐ DESTROY Attach Order to Destroy (Complete Block #6)

☐ MANIPULATION (Complete Block #6)

☐ OTHER (Complete Block #6)

☐ ASSET SHARING (Complete Block #6)

(858)279-5450

Contractor District Office Telephone Number

Lawrence A. Fanning, FPFO

FP&F OFFICER or OTHER AUTHORIZED AGENCY REPRESENTATIVE (PRINT)

for Carole L. Dillon

SIGNATURE

5. IDENTIFICATION OF PROPERTY ☐ ALL ITEMS IN SEIZURE ☐ ONLY SUB-LINE ITEMS LISTED BELOW ☐ ONLY LINE ITEMS LISTED BELOW ☐ PARTIAL LINE ITEM QUANTITY LISTED BELOW

| LINE ITEM NO. | DESCRIPTION | UNIT OF MEASURE | QUANTITY |
|---|---|---|---|
| 03 | 1987 Nissan Pathfinder | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

6. SPECIAL INSTRUCTIONS: ☐ WAIVE ALL COSTS ☐ WAIVE SCA ONLY--REASON:

~~Please remove compartments if necessary.~~

Compartment removed EB

7. RELEASE PROPERTY TO:

NAME OF AGENCY/ORGANIZATION: EG&G INC. TEL NO:

NAME OF INDIVIDUAL: 3954 Murphy Canyon Rd. Suite D-102

ADDRESS (CITY, STATE, ZIP CODE): San Diego, C

123 Caution: Property will be released ONLY to person named in block 7 unless an agent is authorized.

Approved agents must have proof of identification and a letter of authorization from person identified in block 7.

☐ Remit ☑ Sell ☐ Transfer ☐ Destroy ☐ Manipulate ☐ Other Drivers License or Passport Number:

8. DISPOSITION ACCOMPLISHED

Date Accomplished: 9-5-01 Charges Paid $: Sale Price Received $ 2,600

SUBCONTRACTOR NAME (PRINT) SIGNATURE [redacted] PERSON RECEIVING PROPERTY (PRINT) SIGNATURE

CONTRACTOR NAME (PRINT) SIGNATURE SEIZING AGENCY (PRINT) SIGNATURE

9. CONTRACTOR/SEIZING AGENCY AUTHENTICATION R.E. SCHAEFER, REGION DIRECTOR [signature] SEP 18 2001

NAME/TITLE (PRINT) SIGNATURE DATE

INSTRUCTIONS TO OWNER/LIENHOLDER: This property is in the custody of the U.S. Customs Service seized property contractor. Reimbursement of costs incurred by the Seizing Treasury Agency for property management services is required. These charges must be paid by cash or cashier's check. All cashier's checks must be made payable to "U.S. Customs Service/EG&G Agent." NOTE: Anyone acting as an agent of the owner/lienholder must have proof of identity and letter of authorization to claim the property. Personal checks, business checks, or money orders are not acceptable.

11 Mar 99

Upon authentication of the above disposition, return original copy to the issuing Seizing Agency Office to be filed in the official case file.

Canary - Contractor File, Pink - Person Receiving Seizure (Remittance, Transfers, & Donation), Goldenrod - Agency Suspense

1602

**PROPERTY IN CONTRACTOR CUSTODY - USE OF DISPOSITION ORDER**

Instructions to Seizing Agency Officer

BLOCK 1-SEACATS SEIZURE NUMBER

Enter the SEACATS generated seizure number also referred to as the FP&F Case Number

BLOCK 2-OTHER AGENCY TRACKING NUMBER

Enter the other agency tracking number also referred to as the AFTRACK number or other agency case number.

BLOCK 4-DISPOSITION INSTRUCTIONS

Check the appropriate box. Orders to destroy must be accompanied by CF 4613 or other agency order to destroy. Manipulations or other requests are ordered by checking the appropriate block and completing Block 6 with specific instructions.

BLOCK 5-IDENTIFICATION OF PROPERTY

When disposition instructions do not apply to all line items in a seizure, check the "Line Item" box or "Partial Quantity" box, as applicable, and prepare separate Disposition Orders for remaining line items as appropriate.

BLOCK 6-SPECIAL INSTRUCTIONS

Use this space to indicate special instructions regarding waiving all or partial holding costs, conditions of release, manipulations, procedures for supervision/documentation/prior notification of exportations/destructions, etc.

BLOCK 7-RELEASE PROPERTY TO

Indicate the name and address of the individual, company, institution, agency, or authorized agent to whom the property is remit ted or transferred. For retained property indicate the name of the receiving Treasury Agency office.

For walk-through remissions and transfers (recipient physically present), hand original to the owner/lienholder/agent/transferee AFTER reporting particulars to the contractor District Support Office. For other transactions mail original to the contractor District Support Office. Original is returned to the issuing Seizing Agency Office after disposition is accomplished.

Instructions to Contractor ( Vendor)

BLOCK 8-DISPOSITION ACCOMPLISHED

REMIT/TRANSFER/DONATION-Person releasing property is to indicate date of release, drivers license or passport number, amount of charges paid by person receiving property, and obtain signature of recipient.

DESTROY-Subcontractor performing the work certifies disposition accomplished, obtains signature of contractor official and, when required, the Agency witness.

SELL/OTHER/EXPORT-When an "Other" disposition or "Manipulation" is accomplished, contractor or sub-contractor signs and obtains, if required, signature of Agency witness. When property is sold, contractor sale manager will print name and sign over subcontractor block, indicate sale price received and date.

BLOCK 9-AUTHENTICATION

Signed by contractor or seizing agency representative, original is returned to issuing Seizing Agency Office.

11 Mar 99

**G&G TECHNICAL SERVICES**
CUSTOMS SERVICE SUPPORT

## CONVEYANCE EVALUATION AND FAIR MARKET VALUE ANALYSIS

X COMPARTMENT

| | | | |
|---|---|---|---|
| 1. SEIZURE/G.O. NUMBER 2001 2504 900004 01 | 2. LINE ITEM 003 ✓ | 3. COMPLETED BY NIGAL MILLER | 4. DATE PREPARED FEB 05 2001 |
| 5. APPRAISED VALUE $ 5000.00 | 6. YEAR (Example: 1978, 1968) 1987 | 7. MAKE NISSAN | 8. MODEL (Example: Aztec) PATH FINDER SE ✓ |
| 9. ENGINE (Example: Twin 6 Cyl, Lycomings, Twin Turbo) 6 CYL ✓ | | 10. COLOR GREY | 11. REG. NO. AND STATE OR TAIL NO. 547NVW7 BAMX ✓ VE 2000 |

| Vehicle | Aircraft | Vessel |
|---|---|---|
| 12. VIN JN8HD16Y7H | SERIAL NO. W029972 ✓ | HULL ID NO. |
| 13. STYLE 2 DR SUV | LOG BOOKS AVAILABLE | LENGTH |
| 14. TRANSMISSION AT 4X4 | EQUIPMENT | BEAM DRAFT |
| 15. MILEAGE 165,814 ✓ | EQUIPMENT | NAME |
| 16. EQUIPMENT AM/FM CASS, CD PLAYER | EQUIPMENT Good Condition | EQUIPMENT |
| 17. EQUIPMENT AC, PS, PW, PB, P. SEATS | EQUIPMENT | EQUIPMENT |
| 18. EQUIPMENT | EQUIPMENT | EQUIPMENT |
| 19. RESTRICTIONS GAS TANK | RESTRICTIONS | RESTRICTIONS |
| 20. OTHER MAG WHEELS | OTHER | OTHER |

NON-OPERATIONAL - GAS TANK

21. SOURCE OF FMV DETERMINATION

- A. NADA Used Car Guide ☑
- B. NADA Boat Guide ☐
- C. BUC Used Boat Guide ☐
- D. Aircraft Blue Book ☐
- E. Trade A Plane ☐
- F. Manufacture Price Guide ☐
- G. Manufacture Invoice ☐
- H. Professional Appraisal ☐
- I. Other (specify) ____

22. INITIAL FMV: Starting Value $ 3050.00

| Additions/Deductions | Add | Deduct |
|---|---|---|
| Gas Tank | | 300.00 |
| TOTAL | (+) $ | (-) $ |

Add Total (+) $ ____
Subtotal $ ____
Deduct Total (-) $ 300.00
FMV $ 2750.00 ✓
FEB 22 2001

23. ADJUSTED FMV: Starting Value $ 3150.00 Date: ____

| Additions/Deductions | Add | Deduct |
|---|---|---|
| Gas Tank | | 300.00 |
| TOTAL | (+) $ | (-) $ |

Add Total (+) $ ____
Subtotal $ ____
Deduct Total (-) $ 300.00
Adjusted FMV $ 2850.00

4080 1 Mar 00 DISTRIBUTION: Original–Seizure Hard File REFERENCE: Operations Procedure 1-7

Previous 98

# DISPOSITION ORDER

☐ CONTRACTOR
☐ SEIZING AGENCY

☐ USCS ☐ IRS ☐ USSS ☐ ATF ☐ USCG ☐ FDA ☐ OTHER ____________

| 1. SEACATS SEIZURE NO. | 2. AGENCY TRACKING NUMBER | 3. DATE |
|---|---|---|
| LISTED BELOW | | 9/25/01 |

4. DISPOSITION INSTRUCTIONS:

☐ REMIT
- ☐ Owner/Violator
- ☐ Authorized Agent
- ☐ Lienholder
- (Complete Block #6 & #7)

☐ SELL
- ☐ Export Only
- ☐ Quick Sale
- ☐ Interlocutory
- ☐ Court Directed

☐ TRANSFER
- ☐ To Treasury Agency
- ☐ Other Federal Agency
- ☐ State & Local Law Enforcement Agency
- ☐ Donation to Charitable Institution
- (Complete Block #6 & #7)

☐ DESTROY
Attach Order to Destroy
(Complete Block #6)

☐ MANIPULATION
(Complete Block #6)

☒ OTHER
(Complete Block #6)

☐ ASSET SHARING
(Complete Block #6)

AMERICAN
01-25-012

For LAWRENCE A. FANNING, FP&F OFFICER
FP&F OFFICER or OTHER AUTHORIZED AGENCY REPRESENTATIVE (PRINT)

(858) 279-5450
Contractor District Office Telephone Number

[signature]
SIGNATURE

5. IDENTIFICATION OF PROPERTY ☐ ONLY SUB-LINE ITEMS LISTED BELOW
☐ ALL ITEMS IN SEIZURE ☐ ONLY LINE ITEMS LISTED BELOW ☐ PARTIAL LINE ITEM QUANTITY LISTED BELOW

| LINE ITEM NO. | DESCRIPTION | UNIT OF MEASURE | QUANTITY |
|---|---|---|---|
| 01 2504 001766 -003 | 01 2504 001836 -003 01 2504 001866 | -003 01 2504 | 900004 -003 |
| 01 2504 900050 -003 | 01 2504 900055 -002 01 2504 900071 | -003 01 2504 | 900078 -003 |
| 01 2504 900092 -003 | 01 2504 900096 -003 01 2504 900106 | -003 01 2505 | 000018 -003 |
| 01 2505 000028 -003 | 01 2505 000138 -003 01 2505 000168 | -003 01 2505 | 000189 -003 |
| 01 2505 000208 -003 | 01 2505 000224 -003 01 2505 000228 | -003 01 2505 | 000230 -002 |
| 01 2505 000232 -003 | 01 2505 000242 -003 01 2505 000244 | -004 01 2505 | 000266 -003 |

6. SPECIAL INSTRUCTIONS: ☐ WAIVE ALL COSTS ☐ WAIVE SCA ONLY - REASON:

ILLEGAL COMPARTMENTS TO BE REMOVE PRIOR TO SALE

7. RELEASE PROPERTY TO:
NAME OF AGENCY/ORGANIZATION: EG&G TECHNICAL SERVICES TEL NO: ____________
NAME OF INDIVIDUAL: 3954 Murphy Canyon Road, Suite D-102
ADDRESS (CITY, STATE, ZIP CODE): San Diego, CA 92123

*Caution: Property will be released ONLY to person named in block 7 unless an agent is authorized. Approved agents must have proof of identification and a letter of authorization from person identified in block 7.*

☐ Remit ☐ Sell ☐ Transfer ☐ Destroy ☐ Manipulate ☑ Other Drivers License or Passport Number: ____________

8. DISPOSITION ACCOMPLISHED
Date Accomplished: 10/01/01 Charges Paid $ ____________ Sale Price Received $ ____________

Ana E. Galindo [signature] — SUBCONTRACTOR NAME (PRINT) / SIGNATURE
Josh McCormack [signature] — PERSON RECEIVING PROPERTY NAME (PRINT) / SIGNATURE

CONTRACTOR NAME (PRINT) / SIGNATURE
SEIZING AGENCY (PRINT) / SIGNATURE

9. CONTRACTOR/SEIZING AGENCY AUTHENTICATION M C CATER [signature] 10-2-01
NAME/TITLE (PRINT) SIGNATURE DATE

INSTRUCTIONS TO OWNER/LIENHOLDER: This property is in the custody of the U.S. Customs Service seized property contractor. Reimbursement of costs incurred by the Seizing Treasury Agency for property management services is required. These charges must be paid by cash or cashier's check. All cashier's checks must be made payable to "U.S. Customs Service/EG&G Agent." NOTE: Anyone acting as an agent of the owner/lienholder must have proof of identity and letter of authorization to claim the property. Personal checks, business checks or money orders are not acceptable.

11 Mar 99

Upon authentication of the above disposition, return original copy to the Issuing Seizing Agency Office to be filed in the official case file.
Canary - Contractor File, Pink - Person Receiving Seizure (Remittance, Transfers, & Donation), Goldenrod - Agency Suspense

**[illegible]&G TECHNICAL SER[illegible]CES**
**U.S. CUSTOMS SERVICE SUPPORT**

# VEHICLE CONDITION AND INVENTORY

| | | |
|---|---|---|
| 1. SEIZURE NO.: 2001 250 4900004 | 2. LINE ITEM FROM CHAIN OF CUSTODY: 3 | 3. DATE COMPLETED: 1-28-01 |

| | | | | |
|---|---|---|---|---|
| 4. YEAR: 1987 | 5. MAKE: NISSAN | 6. MODEL: PATHFINDER | 7. BODY STYLE: 2 DOORS 4x4 | 8. COLOR: GREY |

| | | |
|---|---|---|
| 9. SERIAL NO. (VIN): JN8HD16Y7HW029972 | 10. REGISTRATION/LICENSE NO.: NO PLATES | 11. NUMBER OF PHOTOS TAKEN: a. REQUIRED: / b. AGENT: c. DAMAGE: |

| | | |
|---|---|---|
| 12. KEYS: a. IGNITION: ☒ YES ☐ NO b. DOORS: ☒ YES ☐ NO | 13. NO. OF CYLINDERS: 6 | 14. ODOMETER READING: ☒ MILES ☐ KM 165 814 |

15. a. ILLEGAL COMPARTMENT(S): ☒ YES ☐ NO
b. VEHICLE OPERATIONAL: ☐ YES ☒ NO

c. VEHICLE EQUIPMENT:
- ☐ CELLULAR TELEPHONE
- ☐ AM RADIO
- ☐ AM/FM RADIO
- ☒ AM/FM/CASS
- ☐ CB RADIO
- ☐ CD PLAYER
- ☒ AUTOMATIC
- ☐ MANUAL TRANS
- ☐ TILT STEERING
- ☒ AIR CONDITIONER
- ☐ SUN ROOF
- ☐ POWER SUN ROOF
- ☒ POWER STEERING
- ☒ POWER SEATS
- ☒ POWER WINDOWS
- ☒ POWER BRAKES
- ☒ MAG WHEELS
- ☐ HUB CAPS
- ☐ OTHER:

d. INTERIOR DAMAGE: (DESCRIBE)

| | |
|---|---|
| UPHOLSTERY: | Ok |
| FLOOR COVER: | Ok |
| HEAD LINER: | Ok |
| INSTRUMENTS OPN: | Ok |
| WINDSHIELD WIPERS: | Ok |
| OTHER, DESCRIBE: | |

e. SAFETY: (DESCRIBE FAULT)

| | |
|---|---|
| HEADLIGHTS: | Ok |
| TURN SIGNALS: | Ok |
| PARKING BRAKE: | Ok |
| STOP LIGHTS: | Ok |

16. EXTERIOR DAMAGE:

LEGEND
- BE - BENT
- BR - BROKEN
- Z - CRACKED
- CR - CRUSHED
- D - DENTED
- L - LOOSE
- N - NICKED
- PT - PITTED
- RU - RUSTED
- SC - SCRATCHED




17. REMARKS: comp gas tank
DENTS SC ALL AROUND 360°

| | | |
|---|---|---|
| 18. SEIZING AGENT: a. PRINTED NAME AND TITLE: | NUMBER OF PHOTOS REC'D | 19. SUBCONTRACTOR: a. PRINTED NAME AND TITLE: JOSE RAMIREZ |
| b. SIGNATURE: N/A [signature] 26457 | | b. SIGNATURE: [signature] |

4007 1 Mar 00 DISTRIBUTION: White - Property Cu[illegible] Canary - Seizure Hard File, Pink - Retain, Goldenrod - Seizing Agency

REFERE[illegible] [illegible]ction 2

**EG&G SERVICES**
U.S. CUSTOMS SERVICE SUPPORT

# VEHICLE INITIAL SERVICES

DISTRICT MANAGER APPROVAL REQUIRED IF INITIAL SERVICES EXCEED 10% OF APV

## SECTION I. BASIC INFORMATION

| 1. SEIZURE NO. | 2. LINE ITEM | 3. DESCRIPTION | 4. APPRAISED VALUE |
|---|---|---|---|
| 2001-25049000004-d | 003 | 1987 Nissan Pathfinder | $5000.00 |

## SECTION II. INITIAL SERVICES (Complete Only One Block)

5. REQUIRED TASKS FOR VEHICLES LESS THAN $20,000 - CHECK APPLICABLE BOX WHEN COMPLETED — Time standard: 1 hour

- ☐ Check the following fluid levels. Add as necessary:
  - ☐ Engine oil
  - ☐ Transmission/clutch
  - ☐ Power steering
  - ☐ Brake reservoir
- ☐ Check coolant antifreeze levels. Add antifreeze to withstand minimum local temperatures
- ☐ Check tire pressures and inflate to specifications
- ☐ Remove trash and perishables from interior and storage compartments
- ☐ Clean and service battery terminals
- ☐ Wash exterior
- ☐ Cover broken or missing glass with plastic or other weather resistant material
- ☐ Roll windows up
- ☐ Lock doors
- ☐ Remove pilferable components and subassemblies (document removed items on Form 4052)
- ☐ Cover vehicle with an inexpensive cover (when directed by DSO)

Contract labor rate per hour: $ 12.64
Materials allocation: $ 2.00
Cover: $ ____
(Attach receipt to invoice)
Labor: $ 12.64
Total Cost: $ 14.64

6. TASKS DIRECTED BY DISTRICT MANAGER FOR VEHICLES VALUED OVER $20,000 - (INSIDE STORAGE) — Time standard: 2 hours
CHECK APPLICABLE BOXES WHEN COMPLETED
Required tasks:

- ☐ Block 5, Required Services Completed (Included in Time Standard)
- ☐ Lightly wax exterior
- ☐ Clean interior with damp cloth
- ☐ Vacuum interior
- ☐ Cover vehicle with an inexpensive cover (when directed by DSO)
- ☐ ____
- ☐ ____

Contract labor rate per hour: $ ____
Materials allocation: $ ____
Cover: $ ____
(Attach receipt to invoice)
Labor: $ ____
Total Cost: $ ____

## SECTION III. CERTIFICATION

7. SUBCONTRACTOR CERTIFICATION THAT INITIAL SERVICE WAS PERFORMED: SUBCONTRACTOR: American Towing

NAME (PRINT): Elena Acosta SIGNATURE: Elena Acosta DATE: 1-28-01

4039 10 Nov 98

DISTRIBUTION: White - Property Custody Package, Canary - Seizure Hard File

REFERENCE: Property Management Handbook, Section 5

Previous editions are obsolete after 30 Sep 98

(5)

**EG&G SERVICES**
U.S. CUSTOMS SERVICE SUPPORT

# PROPERTY SERVICE ORDER (PSO)

DSO PSO NUMBER________________

## SECTION I. BASIC INFORMATION

SEIZURE NUMBER AND LINE NUMBER(S): Sale #01-25-012.

2. DATE WORK TO BE COMPLETED: 8/31/01

3. SUBCONTRACTOR/VENDOR NAME: American Sowing Inc.

a. VIN: ________ b. ☐ SUBCONTRACT or ☐ PO NUMBER ________

## SECTION II. SERVICE/MATERIALS REQUIRED

| 4a. CONTRACT/ PO LINE ITEM NUMBER | b. UNIT PRICE OR SKILL LEVEL RATE | c. QUANTITY/ UM | d. DESCRIBE PARTS OR MATERIALS AND WORK NECESSARY TO COMPLETE JOB | e. ESTIMATED COST | f. ACTUAL COST |
|---|---|---|---|---|---|
| | 26.33 | 99.5 | Remove Comp. | | 2,619.98 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | g. EST. TOTAL | h. ACTUAL TOTAL |

JUSTIFICATION (Why is service/material needed?)

Remove comp. prior to sale.

6. VENDOR CERTIFICATION OF WORK COMPLETED: Anne Galindo (SIGNATURE) 8/31/01 (DATE)

## SECTION III. EG&G SERVICES APPROVAL

7. SERVICE REQUIRES SEIZING AGENCY APPROVAL: ☐ NO ☐ YES – FP&F OR CONTRACTING OFFICER APPROVAL RECEIVED.

NAME (PRINT): M C CATER SIGNATURE: M C C[illegible] DATE: 9-11-01

TITLE: ________

4054a 30 Jun 98

DISTRIBUTION: Orig.-Property Custody Package, Copy-Seizure Hard File, Copy-Vendor Invoice, Copy-DSO Suspense

REFERENCE: Property Management Handbook, All Sections.

Previous editions are obsolete after 30 Sep 98

**EG&G SERVICES**
U.S. CUSTOMS SERVICE SUPPORT

# PROPERTY SERVICE ORDER (PSO)

DSO PSO NUMBER________________

## SECTION I. BASIC INFORMATION

1. SEIZURE NUMBER AND LINE NUMBER(S): Sale #01-25-012.
2. DATE WORK TO BE COMPLETED: 8/31/01
3. SUBCONTRACTOR/VENDOR NAME: American Towing Inc

a. VIN: ____ b. ☒ SUBCONTRACT or ☐ PO NUMBER ____

## SECTION II. SERVICE/MATERIALS REQUIRED

| 4a. CONTRACT/ PO LINE ITEM NUMBER | b. UNIT PRICE OR SKILL LEVEL RATE | c. QUANTITY/ UM | d. DESCRIBE PARTS OR MATERIALS AND WORK NECESSARY TO COMPLETE JOB | e. ESTIMATED COST | f. ACTUAL COST |
|---|---|---|---|---|---|
| | 15.80 | 304 | Car transfer | | 4,803.20 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | g. EST. TOTAL | h. ACTUAL TOTAL |

5 JUSTIFICATION (Why is service/material needed?)
Cars transferred to Sale lot.

6. VENDOR CERTIFICATION OF WORK COMPLETED: [signature] SIGNATURE 8/31/01 DATE

## SECTION III. EG&G SERVICES APPROVAL

7. SERVICE REQUIRES SEIZING AGENCY APPROVAL: ☐ NO ☐ YES – FP&F OR CONTRACTING OFFICER APPROVAL RECEIVED.

NAME (PRINT): M C CATER SIGNATURE: [signature] DATE: 9-11-01

TITLE: ____

4054a 30 Jun 98

DISTRIBUTION: Orig.-Property Custody Package, Copy-Seizure Hard File, Copy-Vendor Invoice, Copy-DSO Suspense

REFERENCE: Property Management Handbook, All Sections.

Previous editions are obsolete after 30 Sep 98

G&G TECHNICAL SER ICES
U.S. CUSTOMS SERVICE SUPPORT

## ACCEPTED PROPERTY VERIFICATION

| SEIZURE NO. | LN. NO(S) | INSPECTION DATE: | AMS POSTING DATE: |
|---|---|---|---|
| 20012504900004-01 | 003 | 2/14/01 ✓ | FEB 21 2001 |

TYPE AND DESCRIPTION: 87 Nissan Pathfinder SE

TYPE INSPECTION: ☑ INITIAL ☐ ANNUAL ☐ SPECIAL

✓ - MARK AS APPROPRIATE IN N/A COLUMN
* - REQUIRES AUTOMATED MANAGEMENT SYSTEM/RECORDS UPDATING
NO - ANY "NO" BLOCK CHECKED REQUIRES AN EXPLANATION IN REMARKS BLOCK

| Item | YES | N/A | NO | |
|---|---|---|---|---|
| 1. PROPERTY CUSTODY PACKAGE (PCP) DEVELOPED | ☑ | ☐ | ☐ | |
| 2. CF 6051 AVAILABLE | ☑ | ☐ | ☐ | |
| a. CONTAINS PROPER CHAIN OF CUSTODY SIGNATURE | ☑ | ☐ | ☐ | |
| b. NUMBER OF BOXES/UNITS ACCEPTED IN BLOCK 21 — RECORD: 1 | | | | |
| 3. CF 58 AVAILABLE FOR CONVEYANCE | ☑ | ☐ | ☐ | |
| a. VIN REGISTRATION SERIAL NO. ACCURATE ☐ | ☑ | ☐ | ☐ | * |
| b. EQUIPMENT LISTED ON FORM | ☑ | ☐ | ☐ | |
| 4. PHOTOGRAPHS ACCEPTABLE (QUALITY/QUANTITY) | ☑ | ☐ | ☐ | |
| 5. CONDITION AND INVENTORY FORM ACCURATE/COMPLETE | ☑ | ☐ | ☐ | |
| 6. PERSONAL PROPERTY OR PERSONAL EFFECTS-- LISTED, INVENTORIED, IDENTIFIED AND SECURE. | ☐ | ☑ | ☐ | * |
| 7. DECAL(S) ON PROPERTY AND PROPERLY FILLED OUT | ☑ | ☐ | ☐ | |
| 8. CONVEYANCE LOCKED/SECURE OR BOXES/CRATES SEALED (ACCESS TO PROPERTY CONTROLLED AND LIMITED) | ☑ | ☐ | ☐ | |
| 9. INITIAL SERVICES ACCEPTABLE (INITIAL INSPECTION ONLY) | ☑ | ☐ | ☐ | |
| 10. MAINTENANCE PLAN APPROVED | ☑ | ☐ | ☐ | |
| A. SERVICE PERFORMED (NM) | ☐ | ☑ | ☐ | |
| b. RECORDED ON SCHEDULE | ☐ | ☑ | ☐ | |
| 11. STORAGE PHYSICALLY VERIFIED. (AS APPROPRIATE - CU. FT., WT, INSIDE, OUTSIDE, WET, DRY, LENGTH) — RECORD DIMENSIONS: 1 — TYPE STORAGE: Outside | ☑ | ☐ | ☐ | * |
| 12. AMS RECORD AGREES WITH CF 6051/CF58 AND PHYSICAL VERIFICATION (DATE SEIZED, DATE ACCEPTED, SEIZURE NO., LINE NO., DESCRIPTION, QUANTITY, CONDITION, APV, FMV) | ☑ | ☐ | ☐ | * |

REMARKS:

| INSPECTOR (PRINT) | INSPECTOR SIGNATURE | PROPERTY CLERK INITIALS |
|---|---|---|
| DANIEL CHESWORTH | Daniel Chesworth | |

4028 1 Mar 00

Distribution: Original - Seizure Hard File, Canary - Property Custody Package
REFERENCE: Operations Procedure 1-8

Previous edition are obsolete after 30 Sep 98

# U.S. CUSTOMS & COMBINED AGENCY PUBLIC VEHICLE AUCTION



## Wednesday, September 5th at 9:00am
## 850-D Energy Way, Chula Vista CA

**ATTENTION – SPECIAL NOTICE:**
**Domestic Dismantling and/or Export Only:** Lot #'s 4, 69, 82, 83, 133, 160, 214, 237
**Salvage Titled Vehicles:** Lot #'s 15, 47, 53, 114, 119, 184, 255, 291, 285, 301, 307, 317, 328, 343, 346, 393, & 394

## TERMS & CONDITIONS:

**DEPOSIT:** A $500 CASH DEPOSIT is required to register as a bidder. (Refundable if no purchases have been made.) Each registered bidder may bring 1 guest. **An additional CASH DEPOSIT of $500 is required for each vehicle purchased (after the first vehicle) at the time of purchase.** No credit cards will be accepted for deposit!

**[FIN]AL PAYMENT:** Must be in the form of Visa, Mastercard, money order or cashier's check. **NO CASH!** Final Payment is [du]e in full" NO LATER than 12:00pm (noon) – THURSDAY, September 6th !!

**NON-GOVERNMENT VEHICLES:** Sales Tax, Registration and Document Fees will be collected with Final Payment Dealer Report of Sale and ALL other applicable forms will also be completed with Final Payment.

**NO BUYER PREMIUM ON ANY VEHICLE!**

**WARRANTY/GUARANTEE:** All merchandise is sold on an "AS IS, WHERE IS" basis, without warranty or guarantee as t[o] condition, fitness to use, or merchantability stated, implied or otherwise. Please bid from your personal observations.

**REMOVAL:** Removal will begin at 3pm, September 5th (day of auction) for out of county/state only! For all other buyer removal will begin Thursday, September 6th from 8:30am - 4:00pm. **All vehicles must be removed by 4pm, Friday, September 7th.** Absolutely NO EXCEPTIONS!!! Storage fees of $20.00 per day, per vehicle will apply after 4pm on Frida[y] September. NO EXCEPTIONS!!

**BID RIGGING:**

Entering into an agreement with another person(s) not to bid on order to suppress the final bid price is a felony under *State and Federal Law.*

Interference with a legitimate bidder by placing a false bid or placing a bid which you cannot or do not intend to honor can have serious financial consequences for the seller and auction company.

Please be advised and forewarned, that anyone engaging in any practice or suspected to be engaging in such activity is subject to bid or purchase rescission, dismissal from the auction and future auctions, as well as, the loss of all deposits as liquidated damages for losses incurred by seller

Auction conducted by:

McCORMACK AUCTION COMPANY

Office: 8am-3pm M-F 619-447-1198
Call 619-447-9869 for Calendar of Events
Visit Us @ www.mccormackauction.com

Def. App. 15

# U.S. DEPARTMENT OF JUSTICE
# U.S. CUSTOMS

To: **Potential Auction Bidder**

The vehicles offered to you for purchase at any U.S. Customs Auction are sold "AS IS, WHERE IS". This means that neither U.S. Customs or McCormack Auction Company, or EG & G Dynatrend, extend any warranties or promises of any kind regarding any aspect of the vehicle or its ability to operate, including but not limited to the vehicle's identity, previous ownership, physical condition, registration status, or ability to pass a smog certification.

Every effort is made to identify vehicles with "Salvage Title" and withhold all vehicles from the auction that have been identified as "Stolen" by a law-enforcement agency, and those identified as "VIN Swapped" (VIN numbers illegally changed or otherwise altered).

Despite our best efforts, we are not always successful in identifying every vehicle fitting the previously discussed categories. We apologize for any inconvenience caused as a result. Please remember, WE MAKE NO REPRESENTATIONS, PROMISES OR WARRANTIES regarding the vehicles at this auction, and CANNOT GUARANTEE REGISTRATION OR TITLE ISSUANCE BY THE DEPARTMENT OF MOTOR VEHICLES (DMV) FOR ANY VEHICLE.

Therefore, WE URGE YOU to take the following precautions regarding the vehicles you purchase here:

- WITHIN 48 HOURS OF YOUR PURCHASE, AND BEFORE YOU SPEND ANY MONEY on your newly purchased vehicle, PLEASE GO TO THE NEAREST DMV OFFICE. Present the Standard Form 97 (U.S. Government "Certificate to Obtain Title to a Vehicle") provided, and begin registration or at the least ask a DMV Official to verify that your newly purchased vehicle IS NOT:

  1) a Salvage Title vehicle (assuming you presently have no knowledge of salvage title)
  2) a Stolen vehicle
  3) a "VIN Swapped" or otherwise illegally altered vehicle

- If the DMV official informs you that the vehicle does fall within one of these categories, ask for documentation and NOTIFY EG & G @ 619-279-6450 IMMEDIATELY.

- Upon notice of your claim, EG & G will review your documentation and notify U.S. Customs of your allegations. Once verified, EG & G will seek authorization from the U.S. Customs to rescind the sale, and return your money. YOU WILL ONLY RECEIVE THE AMOUNT OF THE SALE PRICE. **U.S. CUSTOMS will not reimburse you for any repairs, upgrades or incidentals purchased, or otherwise provided contrary to the precautions stated above.**

PLEASE LEAVE BLANK
Completed by EG&G Official
884
BIDDER NUMBER

# EG&G TECHNICAL SERVICES, INC.
U.S. CUSTOMS SERVICE SUPPORT

## BIDDER REGISTRATION FORM

SALE NO. 01-25-012
SALE DATE 9-5-01
Completed by EG&G Official

| | | |
|---|---|---|
| BUSINESS/FIRM (If representing a business/firm) | SOCIAL SECURITY NUMBER | FEDERAL ID NUMBER |
| FIRST NAME Francisco J. MI Rivera | HOME PHONE NUMBER (include area code) | FAX NUMBER (If available) |
| LAST NAME Agredano | WORK PHONE NUMBER (include area code) 011-52-6-683-4829 | DATE OF BIRTH 10-15-62 |
| MAILING ADDRESS (P.O. Box/Street) 710 E San Ysidro Blvd 1882-7304 | | OCCUPATION Printing |
| CITY San Ysidro | STATE CA · ZIP 92173 | COUNTRY (If not U.S.) |

How did you find out about this sale?
- ☐ Newspaper (name of paper) ____
- ☐ Trade (magazine/journal) ____
- ☐ Radio (name of station) ____
- ☐ TV (name of station) ____
- ☐ EG&G Subscription service
- ☐ Attendance at another Customs sale
- ☐ U.S. Customs ☐ Friend
- ☐ Other ____

I certify that I am not (1) under the age of 18; (2) an employee or agent of EG&G Technical Services U.S. Customs Support Division or their family members; (3) any employee of the Department of Treasury or their immediate family members prohibited from bidding on property/merchandise by policy, regulation, statute or contract; (4) an EG&G Technical Services U.S. Customs Support Division subcontractor/vendor, their agents and employees who have access to information concerning the property to be sold at a U.S. Customs Service auction that is not generally available to the public; (5) presently debarred or declared ineligible for the award of contracts by any Federal agency in accordance with 41 CFR 101-45.6; (6) or the party or representing the party(s) from whom the property was seized. EG&G Technical Services U.S. Customs Support Division subcontractors further may not act as agent for a third party in purchasing Customs property/merchandise that is or has been in their custody or control. For breach of this warranty, EG&G Technical Services U.S. Customs Support Division shall have the right to cancel any purchase contract without liability.

I acknowledge receipt of the special announcement concerning the requirements for registration of vehicles before initiation of any repairs X FJRA (initials).

I agree to comply with the terms of sale contained in the sale catalog for this sale and all future sales I attend. This agreement is acknowledged by my signature below.

NAME DESIRED ON TITLE DOCUMENTS: ☐ Bidder Name ☐ Business/Firm

SIGNATURE X [signature]

Completed by EG&G Official DESCRIBE IDENTIFICATION D/L ISSUED BY CA NUMBER B4474901

5077 2 December 1999

FEDERAL FORFEITURE SALE

# The United States Government

## Certificate to Obtain Title to a Vehicle

*(Must Be Machine Prepared. See Instructions on reverse.)* ☐ Duplicate If Checked

The undersigned **Department** or **Agency** of the **United States Government** certifies that the vehicle described herein, the property of the **United States Government**, has been transferred this ______ day of ________________ 20 ____, to the Transferee designated herein; and that this is the first transfer of such vehicle in ordinary trade and commerce subsequent to acquisition thereof by the **United States Government.**

| Vehicle Identification No. | Certificate No. |
|---|---|
| JN8HD16Y7HW029972 | CS2001 2504 900004 01 003 |

| Year | Make of Vehicle | Series or Model | Body Style |
|---|---|---|---|
| 1987 | NISSAN | PATHFINDER | LIGHT TRUCK |

| Fuel | No. of Cylinders | Weight (Shipping) | GVWR | Purchase Price |
|---|---|---|---|---|
| | 6 | | | $2600.00 |

| Transferor (Accountable office, i.e., department or agency, subunit and address, ZIP Code) | Transferee (Name of dealer, individual, etc. and address including ZIP Code) |
|---|---|
| U.S. CUSTOMS SERVICE<br>9495 CUSTOM HOUSE PLAZA<br>SAN DIEGO, CA 92154 | Francisco J. Rivera Agredano<br>710 E. SAn Ysidro Blvd. 1882-7304<br>San Ysidro, CA 92173 |

| Odometer Disclosure Statement | Date of Statement |
|---|---|
| | SEPTEMBER 5, 2001 |

**Federal Law (and State law, if applicable) requires that you state the mileage upon transfer of ownership; failure to complete or providing a false statement may result in fines and/or imprisonment.**

I, U.S. CUSTOMS SERVICE state that
Transferor's Name (Seller)

the odometer now reads 165834 miles and to the
Odometer Reading (No Tenths)

best of my knowledge that it reflects the actual mileage of the vehicle described above, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is not the actual mileage: **WARNING - ODOMETER DISCREPANCY.**

SALE EXEMPT FROM [illegible]
TAX UNDER SEC. 6[illegible]
OF CALIFORNIA SA[illegible]
OR USE TAX LAW,
GOVT CODE 201C/4[illegible]

| Transferor's Signature (Seller) | Printed Name (Not Typed) and Title | Date |
|---|---|---|
| x [signature] | [illegible] SPC | 9/5/01 |
| **Transferee's Signature (Buyer)** | **Printed Name (Not Typed) and Title** | **Date** |
| x [signature] | FRANCISCO J. AGREDANO | 9-5-01 |

B763838

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

305

STANDARD FORM 97 (Rev. 9-99)
Prescribed by GSA FPMR (41 CFR) 101-45.303-3
Previous Edition Not Usable NSN 7540-00-634-4047
97-109

## Instructions for Completion of the Certificate to Obtain Title to a Vehicle

1. This certificate constitutes an official transfer of the vehicle described hereon, and formally evidences its release from the custody of the United States Government to the designated transferee.

2. The filing of this certificate shall be governed by the requirements of applicable local law.

3. This document must be machine prepared using a typewriter or computer printing devices.

4. The information required on the certificate, to include the Odometer Disclosure Statement, shall be furnished in the applicable spaces. An incomplete form, particularly an inadequate description, may delay the issuance of a State title.

5. All certificates and copies shall be numbered consecutively by the using agency, such numbers to be typed or overprinted on all copies in the certificate number space provided.

6. The completed certificate, to include the Odometer Disclosure Statement, shall be available to the transferee concurrently with the release of the vehicle.

7. Purchase price block must always be filled in.

8. This document can be used as a bill of sale when titling a vehicle with a State.

### Owning Agency Optional Sales Information

1. Vehicle preparation expense.............................................. $ ________

2. Sales expense.............................................. $ ________
   (i.e., advertising, auction expense, etc.)

3. Type of sale.............................................. ________

4. Region/Activity.............................................. ________

5. Vehicle tag number.............................................. ________

Optional Elements:

6.

7.

8.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

STANDARD FORM 97 PTS. 2-4 BACK (Rev. 9-99)