# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: October 12, 2005)

| | |
|---|---|
| | ) |
| FRANCISCO JAVIER RIVERA | ) |
| AGREDANO & | ) |
| ALFONSO CALDERON LEON | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The court has before it Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, electronically filed September 30, 2005. Due to an error in electronic filing, the entry was docketed only as a Motion to Dismiss. The Clerk of the Court shall treat the docket as including both a Motion to Dismiss and a Motion for Summary Judgment.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge