*** CONFIDENTIAL ***
*** SUBJECT TO PROTECTIVE ORDER ***
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON,

Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Civil Action No. 02-2243B

Washington, D.C.
Friday, June 4, 2004

The deposition of JAYSON AHERN, called for examination by counsel for the Plaintiffs in the above-entitled matter, pursuant to notice, in the offices of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C., convened at 1:13 p.m., before Catherine B. Crump, a notary public in and for the District of Columbia, when were present on behalf of the parties:

1

APPEARANCES:

On behalf of the Plaintiffs:

TERESA TRUCCHI, ESQ. (Via Teleconference)
Suppa, Trucchi & Henein, LLP
3055 India Street
San Diego, California 92103

On behalf of the Defendant United States:

TIMOTHY C. STUTLER, ESQ. (Via Teleconference)
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101
(619) 557-7387

On behalf of the Witness:

LESLIE PUNDELL, ESQ.
U.S. Customs & Border Protection
14th & Pennsylvania Avenue, N.W.
Washington, D.C. 20229
(202) 927-6920

On behalf of Defendant E, G & G, Inc.:

ANNA F. ROPPO, ESQ. (Via Teleconference)
VIVIAN SCHULTZ, ESQ.
Higgs, Fletcher & Mack
2600 First National Bank Building
San Diego, California 92101

On behalf of Defendant McCormack Auction Co.:

WILLIAM RATHBONE, ESQ. (Via Teleconference)
Rathbone, Ruderman & Gardiner
110 West C Street, Suite 1902
San Diego, California 92101

2

C O N T E N T S



| WITNESS | EXAMINATION BY COUNSEL FOR PLAINTIFFS | DEFENDANTS |
|---|---|---|
| Jayson Ahern | 4 | 46 |



E X H I B I T S



| AHERN EXHIBIT | MARKED |
|---|---|
| No. 1 | 9 |



3

P R O C E E D I N G S

Whereupon,

JAYSON AHERN

was called to testify and, having first been duly sworn by the notary public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFF

BY MS. TRUCCHI:

**Q Could you please state your name for the record?**

A My name is Jayson, J-A-Y-S-O-N, middle initial P for Paul. The last name is Ahern, A-H-E-R-N.

**Q Mr. Ahern, you've been designated as the person with knowledge regarding procedures for releasing vehicles to E, G & G. Is that your understanding as well?**

A Yes.

**Q And, Mr. Ahern, have you ever been deposed before?**

A Yes.

**Q Approximately how many times?**

A Several dozen.

**Q Are you comfortable with the admonitions that typically proceed the deposition process?**

4