A Yes.
**Q Sir, who you currently employed by?**
MR. STUTLER: We got some feedback. I don't know what that was.
MS. TRUCCHI: I'll try again.
BY MS. TRUCCHI:
**Q Sir, who are you currently employed by?**
A I am employed by the Department of Homeland Security, specifically the Bureau of Customs and Border Protection as the Assistant Commissioner for the Office of Field Operations.
**Q And how long have you been in that position?**
A Since the creation of the Department of Homeland Security in our new bureau in the Government on March 1, 2003.
**Q And prior to March 1, 2003, who was your employer?**
A United States Customs Service, part of the Department of Treasury.
**Q And what was your position?**
A Assistant Commissioner of the Office of Field Operations.
**Q When the Department of Homeland Security was created, did your duties change in any respect?**

5

A Tremendously so, yes.
**Q Could you describe some of the more significant charges?**
A Well, the Office of Field Operations that I'm principally responsible for, we changed in size from 14,000 to 25,000 officers that I'm responsible for, and adding to the traditional Customs responsibilities, I'm also responsible for the immigration policies at ports of entries as well as agriculture and with the principal responsibility for implementing anti-terrorism procedures, specifically the National security concerns we have with terrorists or implements of terrorism coming through our ports of entry, while maintaining traditional missions of narcotics enforcement, alien admissibility, and pest and disease control for things coming through our ports of entry of the United States.
**Q Okay. So prior to the creation of the Department of Homeland Security, you were involved with the traditional mission of narcotics enforcement? Did I understand that correctly?**
A That was part of my responsibility in the United States Customs Service, yes.
**Q And what was the responsibility in regards to the mission of narcotics enforcement prior to the creation of the Department of Homeland Security?**

6

A Our principal responsibilities in Customs for the last several decades was focusing on narcotics principally and other contraband coming into our ports of entry and the people and conveyances and cargos coming into this country.
**Q When you say focusing on, what do you mean by that?**
A I would consider it a principal responsibility.
**Q Okay. And the principal responsibility being to what? To try and detect the--**
A To interdict the--
**Q Go ahead.**
A To interdict the narcotics coming into the country.
**Q Prior to the creation of the Department of Homeland Security, was there any policy or procedural manual that specifically related to the issue of narcotics enforcement?**
MR. STUTLER: I'll object as overbroad. You can answer.
THE WITNESS: I would need some more

7

specificity. We have a lot of handbooks and policies as well as implementing directives.
BY MS. TRUCCHI:
**Q Do you know if there were any directives issued after the year 2000 that related to the issue of vehicle searches for narcotics enforcement?**
A I know that we had put out a lot of policy, both at the national level and locally, on the seizure of vehicles as a result of contraband being detected.
**Q Are you referring to any specific instance of contraband being detected?**
A Incidents of contraband being detected occurs every single day at our ports of entry. So, specifically, we have annually over a million pounds of narcotics that get seized at our ports of entry for the last several years.
**Q All right. Sir, did you review any documents prior to prepare for providing deposition today?**
A Yes.
**Q And what documents did you review?**
A I reviewed several memorandums that were provided by counsel.

8