No. 05-608C

1. (Judge Hewett)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE APPENDIX

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFFS
FRANCISCO JAVIER RIVERA CALDERON and
ALFONSO CALDERON LEON

PLAINTIFF'S FIRST UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Plaintiffs respectfully request that the Court grant a one day enlargement of time for the filing of the plaintiffs' APPENDIX in support of plaintiffs' opposition to the motion for summary judgment.

The APPENDIX was due October 31, 2005. The system was not functioning on October 31, 2005 and the deadline was extended to November 1, 2005.

Plaintiffs' counsel made numerous attempts to file the document on November 1, 2005 in both this case and the related case of Rodriguez v. USA [05-370C] which also had a response due.

This was counsel's first attempt to electronically file such a complex document and difficulties in mastering the program were encountered. However, the document was filed November 2, 2005 and plaintiffs' counsel respectfully requests that the time for filing be extended to this date.

Opposing counsel does not object to this request.

Dated:

TERESA TRUCCHI
ATTORNEY AT LAW