# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: November 7, 2005)

FRANCISCO JAVIER RIVERA AGREDANO & ALFONSO CALDERON LEON

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Plaintiffs' Response to Defendant's Motion to Dismiss (filed by plaintiff Rivera), Response to Motion for Summary Judgment (filed by plaintiff Leon), Response to Defendant's Proposed Findings of Uncontroverted Fact (filed by plaintiff Rivera), Response to Defendant's Proposed Findings of Uncontroverted Fact (filed by plaintiff Leon), and Plaintiffs' Appendix in Opposition to Motion to Dismiss and for Summary Judgment (filed by plaintiff Leon), representing respectively docket nos. 11, 12, 13, 14 and 15. All filings were made using the court's case management - electronic case filing system (CM/ECF). Docket nos. 11-14 were entered on November 1, 2005[1] and docket no. 15 was entered on November 2, 2005. The Clerk of the Court indicated that none of the filings were in full compliance with the court's rules as set out in General Order No. 42A and the relevant Rules of the United States Court of Federal Claims (RCFC), in particular, Rules 5.2, 5.3, 7, 10 and 11. Among the deficiencies noted were lack of proper caption, lack of or improper signature block, duplicate filings, improper type size, incomplete filing, and failure to link response to relevant docket entry.

[1]The CM/ECF system was not operational on October 31, 2005. Filings made on that day were entered on November 1, 2005.

The Clerk of the Court shall STRIKE from the docket the filings numbered 11-15 in case no. 05-608. Plaintiff shall REFILE compliant responses on or before November 11, 2005. Defendant shall FILE any reply to plaintiffs' responses within the period established under RCFC 7.2 and no later than November 25, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge