# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: November 7, 2005)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO & ALFONSO CALDERON LEON | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court's Order filed today, November 7, 2005, representing docket no. 17, is STRICKEN and REPLACED by this Order.

The court has before it Plaintiffs' Response to Defendant's Motion to Dismiss (filed by plaintiff Rivera), Response to Motion for Summary Judgment (filed by plaintiff Leon), Response to Defendant's Proposed Findings of Uncontroverted Fact (filed by plaintiff Rivera), Response to Defendant's Proposed Findings of Uncontroverted Fact (filed by plaintiff Leon), and Plaintiffs' Appendix in Opposition to Motion to Dismiss and for Summary Judgment (filed by plaintiff Leon), representing respectively docket nos. 11, 12, 13, 14 and 15. All filings were made using the court's case management - electronic case filing system (CM/ECF). Docket nos. 11-14 were entered on November 1, 2005[1] and docket no. 15 was entered on November 2, 2005. The Clerk of the Court indicated that none of the filings was in full compliance with the court's rules as set out in General Order No. 42A and the relevant Rules of the United States Court of Federal Claims (RCFC), in particular, Rules 5.2, 5.3, 7, 10 and 11. Among the deficiencies noted were

[1]The CM/ECF system was not operational on October 31, 2005. Filings made on that day were entered on November 1, 2005.

lack of proper caption, lack of or improper signature block, duplicate filings, improper type size, incomplete filing, and failure to link each response to the relevant docket entry.

The Clerk of the Court shall STRIKE from the docket the filings numbered 11-15 in case no. 05-608. Plaintiff shall REFILE responses on or before November 14, 2005 in compliance with the Rules of the Court of Federal Claims and General Order No. 42A. Defendant shall FILE any reply to plaintiffs' responses within the period established under RCFC 7.2 and no later than November 28, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge