SAN DIEGO, CALIFORNIA; WEDNESDAY, JUNE 9, 2004,
2:50 P.M.

ROBERT BICKERS,
having been first duly sworn, testified as follows:

E X A M I N A T I O N

BY MS. TRUCCHI:
Q. Could you state your name for the record, please?
A. Pardon me?
Q. Could you state your name for the record, please.
A. Robert Bickers.
Q. Mr. Bickers, have you ever had your deposition taken before?
A. No.
Q. I'm going to briefly go over a few guidelines for making a clean record, even though Mr. Stutler may have discussed some of these with you already, but the court reporter is going to type down everything that's said. In order to keep the record clear, please let me finish my question, even though in normal conversation we -- when you know the end of the question, sometimes people jump in the answer. For the reporter's sake, she

5

can only type one person at a time. So if you'll let me finish my question before you answer and answer audibly with a yes or a no as opposed to a nod -- a noise or a nod or a shake of the head so your answer is clear on the record.
I'll be asking you about things that have occurred in the past. You may not have a specific recollection of each and every detail of what I'm asking you about, but to the extent you have some recollection, even vague, if you could tell me about that. If you have to guess, though, to answer my questions, we don't want you to guess or speculate. So let me know if you would have to guess to answer the question.
When the deposition is over, the court reporter will type up the testimony into a document. It looks like -- it reads something like a script, and you'll have an opportunity to go back and make changes to the transcript if you feel there was anything that was recorded inappropriately or new information comes to mind.
Who are you currently employed by?
A. Customs and Border Protection.
Q. And how long have you been with Customs and Border Protection?
A. Since it became.

6

Q. When was that?
A. March of last year, yes.
Q. Okay. When it became of Department of Homeland Security?
A. Yes.
Q. And prior to that, who were you employed by?
A. US Customs.
Q. And how long were you with US Customs?
A. Since 1991.
Q. Okay. Before 1991 what was your occupation?
A. I was a DOD policeman for two years.
Q. What kind of policeman?
A. Department of Defense.
Q. And where did you --
A. Norfolk, Virginia.
Q. And prior to that, what was your occupation?
A. I was in the United States Navy.
Q. How long were you in the Navy?
A. Twenty years.
Q. And what did you do in the Navy?
A. I was an aircraft handler with flight deck aircraft carriers.
Q. When you were hired by US Customs in 1991, what was your job?
A. As an inspector.

7

Q. Assistant?
A. As an inspector.
Q. Okay. Was that at San Ysidro?
A. Yes.
Q. And an inspector at the border crossing?
A. Yes.
Q. And how long were you an inspector at the border crossing?
A. I really still am.
Q. Okay. What's your current position called?
A. I'm the antiterrorist contraband enforcement team supervisor.
MS. SHULTZ: I'm sorry. Could you repeat that, please?
THE WITNESS: Antiterrorist contraband enforcement team supervisor.
BY MS. TRUCCHI:
Q. Okay. Is that a title that came into existence in March of 2004?
A. Yes.
Q. And prior to that, did you have -- what was your title?
A. I was a San Diego area contraband enforcement team supervisor.
Q. Did your duties change in any significant way

8