8. In the criminal proceedings in Mexico, Jose Blanco Loya, an expert witness from the Office of the Attorney General (in Mexico), tested the marijuana on January 25, 2002. On February 13, 2002, Mr. Blanco testified before the 11th Federal District Court of Ensenada that the marijuana found by the Mexican authorities on January 24, 2002 was "highly dehydrated, consistency and texture had been lost, and due to color lost, it had a 'brownie' color trend .... change in texture and consistency is also due to they (sic) have been stored or exposed to certain physical or atmospherical conditions, change in color is due to an old or stored marijuana ...." I am lodging as Exhibit "I" a certified and true and correct copy of the testimony of Jose Blanco Loya as to the state of the marijuana as found by the Court in Mexico with this declaration.

9. On March 11, 2002, expert chemists Rafael Garcia Guterrez and Miguel Carrillo Mendivil, qualified as experts in the Federal Court, testified as follows: "(the marijuana) is highly dehydrated, it has a brownie color ... it is observable that is marijuana that has been stored for a long time and not only that, at opening a 'rotten' odor comes from the packages.... it is assumed that such illegal drug was exposed to adverse atmospherical and physical conditions for a long time." I am lodging as Exhibit "J" a certified and true and correct copy of this testimony as to the state of the marijuana as found by the Court in Mexico with this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at Tijuana, Mexico.

DATED:

By: ______________________
LIC. CARLOS MEJIA LOPEZ