*ELECTRONICALLY FILED ON NOVEMBER 14, 2005*
No. 05-608C
**(Judge Hewitt)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**FRANCISCO JAVIER RIVERA AGREDANO and**
**ALFONSO CALDERON LEON,**

**Plaintiffs,**

**v.**

**UNITED STATES OF AMERICA**

**Defendants.**

---

**PLAINTIFF ALFONSO CALDERON LEON'S REQUEST FOR JOINDER IN FRANCISCO RIVERA AGREDANO'S RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS IN OPPOSITION TO DEFENDANT USA'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

**TERESA TRUCCHI SBN# 135543**
**SUPPA, TRUCCHI, AND HENEIN, LLP**
**3055 India Street**
**San Diego, CA 92103**
**Telephone: (619) 297-7330**
**Telefax : (619) 297-9658**

**Attorneys for PLAINTIFFS**
**FRANCISCO JAVIER RIVERA AGREDANO and**
**ALFONSO CALDERON LEON**

**November 14, 2005**

**PLAINTIFF ALFONSO CALDERON requests leave to join in PLAINTIFF FRANCISCO RIVERA AGREDANO'S RESPONSE TO MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS IN OPPOSITION TO DEFENDANT USA'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT as the legal issues and pertinent facts are virtually the same for both plaintiffs and to avoid duplicate filings with the court.**

DATED: November 14, 2005

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

CERTIFICATE OF ELECTRONIC FILING

This document was filed electronically on November 14, 2005 and served on opposing counsel electronically.

DATED: November 14, 2005

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658