# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: November 16, 2005)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO & ALFONSO CALDERON LEON | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Plaintiff Alfonso Calderon Leon's Request for Joinder in Plaintiff Francisco Rivera Agredano's Response to Motion to Dismiss or in the Alternative, for Summary Judgment and Statement of Uncontroverted Facts in Opposition to Defendant USA's Motion to Dismiss or, in the Alternative, for Summary Judgment , electronically filed November 14, 2005. Because Leon and Rivera are co-plaintiffs in the action before the court, the request for joinder is unnecessary and MOOT. Counsel is advised that future filings should be made on behalf of both plaintiffs.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge