IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 05–608C |
| THE UNITED STATES, | ) | (Judge Hewitt) |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of four days, to and including December 2, 2005, within which to file its reply brief and response to plaintiffs' proposed additional facts. Defendant's reply currently is due November 28, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiffs' counsel has indicated that plaintiffs do not oppose this request.

The requested enlargement of time is required so that counsel for defendant may have sufficient time to finalize and electronically file its reply brief and response to plaintiffs' proposed additional facts. Counsel's assigned reviewer was unexpectedly away from the office, and accordingly additional time is necessary to complete internal review. For these

reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ PATRICIA M. McCARTHY
PATRICIA M. McCARTHY
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530

Tel: (202) 616-8253
Fax: (202) 307-0972

November 28, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 28, 2005, a copy of the foregoing “MOTION FOR ENLARGEMENT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS