# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: November 30, 2005)

FRANCISCO JAVIER RIVERA AGREDANO & ALFONSO CALDERON LEON

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Motion for an Enlargement of Time, electronically filed November 28, 2005. Based on the representations contained therein, the court hereby GRANTS defendant's motion. On or before December 2, 2005 defendant shall file its reply brief and response to plaintiffs' proposed additional facts.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge