# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: March 29, 2006)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO & ALFONSO CALDERON LEON | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pursuant to Rule 12(a)(2)(A) of the Rules of the Court of Federal Claims (RCFC), defendant shall file its answer on or before April 7, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge