# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: May 25, 2006)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO & ALFONSO CALDERON LEON | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion for an Enlargement of Time (Def.'s Mot. or motion), requesting an extension of 31 days, up to and including June 30, 2006, within which to file the parties' joint preliminary status report. Def.'s Mot. at 1. Defendant states that plaintiffs do not oppose the motion. Id. Based on the representations contained therein, the motion is GRANTED. The parties shall file a joint preliminary status report on or before June 30, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge