# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: July 5, 2006)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO & ALFONSO CALDERON LEON | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court shall hold a telephonic status conference with the parties at 2:30 p.m. E.D.T. on Thursday, July 6, 2006. The Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge