# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: July 6, 2006)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court shall continue its telephonic status conference of today with the parties at 2:30 p.m. E.D.T. on Monday, July 10, 2006. The Sprint operator will initiate the call. The caption of the case shall be revised as appears above.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge