# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: July 10, 2006)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Further to the telephonic status conferences of July 6, 2006 and today, the case shall proceed on parallel tracks. The court ASSIGNS-IN-PART the case to the Honorable Eric G. Bruggink for the purpose of alternative dispute resolution (ADR). The court shall RETAIN jurisdiction over discovery and other proceedings in the case. The court ORDERS the following partial schedule of pretrial activities:

(1) The parties shall exchange initial disclosures on or before July 31, 2006.

(2) Plaintiff shall provide defendant with plaintiff's expert report on or before October 31, 2006.

(3) Defendant shall provide plaintiff with defendant's expert report on or before November 30, 2006.

(4) Discovery, including depositions of experts, shall close on December 22, 2006.

(5) The parties shall file a joint status report on or before January 5, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge