# In the United States Court of Federal Claims

No. 05-608C ADR
(Filed: October 10, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
FRANCISCO JAVIER
RIVERA AGREDANO,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to defendant's status report filed September 1, 2006, further ADR proceedings in this action are suspended. The parties are asked to notify the ADR judge if and when it would be useful to reinitiate ADR proceedings.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Emily C. Hewitt