# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: October 24, 2006)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court shall hold a telephonic status conference with the parties on October 30, 2006, at 3:00 p.m. E.S.T. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge