# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: October 30, 2006)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference held on October 30, 2006, the court ORDERS the defendant to file any dispositive motions on or before Thursday, January 25, 2007. The parties shall file subsequent briefing in accordance with the Rules of the United States Court of Federal Claims.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge