# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: December 22, 2006)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' Joint Motion to Amend the Scheduling Order, filed on December 21, 2006. Based on the representations contained therein, the court GRANTS the parties' motion. The court ORDERS the following amended schedule:

1. Discovery, including deposition of experts, shall close on Friday, February 9, 2007.

2. The parties shall file a joint status report on or before Friday, February 23, 2007.

3. Any dispositive motions shall be filed on or before Friday, March 16, 2007.

The foregoing SUPERSEDES the court's scheduling orders of July 10, 2006 and October 30, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge