# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: January 4, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to an informal telephonic status conference with the parties held on January 3, 2007, the court AMENDS its Order of December 22, 2006 to provide that dispositive motions shall be filed on or before Thursday, January 25, 2007, rather than March 16, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge