# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: January 18, 2007)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the Motion of Alfonso Calderon Leon requesting leave to file under seal a motion for reconsideration of the March 28, 2006 Published Opinion dismissing the claim of Alfonso Calderon Leon (Motion). Plaintiff seeks leave to file the motion for reconsideration under seal to avoid a claim that the document violates the protective order. Based on the representations stated in the motion, the motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge