# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: February 5, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is plaintiff's Supplemental Declaration of Teresa Trucchi In Support of Motion to Reconsider and Reinstate Third Party Beneficiary Claim (Supplemental Declaration), filed on January 26, 2007. The Supplemental Declaration does not comply with Rule 7(b) of the Rules of the United States Court of Federal Claims (RCFC). The court deems the Supplemental Declaration a motion to file a supporting memorandum and will allow the filing. Plaintiff's future filings shall comply with the RCFC.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge