# In the United States Court of Federal Claims

No. 05-608C ADR
(Filed: February 9, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
FRANCISCO JAVIER
RIVERA AGREDANO,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic conference with the parties will be held Wednesday, February 14, 2007, 4:00 p.m. eastern (1:00 p.m. pacific) regarding further ADR proceedings in this action. The call will be placed from chambers.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Emily C. Hewitt