# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: February 14, 2007)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the Notice of Motion and Motion by Alfonso Calderon Leon to File a Supporting Memorandum, collectively (Motion to File) filed on February 9, 2007, and Defendant's Motion for Leave to File Response to Alfonso Calderon's Motion to Reconsider (defendant's Motion) filed on February 12, 2007. The Motion to File seeks to file certain deposition transcripts recently received by plaintiffs' counsel in further support of plaintiffs' motion for reconsideration dated January 26, 2007 (Motion for Reconsideration) of the portion of the court's March 28, 2006 decision to dismiss the claim of Mr. Calderon. The Motion to File is ALLOWED for the purpose of affording plaintiffs an opportunity to support their Motion for Reconsideration.

Defendant shall file its response to plaintiffs' Motion for Reconsideration on or before Wednesday, March 7, 2007 and plaintiffs' shall file their reply on or before Wednesday, March 21, 2007. In view of the foregoing briefing schedule, defendant's Motion filed on February 12, 2007 is MOOT.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge