# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: February 14, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is the parties' Joint Motion to Amend the Scheduling Order (Joint Motion) requesting additional time to complete the depositions of a defense witness and plaintiff's expert. Based on the representations contained therein, the Joint Motion is GRANTED. The parties shall complete the depositions on or before Friday, March 30, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge