# In the United States Court of Federal Claims

No. 05-608C ADR
(Filed: February 14, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
FRANCISCO JAVIER
RIVERA AGREDANO,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Based on the telephonic status conference held on February 14, 2007, regarding further ADR proceedings in this action, the parties shall individually furnish chambers with confidential statements of their settlement positions on or before February 28, 2007. The statements are not to exceed five pages. Chambers will then contact the parties ex parte, as per the parties' agreement, to discuss their positions. The parties are reminded to furnish their settlement positions directly to chambers and not to file them with the court.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Emily C. Hewitt