# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: March 5, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the Order of December 22, 2006, the parties were directed to file a joint status report (JSR) on or before February 23, 2007. The court has not received the JSR. The parties shall file the JSR on or before Friday, March 9, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge