**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) | |
| Plaintiff, | ) | No. 05-608C |
| v. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of at least seven days (a) to respond to the Motion by Alfonso Calderon Leon In Support Of Motion To Reconsider And Reinstate Third Party Beneficiary Claim (the "Motion to Reconsider"); and (b) to file the parties' status report. Our response to the reconsideration motion is currently due on March 7, 2007, and the enlargement would reset that date to March 14, 2007. The status report is currently due on March 9, 2007, and the enlargement would reset that date to March 16, 2007. This is our first request for an enlargement of time for each of these purposes. We have been unable to contact plaintiff's and Mr. Calderon's counsel concerning this motion, and we are therefore not able to represent whether they will oppose it.

Counsel for the defendant is also assigned to Trinity Lumber Co., Inc. v. United States / Hagen & Sons v. United States, consolidated No. 02-943C, a timber case pending before this Court. In that case, the Court has ordered the parties to perform a site-visit in Redding, California to complete certain discovery that was the subject of a motion to compel on an expedited basis; the parties' schedules dictated that this visit occur on March 8, 2007. Counsel for the defendant therefore will be traveling to and from Redding, California between March 7 and March 9, 2007. The preparation for the hearing and the subsequently ordered site visit in the Trinity case has caused unanticipated conflicts in counsel's work schedule, and has significantly contributed to his inability to both complete the response to the Motion for Reconsideration for filing, as well as confer with plaintiff's counsel regarding the content of the status report. We anticipate that an enlargement of seven days for both the response to the motion to reconsider

and the status report will permit counsel for the defendant to complete these documents, submit them for proper review in accordance with the Department of Justice's internal procedures, and file them. We apologize for any inconvenience this request may cause the Court or the plaintiff.

For these reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

March 7, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 7, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK