# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: March 7, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is defendant's Motion for an Enlargement of Time (Motion), filed on March 7, 2007. Based on the representations contained therein, the Motion is GRANTED. Defendant shall file its response on or before Wednesday, March 14, 2007. The parties shall file a joint status report on or before Friday, March 16, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge