**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) | |
| Plaintiff, | ) | No. 05-608C |
| v. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Pursuant to the Court's Scheduling Order in this case, as amended from time to time, on behalf of both parties, and with the concurrence of counsel for plaintiff, Francisco Javier Rivera Agredano, the United States respectfully submits the following status report.

(1) The parties have substantially completed discovery in this case. The only outstanding discovery are three depositions, all of which should be completed by the end of March 2007, assuming counsel's schedules permit.

(2) The parties have discussed settlement but have not been able to reach an amicable resolution of this case. The parties have therefore approached Judge Bruggink to continue their attempts at ADR. The process is not yet complete, though we are hopeful that it will be within the next three weeks.

(3) If ADR is unsuccessful, this case will proceed to trial on all issues stated in the Joint Preliminary Status Report filed in this case. Consistent with the Joint Preliminary Status Report, we expect that trial will last approximately one week, and we request both that trial be scheduled four to six months after the conclusion of our current ADR proceeding before Judge Bruggink, and that trial

take place in San Diego, California.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricial M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

March 16, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 16, 2007, a copy of the foregoing “STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Devin A. Wolak
DEVIN A. WOLAK