# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: March 23, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

On February 14, 2007, the court directed defendant to file its response to plaintiff's Motion for Reconsideration on March 7, 2007, and plaintiffs to file their reply on March 21, 2007. On March 7, 2007, the court granted defendant's Motion for an Enlargement of Time and allowed defendant to file its response on March 14, 2007. In light of the foregoing, plaintiffs shall file their response on or before Wednesday, March 28, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge