# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: June 1, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court, through its Order of July 10, 2006, allowed the parties to engage in discovery while also attempting to resolve this case through the court's alternative dispute resolution (ADR) process. Discovery was set to close on December 22, 2006. The court, however, granted the parties' motion to amend the discovery schedule and discovery was scheduled to close on February 9, 2007. The parties filed their joint status report (JSR) on March 16, 2007.

In the JSR, the parties indicated that they have substantially completed discovery, with three outstanding depositions that were expected to be completed by the end of March. The parties also indicated that ADR might conclude within the three weeks following March 16, 2007. The court directs the parties to file a JSR to inform the court of the current status of the case. The parties shall file their JSR on or before Friday, June 15, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge