# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: June 29, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is Defendant's Motion to File Status Report Out of Time (Motion) filed on June 27, 2007. Although defendant's Motion indicates that it was unable to obtain plaintiff's position, plaintiff indicated to the court in a telephone call on June 28, 2007, that it did not object to defendant's Motion. Based on the representations contained therein, defendant's Motion is GRANTED. The court deems the attached Defendant's Status Report filed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge