# In the United States Court of Federal Claims

No. 05-608C ADR
(Filed: July 20, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
FRANCISCO JAVIER
RIVERA AGREDANO,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the Defendant's Status Report deemed to be filed on June 29, 2007, the ADR proceedings in this case are closed. The parties should notify the court if they wish to pursue ADR proceedings in this case in the future.

s/Eric G. Bruggink
ERIC G. BRUGGINK
As ADR Judge

cc: Judge Emily C. Hewitt