# In the United States Court of Federal Claims

No. 05-608C

(E-Filed: September 13, 2007)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court will hold a telephonic status conference with the parties on Friday, September 14, 2007 at 2:00 p.m. EDT. The court's contract operator will initiate the telephone call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge