# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: September 14, 2007)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

Further to the telephonic status conference held with the parties on September 13, 2007, 2007, the court orders the following pretrial schedule:

1. Meeting of Counsel. The parties shall meet to satisfy the requirements of the Rules of the U.S. Court of Federal Claims (RCFC) Appendix A ¶ 13, including the exchange of exhibit and witness lists, on Monday, October 29, 2007.

2. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiff shall file its Memorandum of Contentions of Fact and Law (Memorandum) on or before Monday, November 12, 2007. Defendant shall file its responsive Memorandum on or before Monday, December 10, 2007. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant shall file its responses to any motions filed by plaintiff on or before Monday, December 10, 2007, to be included in defendant's responsive Memorandum. Plaintiff shall file its responses to any motions filed by defendant on or before Friday, December 21, 2007.

3. Pretrial Conference. The pretrial conference will be held on Monday, January 14, 2008, at 9:30 a.m. at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. The parties shall distribute in advance to participants in the pretrial conference copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver prior to the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached.

4. Trial. Trial will be held Monday, January 28, 2008 through Friday, February 1, 2008. Trial will begin at 9:00 a.m. on each day. Trial is expected to be held in San Diego, California at a location to be determined.

In order to assist the parties in their designation of trial witnesses and their planning for the presentation of evidence at trial, the parties are advised that the court expects documentary evidence to be presented through and explained to the court by expert and/or percipient witnesses. Accordingly, the court will include the following in its pretrial order: "Any exhibit and/or any portion of an exhibit the import of which with respect to one or more issues in the case is not specifically pointed out by a witness at trial may be disregarded by the court in its determination of the case. 'Specifically pointed out' means specific mention, with reference to an exhibit number, and to one or more specific page numbers within, or otherwise identifiable portion of, the exhibit, together with an indication of how the evidence supports or disproves a fact in issue. 'Specifically pointed out' shall not include mention for the first time in post-trial briefing."

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

Agredano v. United States (05-608)
Trial Dates: January 28, 2008 - February 1, 2008
Location to be Determined

| Time | Sun. 1/27 | Monday 1/28 | Tuesday 1/29 | Wednesday 1/30 | Thursday 1/31 | Friday 2/1 | Sat. 2/2 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |