IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-608C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**RCFC APPENDIX A PARAGRAPH 13(d) JOINT CERTIFICATION**

Pursuant to Appendix A, paragraph 13(d) of the Rules of the Court of Federal Claims ("RCFC"), and this Court's September 14, 2007 pretrial scheduling order, the plaintiff, Francisco Javier Rivera Agredano, and the defendant, the United States, jointly certify that their counsel have conducted the meeting required by RCFC Appendix A paragraph 13, and have accomplished all matters required therein.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

/s/ Teresa Trucchi
TERESA TRUCCHI
Suppa, Trucchi & Henein LLP
3055 India Street
San Diego, CA 92117
Tel. (619) 252-1683
Fax. (619) 297-7330

Attorney for the Plaintiff

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

Attorneys for Defendant

November 7, 2007

CERTIFICATE OF FILING

I hereby certify that on November 7, 2007, a copy of the foregoing "RCFC APPENDIX A PARAGRAPH 13(d) JOINT CERTIFICATION" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK