**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-608C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant requests an enlargement of time of eight days, to and including Tuesday, December 18, 2007, within which to file its pretrial memorandum of contentions of fact and law. Our pretrial memorandum is now due on December 10, 2007. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that the plaintiff will not oppose this request for an enlargement of time.

On November 12, 2007, the plaintiff filed his pretrial memorandum in this case. Since that time, defendant's counsel has been working diligently to prepare the defendant's pretrial memorandum and the related objections to the plaintiff's filing. In addition to his work for this case, counsel for the defendant has also been occupied with work on other cases, including responding to three motions in den Hoed v. United States, C.I.T. Nos. 06-0445 and 06-0446; filing a responsive brief in McIntosh v. Office of Personnel Management, Fed. Cir. No. 2007-3307; preparing for argument and arguing Gibbins v. Nicholson, Fed. Cir. No. 2007-7153; finalizing briefing upon several motions pending in Prochazka v. United States, Fed. Cl. No. 06-827C; responding to discovery motions filed in Stovall v. United States, Fed. Cl. No. 05-400C; and preparing a dispositive motion in Fathauer v. United States, Fed. Cl. No. 07-279C. Despite

his best efforts, the defendant's pretrial memorandum was only recently completed, and additional time is required to allow for full review, both internally and by the client-agency, prior to finalizing it for filing. We anticipate that an additional eight days will allow adequate time to finalize and file the document.

For these reasons, defendant requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

December 10, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 10, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Devin A. Wolak
DEVIN A. WOLAK