# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: December 10, 2007)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Motion for an Enlargement of Time (Motion) up to and including December 18, 2007

Based on the representations contained in the Motion, the Motion is GRANTED and the second and subsequent sentences of paragraph 2 of the court's Order of September 14, 2007, shall be AMENDED to read as follows:

> Defendant shall file its responsive Memorandum on or before Tuesday, December 18, 2007. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant shall file its responses to any motions filed by plaintiff on or before Tuesday, December 18, 2007, to be included in defendant's responsive Memorandum. Plaintiff shall file its responses to any motions filed by defendant on or before Wednesday, January 2, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge