**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-608C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Court's September 14, 2007 Order, and in accordance with Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant submits the following list of witnesses. This list does not include all witnesses that the defendant may choose to use for impeachment. See RCFC, App. A ¶ 15(a). Defendant reserves the right to amend this listing as described in the Court's rules or in response to the Court's rulings upon any motions *in limine* filed by plaintiffs. Defendant also reserves the right to call all witnesses listed on plaintiffs' witness list. Finally, defendant reserves the right to identify additional witnesses for authentication of documents based upon the objections ultimately asserted by plaintiffs in response to the exhibit list served in this case.

Government Employees (Present and Former)

**1.** **Jayson P. Ahern**,
Deputy Commissioner
U.S. Customs & Border Protection
Ronald Reagan Building
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

Will call (unless testimony adduced during plaintiff's case-in-chief). Mr. Ahern is the Assistant Commissioner, Office of Field Operations, Customs and Border Patrol, and was formerly the Director of Field Operations, San Diego. Mr. Ahern is expected to testify

concerning the procedures designed to uncover any contraband left in vehicles prior to release for auction. Time needed for direct examination is estimated at one hour.

**2.** **David J. Murphy**
Director, Field Operations (Chicago)
U.S. Customs & Border Protection
610 S. Canal Street, Room 900
Chicago, IL 60607

Will call (unless testimony adduced during plaintiff's case-in-chief). Mr. Murphy is the Director of Field Operations, Chicago, and was formerly the Assistant Director of Field Operations, San Diego. Mr. Murphy is expected to testify concerning the procedures designed to uncover any contraband left in vehicles prior to release for auction. Time needed for direct examination is estimated at one hour.

**3.** **Joseph Marilao**
Supervisory U.S. Customs & Border Protection Officer
San Ysidro Port of Entry
720 East San Ysidro Blvd.
San Diego, CA 92173

Will call (unless testimony adduced during plaintiff's case-in-chief). Mr. Marilao is a Senior Customs & Border Protection Officer, San Ysidro Port of Entry. Officer Marilao is expected to testify concerning the procedures for searching and seizing vehicles at the San Ysidro Port of Entry in 2001. Officer Marilao is also is expected to testify about the search of the 1997 Nissan Pathfinder on January 25, 2001. Time needed for direct examination is estimated at one hour.

**4. Vanaster Brown**
Supervisory U.S. Customs & Border Protection Officer
San Ysidro Port of Entry
720 East San Ysidro Blvd.
San Diego, CA 92173

Will call (unless testimony adduced during plaintiff's case-in-chief). Mr. Brown is a Supervisory Customs & Border Protection Officer, San Ysidro Port of Entry. Mr. Brown is expected to testify concerning procedures for searching and seizing vehicles at the San Ysidro Port of Entry in 2001. Mr. Brown will also testify about his review and approval of the form documenting Officer Marilao's search of the 1987 Nissan Pathfinder. Time needed for direct examination is estimated at a maximum of one hour.

**5. James Henderson**
11431 Savannah Lakes Drive
Parrish, FL 34219

May call. Mr. Henderson was formerly the Chief, Canine Enforcement, San Diego (retired). Mr. Henderson is expected to testify concerning the circumstances surrounding Customs and Border Patrol's attempt to perform K-9 re-screenings of all vehicles at the EG&G Technical Services vehicle storage facility, as well as K-9 screening procedures in general. Time needed for direct examination is estimated at a maximum of one hour.

**6. Robert Root**
San Diego, California

Will call (unless testimony adduced during plaintiff's case-in-chief). Mr. Root is a Supervisory Canine Officer, San Ysidro Port of Entry. Mr. Root is expected to testify concerning the circumstances surrounding Customs and Border Patrol's attempt to perform K-9 re-screenings of all vehicles at the auctioneer's (EG&G Technical Services) vehicle storage facility. Time needed for direct examination is estimated at a maximum of one hour.

**7.** **Lawrence Fanning**
Assistant Port Director
9777 Via de la Amistad
San Diego, CA 92154

May call. Mr. Fanning is the Assistant Port Director, and was formerly the Fines, Penalties & Forfeitures Officer. Mr. Fanning is expected to testify concerning the operations of the Customs and Border Patrol's seizure and forfeiture program in San Diego. Time needed for direct examination is estimated at a maximum of one hour.

**8.** **James Elam**
U.S. Customs & Border Protection Officer
San Ysidro Port of Entry
720 E. San Ysidro Blvd.
San Diego, CA 92101

May call. Mr. Elam is expected to testify concerning the the auctioneer's (EG&G Technical Services) records regarding the storage and sale of the 1987 Nissan Pathfinder. Time needed for direct examination is estimated at less than one hour.

Third Party Witnesses

**1.** **Michael Cater**
3223 Purer Road
Escondido, CA 92029

May call. Mr. Cater is expected to testify concerning the procedures the auctioneer (EG&G Technical Services) followed in 2001 for vehicle storage and sale. Time needed for direct examination is estimated at less than one hour.

**2.** **Nigal Miller**
San Diego, California

May call. Mr. Miller is expected to testify concerning the "Conveyance Evaluation and Fair Market Value Analysis" form for the 1987 Nissan Pathfinder. Time needed for direct examination is estimated at less than one hour.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

December 18, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 18, 2007, a copy of the foregoing "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Teresa Trucchi, Esq.
Suppa, Trucci and Henein, LLP
3055 India Street
San Diego, CA 92103

/s/ Devin Wolak