**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-608C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBIT LIST**

Pursuant to the Court's September 14, 2007 Order, and in accordance with Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits its list of trial exhibits. In addition to the exhibits below, we reserve the right to offer into evidence any documents in plaintiffs' exhibit list, to the extent they are not introduced, or are not introduced in full, during plaintiff's direct case.

1. United States Customs and Border Patrol search and seizure forms for the 1987 Nissan Pathfinder (dated January 25, 2001)

2. Disposition order, forfeiture and sale documents for 1987 Nissan Pathfinder (dated August 8, 2001)

3. Disposition order, forfeiture and sale documents for 1987 Nissan Pathfinder (dated September 25, 2001)

4. EG&G Technical Services Forms 4007, 4028, 4039, 4054a, and 4080 for 1987 Nissan Pathfinder (various dates)

5. Forfeiture auction flier and warranty (auction on September 5, 2001)

6. Bidder registration for Francisco Rivera (dated September 5, 2001)

7. Title transfer document for 1987 Nissan Pathfinder (dated September 5, 2001)

8. Report of investigation for 1987 Nissan Pathfinder (dated February 12, 2001)

9. Report of investigation for 1987 Nissan Pathfinder (dated July 3, 2001)

10. Custody Receipts for Retained or Seized Property, concerning 1987 Nissan Pathfinder (dated January 25, 2001)

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patrica M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

/s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

December 18, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on December 18, 2007, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Teresa Trucchi, Esq.
Suppa, Trucci and Henein, LLP
3055 India Street
San Diego, CA 92103

/s/ Devin Wolak