No. 05-608C
(Judge Emily Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO and
ALFONSO CALDERON LEON,

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

**PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO'S MOTION FOR AN ENLARGEMENT OF TIME**

**Honorable EMILY HEWITT, Judge Presiding**

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFF
FRANCISCO JAVIER RIVERA AGREDANO

December 24, 2007

**PLAINTIFF'S MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC6(b), plaintiff requests an enlargement of time of two (2) days, to and including Friday, January 4, 2008, within which to file plaintiff's response to the defendant's Memorandum of Contentions of Fact and Law. The plaintiff's response is due on Wednesday, January 2, 2008.

This is plaintiff's first request for an enlargement of time for this purpose. Defendant's counsel is unavailable to discuss this request but, based upon prior discussions with defendant's counsel, plaintiff's counsel does not believe that defense counsel would oppose this request.

On November 12, 2007, plaintiff filed his pretrial memorandum in this case. Defendant's memorandum was originally due December 10, 2007 but the time extended (without opposition) to December 18, 2007.

Plaintiff's counsel will be out of town from December 26, 2007 through January 2, 2008 on a family vacation in Mexico. Plaintiff's counsel had planned to complete the response before she left but suddenly had a great deal of work involving two large unrelated cases which settled in mid-December, 2007 [Jose Alfredo Name Salum v. Raquel Yunes; San Diego Superior Court 873747 and Insurance Company of the West v RPS; Southern District of California Case number 05-CV-00324 DMS (CAB)] and then was quite sick for several days starting December 21, 2007.

As such, despite diligent efforts to complete the response, plaintiff's counsel has not been able to properly complete the response and will not be able to complete it before leaving on December 26, 2007. Plaintiff's counsel requests two (2) additional days to complete the document and file it upon her return as it will be difficult (if not impossible) to complete and electronically file the document from the remote location in Mexico where plaintiff's counsel will be from December 26, 2007 to January 2, 2008.

For these reasons, plaintiff requests that the Court grant this motion for an enlargement of time.

Respectfully Submitted

DATED: December 24, 2007

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

## CERTIFICATE OF ELECTRONIC FILING

This document and all attachments was electronically filed on December 24, 2007 and served on opposing counsel electronically.

.DATED: December 24, 2007

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs

SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658