# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: January 2, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff Francisco Javier Rivera Agredano's Motion for an Enlargement of Time (Motion) up to and including January 4, 2008.

Based on the representations contained in the Motion, the Motion is GRANTED. Plaintiff shall file its responses to defendant's motions on or before Friday, January 4, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge