# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: January 4, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff Francisco Javier Rivera Agredano's Memorandum of Contentions of Fact and Law (plaintiff's memorandum or Pl.'s Mem.). The witness list contained within plaintiff's memorandum does not conform to the requirements set forth by Appendix A of the Rules of the Court of Federal Claims (RCFC). See Pl.'s Mem. 13-16. Specifically, plaintiff has not indicated which witnesses plaintiff expects to present and which witnesses plaintiff may call if the need arises; the specific topics to be addressed in the expected testimony; and the time needed for direct examination. RCFC Appendix A, Rule 15(a) requires that:

> "[e]ach party shall file, together with the Memorandum of Contentions of Fact and Law, a separate statement setting forht a list of witnesses to be called at trial for case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment. The witness list shall separately identify those whom the party expects to present and those whom the party may call if the need arises. As to each witness, the party shall indicate the specific topics to be addressed in the expected testimony and the time needed for direct examination."

RCFC App. A, 15(a). Additionally, plaintiff's exhibit list does not conform to the requirements set forth by RCFC Appendix A, Rule 16. See Pl.'s Mem. 17-19. Specifically, plaintiff has failed to indicate which exhibits it expects to offer for its case-

in-chief and which exhibits it expects to offer for rebuttal purposes. Plaintiff has also failed to indicate which exhibits it expects to offer and which it may offer if the need arises. RCFC Appendix A, Rule 16 sets forth that:

> "[e]ach party shall file, together with the Memorandum of Contentions of Fact and Law, a separate statement setting forth a list of exhibits it expects to offer at trial for case-in-chief or rebuttal purposes (including summaries to be offered pursuant to Fed. R. Evid. 1006), other than those to be used exclusively for impeachment. The exhibit list shall separately identify those exhibits that the party expects to offer and those that the party may offer if the need arises."

RCFC App. A, 16.

On or before Tuesday, January 8, 2008, plaintiff shall serve and file with the court a list of witnesses and exhibits that conform to RCFC Appendix A and this Order. Any witnesses and/or exhibits that are not listed in compliance with RCFC Appendix A will be struck without further discussion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge