No. 05-608C
(Judge Emily Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

**PLAINTIFF'S EXHIBIT LIST**

**Honorable EMILY HEWITT, Judge Presiding**

Pursuant to the Court's Orders of January 4, 2008 and September 14, 2007, and in accordance with Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff, FRANCISCO JAVIER RIVERA AGREDANO, respectfully submits his list of trial exhibits. In addition to the exhibits below, the plaintiff reserves the right to offer into evidence any documents in defendant's exhibit list, in rebuttal to arguments made by the defendant, to the extent they are not introduced, or are not introduced in full, during defendant's case.

1. Vehicle/Vessel/Aircraft Inventory and Receipt signed by "J. Marilao" on January 26, 2001 for "Pathfinder 4X4"/Jose Jiminez Coronel (with notation "tank removed")

Will offer in case in chief.

2. Custody Receipt for Retained or Seized Property (signed by "J. Marilao" on January 25, 2001 and by American Towing on January 28, 2001)

Will offer in case in chief

3. Personal Property Inventory dated January 25, 2001

May offer in case in chief

4. EG&G Technical Services Forms 4001, 4002 (2), 4007, 4028, 4032, 4039, 4064a, 4080 and EG&G photograph for 1987 Nissan Pathfinder (various dates)

Will offer in case in chief

5. Forfeiture auction flier and warranty (auction on September 5, 2001)

Will offer in case in chief

6. Bidder registration for Francisco Rivera (dated September 5, 2001)

Will offer in case in chief

/////

7. Title transfer document for 1987 Nissan Pathfinder "Certificate to Obtain Title to a Vehicle" (dated September 5, 2001)

Will offer in case in chief

8. Seized Property Consignment Order (dated January 29, 2001)

Will offer in case in chief

9. Disposition Order for 1987 Nissan Pathfinder (dated August 8, 2001)

Will offer in case in chief

10. Disposition Order for various vehicles including 1987 Nissan Pathfinder (dated September 25, 2001)

Will offer in case in chief

11. Records from "The People of the State of California v Jose Armando Jimenez"; SDSC Case Number CS156917

Will offer in case in chief

12. Ninety (90) color photographs from the court file in the criminal proceedings against Francisco Rivera and Alfonso Calderon in Mexico depicting the Nissan Pathfinder, seized marijuana and items related to the printing business operated by Rivera and Calderon

Will offer in case in chief

13. American Towing, Inc. receipt dated January 25, 2001

May offer in case in chief

14. Letter in response to FOIA request dated April 8, 2002 from U.S. Customs Service to Teresa Trucchi

Will offer in case in chief

15. Letter in response to FOIA request dated May 28, 2002 from U.S. Customs Service to Carlos Mejia Lopez, Esq.

Will offer in case in chief

16. Order to Destroy and Record of Destruction of Forfeited, Abandoned, or Unclaimed Property (Customs Form 4613) dated May 25, 2001

Will offer in case in chief

17. "Extension to Judicial Inspection" (and English translation) dated February 14, 2002 of inspection of Nissan Pathfinder in Mexican criminal action

Will offer in case in chief

18. "Hearing" (and English translation) dated February 13, 2002 of testimony of chemist Jose Blanco Loya of state of marijuana found in Nissan Pathfinder in Mexican criminal action

Will offer in case in chief

19. "Extension to Judicial Inspection" (and English translation) dated March 26, 2002 of inspection of marijuana found in Nissan Pathfinder in Mexican criminal action

Will offer in case in chief

20. Report of expert Miguel Humberto Carrillo Mendivil and Rafael Garcia Gutierrez (and English translation) dated March 19, 2002 of inspection of marijuana found in Nissan Pathfinder in Mexican criminal action

Will offer in case in chief

21. Report of Mexican Military police of arrest of Francisco Rivera and Alfonso Calderon after discovery of marijuana found in Nissan Pathfinder in Mexican criminal action

Will offer in case in chief

22. Report of expert Michael Levine dated March 9, 2004

Will offer in case in chief

23. 1999 Tax return for Francisco Rivera

May offer in case in rebuttal

24. 2000 Tax return for Francisco Rivera

May offer in case in rebuttal

25. 2001 Tax return for Francisco Rivera

May offer in case in rebuttal

26. Record from Calimax re: printing job at time of arrest and other proof of printing occupation

Will offer in case in chief

27. Income records from Francisco Rivera/Alfonso Calderon printing business showing difference between income in 2001 and 2002

Will offer in case in chief

28. Kelley Blue Book estimate re: value of Nissan Pathfinder

May offer in rebuttal

29. Medical records and bill of Dr. Sergio Medina Medina (and English translation) regarding Francisco Rivera

Will offer in case in chief

30. Medical records and bill of Dr. Hector Santillana Santillana (and English translation) regarding Francisco Rivera

Will offer in case in chief

31. Medical records and bill of Dr. Miquel Lizarraga (and English translation) regarding Francisco Rivera

Will offer in case in chief

32. Medical records and bill of Dr. Alba Morena Grijalva (and English translation) regarding Francisco Rivera

Will offer in case in chief

33. Medical records and bill of Dr. Jesus Manuel Cesena Caro (and English translation) regarding Francisco Rivera

Will offer in case in chief

34. Toll road charges incurred by Carmen Calderon Leon and Araceli Calderon Leon to bring food and other supplies to Francisco Rivera during imprisonment

Will offer in case in chief

35. Toll road charges incurred by Lic. Carlos Mejia Lopez to visit and provide legal services for Francisco Rivera during imprisonment

Will offer in case in chief

36. Letter in response to FOIA request dated April 20, 2007 from U.S. Customs Service to Teresa Trucchi and appeal thereof dated May 25, 2007

May offer in case in chief

37. Bill for legal services and costs provided by Carlos Mejia Lopez

Will offer in case in chief

38. Bill for legal services and costs provided by Teresa Trucchi

Will offer in case in chief

39. USA directives regarding the procedure/policies to utilize for searches and subsequent sales of seized vehicles (various dates)

Will offer in case in chief

40. Deposition transcript of Lawrence Fanning (1-23-07) and attachments thereto

May offer in case in chief

41. Deposition transcript of Lawrence Fanning (6-04-04) and attachments thereto

May offer in case in chief

42. Deposition transcript of Robert Root (6-24-04) and attachments thereto

May offer in case in chief

43. Deposition transcript of David Murphy (6-25-04) and attachments thereto

May offer in case in chief

44. Deposition transcript of David Murphy (1-23-07) and attachments thereto

May offer in case in chief

45. Deposition transcript of Robert Bickers (1-23-07) and attachments thereto

May offer in case in chief

46. Deposition transcript of Robert Bickers (6-9-04) and attachments thereto

May offer in case in chief

47. Deposition transcript of Joseph Marilao (6-09-04) and attachments thereto

May offer in case in chief

48. Deposition transcript of Joseph Marilao (10-27-06) and attachments thereto

May offer in case in chief

49. Deposition transcript of Aide Nunez (10-27-06) and attachments thereto

May offer in case in chief

50. Deposition transcript of Robert Hood (10-27-06) and attachments thereto

May offer in case in chief

51. Deposition transcript of Jayson Ahern (6-04-04) and attachments thereto

May offer in case in chief

52. Deposition transcript of Jayson Ahern (10-27-06) and attachments thereto]

May offer in case in chief

53. Deposition transcript of Francisco Rivera (12-13-06) and attachments thereto

May offer in case in rebuttal

54. Report of Investigation dated 2-13-01

Will offer in case in chief

55. CMC Southern California Incident Report dated January 25, 2001

Will offer in case in chief

56. Evidence Processing Checklist dated January 25, 2001

Will offer in case in chief

57. Property Service Order (EG&G) dated 8-31-01

Will offer in case in chief

Respectfully Submitted

DATED: January 8, 2008

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658
ttrucchi@san.rr.com

**CERTIFICATE OF ELECTRONIC FILING**

This document and all attachments was electronically filed on January 8, 2008 and served on opposing counsel electronically.

.DATED: January 8, 2008

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs

SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658
ttrucchi@san.rr.com