# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: January 10, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Motion for Leave to File Defendant's Objections to Plaintiff's Revised Witness and Exhibit Lists (motion). Defendant's motion is GRANTED. Because defendant's motion included defendant's objections to plaintiff's revised witness and exhibit lists, no further action is necessary.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge