# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: January 10, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Attached to this Order the parties will find a current draft of the Agenda for the Pretrial Conference to be held on Monday, January 14, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge