Agredano v. United States (05-608)
Trial Dates: January 28, 2008 - February 1, 2008
Location: San Diego, CA

| Time | Sunday 1/27 | Monday 1/28 | Tuesday 1/29 | Wednesday 1/30 | Thursday 1/31 | Friday 2/1 | Saturday 2/2 |
|---|---|---|---|---|---|---|---|
| 8:30 | | Opening Statements | Lic. Carlos Mejia-Lopez | Jayson Ahern | Areceli Calderon | USA Rebuttal | |
| 9:00 | | | | | Gabriel Calderon | | |
| 9:30 | | | | | Teresa Rivera | | |
| 10:00 | | Francisco Rivera | | Lawrence Fanning | Carmen Rivera | | |
| 10:30 | | | | | | | |
| 11:00 | | | | Robert Hood | | | |
| 11:30 | | | | | | | |
| 12:00 | | Break | Break | Break | Break | Break | |
| 12:30 | | | | | | | |
| 1:00 | | Francisco Rivera | David Murphy | Robert Root | Drs. Santillana, Lizarraga, Grivalija, Cesena | | |
| 1:30 | | | | | | | |
| 2:00 | | | | Aide Nunez | | | |
| 2:30 | | | Joseph Marilao | | | | |
| 3:00 | | Alfonso Calderon | | Spill-over, or to call next day's witnesses early | | | |
| 3:30 | | | Robert Bickers | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

NOTES:

Each day, we may call the following day's witnesses if time permits. In particular, we anticipate being able to call Lic. Carlos Mejia-Lopez on Monday afternoon; either Robert Hood or Robert Root on Tuesday afternoon; and either Areceli Calderon, Gabriel Calderon, Teresa Rivera, or Carmen Rivera on Wednesday afternoon.

Drs. Santillana, Lisarraga, Grivalija, and Cesena may not all be called.

The United States may call a witness with knowledge of the responses given to the plaintiff's various FOIA requests during its rebuttal case. This relates to the FOIA-response argument plaintiff's counsel revealed during the pretrial conference. The United States has not yet identified the individual who can testify upon this issue, but will disclose that individual as soon as possible.