# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: January 23, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is the parties' proposed trial schedule, which defendant filed on behalf of the parties on Friday, January 18, 2008. The court notes that the proposed trial schedule proposes completing the taking of testimony each day at 4:30 p.m. PST. The court expects to stay in session until 5:30 p.m. PST each day, and the court plans to stay in session beyond that time if the taking of testimony scheduled for that day is not completed. Therefore, the parties shall plan to present witnesses each day until 5:30 p.m. PST. The parties shall file a revised proposed trial schedule with the court on or before 5:00 p.m. EST on Friday, January 25, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge