Agredano v. United States (05-608)
Trial Dates: January 28, 2008 - February 1, 2008
Location: San Diego, CA

| Time | Sunday 1/27 | Monday 1/28 | Tuesday 1/29 | Wednesday 1/30 | Thursday 1/31 | Friday 2/1 | Saturday 2/2 |
|---|---|---|---|---|---|---|---|
| 8:30 | | Opening Statements | Lic. Carlos Mejia-Lopez | Jayson Ahern | Drs. Santillana, Lizarraga, Grivalija, Cesena | | |
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | Francisco Rivera | | Joseph Marilao | | | |
| 10:30 | | | David Murphy | | | | |
| 11:00 | | | | Robert Root | | | |
| 11:30 | | | | | | | |
| 12:00 | | Break | Break | Break | Break | Break | |
| 12:30 | | | | | | | |
| 1:00 | | Francisco Rivera | Aide Nunez | Areceli Calderon | USA Rebuttal | | |
| 1:30 | | | | Gabriel Calderon | | | |
| 2:00 | | | Robert Bickers | Teresa Rivera | | | |
| 2:30 | | | | Carmen Rivera | | | |
| 3:00 | | Alfonso Calderon | Lawrence Fanning | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | Lic. Carlos Mejia-Lopez | Robert Hood | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

NOTES:

Drs. Santillana, Lisarraga, Grivalija, and Cesena may not all be called.

The United States may call a witness with knowledge of the responses given to the plaintiff's various FOIA requests during its rebuttal case. This relates to the FOIA-response argument plaintiff's counsel revealed during the pretrial conference. The United States has not yet identified the individual who can testify upon this issue, but will disclose that individual as soon as possible.