# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: January 25, 2008)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

In preparation for the upcoming trial, which begins on Monday, January 28, 2008, the court provides the following:

1. Trial shall begin at 8:30 a.m. PST on Monday, January 28, 2008. Although the court building does not officially open until 8:30 a.m. PST, the parties may enter the court building anytime after 7:30 a.m. PST by calling Mr. Rich Virgallito's staff member, Martin, at 619-557-6728 (office) or 619-805-6813 (cell).

2. For assistance with court interpreter services, the parties shall contact Ms. Rebeca Calderon at 619-557-5205.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge