# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: February 28, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (motion). Based on the representations contained in the motion, the motion is GRANTED. Plaintiff and defendant shall file their post-trial briefs on or before Tuesday, March, 11, 2008. The parties shall file their post-trial responses on or before Tuesday, March 25, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge