**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-608C |
| v. | ) | |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO SEAL**

Pursuant to the June 6, 2004 protective order entered in Rivera-Agredano v. United States Customs Serv., S.D. Cal. No. 02-2243 (this action prior to its transfer to this Court), which remains effective in this case, Trial Transcript at 5-6, the defendant respectfully requests that the Defendant's Response To Plaintiff's Post-Trial Brief, docket no. 99, be sealed. Counsel for the plaintiff has indicated that the plaintiff does not oppose this motion.

When counsel for the defendant electronically filed the Defendant's Response To Plaintiff's Post-Trial Brief during the evening of March 25, 2008, he inadvertently filed the document as a normal, unsealed document, rather than a sealed document. Shortly after filing, defendant's counsel received the automatic electronic notice that the plaintiff had filed his responsive post-trial brief, which indicated that the plaintiff's brief was filed under seal. Counsel for the defendant immediately realized his error and attempted to contact the Clerk's office to correct it. See http://www.uscfc.uscourts.gov/faq#Rules2 (this Court's worldwide web "Frequently Asked Questions" posting, instructing litigants to contact the Clerk's office when they believe they have made an electronic filing error). Unfortunately, the Clerk's office was already closed for the day, so nothing could be done.

Upon arriving at the office on March 26, 2008, defendant's counsel immediately called

the Clerk's office again. The deputy clerk who answered the telephone sealed the document on the Court's ECF system and instructed defendant's counsel to file this motion. Defendant's counsel immediately drafted this motion.

Defendant's counsel apologizes for any inconvenience his oversight may have caused the Court or the plaintiff.

## CONCLUSION

For these reasons, the United States respectfully requests that Defendant's Response To Plaintiff's Post-Trial Brief, docket no. 99, be sealed.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 514-8624

March 26, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on March 26, 2008, a copy of the foregoing "UNOPPOSED MOTION TO SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Devin A. Wolak