# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: March 28, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is defendant's Unopposed Motion to Seal (motion). Based on the representations contained in the motion, the motion is GRANTED. Because the Clerk of the Court has already placed Defendant's Response to Plaintiff's Post-Trial Brief under seal, no further action by defendant is required.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge