No. 05-608C
(Judge Emily Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO and
ALFONSO CALDERON LEON,

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

**NOTICE OF CHANGE OF E-MAIL ADDRESS FOR COUNSEL FOR PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO**

**Honorable EMILY HEWITT, Judge Presiding**

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFF
FRANCISCO JAVIER RIVERA AGREDANO

May 12, 2008

Please take notice that the e-mail address for plaintiff's legal counsel, TERESA TRUCCHI of SUPPA, TRUCCHI AND HENEIN, LLP, has changed.

The new e-mail address is as follows: "ttrucchi@san.rr.com"

Respectfully Submitted

DATED: May 12, 2008

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658
Email: ttrucchi@san.rr.com

**CERTIFICATE OF ELECTRONIC FILING**

This document and all attachments was electronically filed on May 12, 2008 and served on opposing counsel electronically.

.DATED: May 12, 2008

SUPPA, TRUCCHI & HENEIN, LLP

s/Teresa Trucchi

By: TERESA TRUCCHI
Attorneys for Plaintiffs

SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658
Email: ttrucchi@san.rr.com