# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: June 27, 2008)

FRANCISCO JAVIER RIVERA AGREDANO, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER FOR JUDGMENT

For the reasons stated in the court's opinions dated March 27, 2006 and filed March 28, 2006 and dated and filed May 3, 2007, all claims of Alfonso Calderon Leon are dismissed with prejudice. The Clerk of the Court shall ENTER JUDGMENT for defendant as to such claims.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge