# In the United States Court of Federal Claims

**No. 05-608 C**

**FRANCISCO JAVIER RIVERA AGREDANO**
**and ALFONSO CALDERON LEON**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed June 24, 2008, and Order, filed June 27, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff, Francisco Javier Rivera Agredano, recover of and from the United States the sum of $550,854.00; and all claims of plaintiff, Alfonso Calderon Leon, are dismissed with prejudice.

John S. Buckley
Acting Clerk of Court

June 27, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.