# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: July 10, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff Francisco Javier Rivera Agredano's Motion for Reconsideration [Rule 52(b); 59(a)(1) and 60(b)] Points and Authorities in Support Thereof (plaintiff's motion). On or before Friday, July 18, 2008 at 5:00 p.m. EDT, defendant shall file its response to plaintiff's motion.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge