United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

COPY

July 17, 2008

Teresa Trucchi, Esq.

Suppa, Trucchi & Henein, LLP

3055 India Street

San Diego, CA 92103

In re: Francisco Javier Rivera Agredano and Alfonso Calderon Leon, v. The United States, No. 05-608 C

Dear Ms. Trucchi:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated June 30, 2008, in favor of plaintiff, Francisco Javier Rivera Agredano.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. Reyes

Lisa L. Reyes

Chief Deputy Clerk of Operations

Enclosures

cc: Devin Andrew Wolak, Esq., Dept. Of Justice