VOUCHER FOR SERVICES

February 1, 2008

TO: **Teresa Trucchi**
**3055 India Street**
**San Diego, CA 92103**

(619) 297-7330

PAYEE'S NAME: EUGENIA ARGUELLO
ADDRESS: 4571 VILLAS DR.
BONITA, CA. 91910

SSN : 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

DATE OF INTERPRETING SERVICES

ARTICLES OF SERVICE
Interpretation of 3 witnesses ordered by Judge EMILY C. HEWITT

January 31, 2008

Case name: FRANCISCO RIVERA A. V. US

| | NUMBER OF | COST | TOTAL COST |
|---|---|---|---|
| Half days | 1 | $204.00 | $204.00 |
| Full days | | | $0.00 |
| | | | $204.00 |

Certified Correct:

Contract Interpreter
Cell: (619) 871-4571 Home: (619) 479-8483