BCR
BALLERINI COURT REPORTERS

# INVOICE NO. 11247

**Please indicate invoice number when remitting payment.**

**TO:** SUPPA,TRUCCHI & HENEIN, LLP
Attn: TERESA A. TRUCCHI
3055 India Street
San Diego, CA 92103

Date: November 09, 2006

Tax I.D. No. 33-0653878

Client ID: SUPPA

Reporter: Sandra J. Skari, CSR No. 7691

Date of Service: October 27, 2006

**In Re:** Rivera vs. The United States

Job No.: 31175

Case No.: 05-608C

**Deposition of:** A) Joseph Marilao
B) Robert Hood
C) Aide Nunez
D) Jayson P. Ahern

Original & 1 Certified Copy

Condensed Transcript - No Charge

ASCII Disk - No Charge

**Please Pay This Amount** $773.87

**Net due in 30 days**

McClintock Plaza • 1202 Kettner Boulevard, Suite 6100 • San Diego, CA 92101
619.544.0100 • 800.858.3770 • Fax 619.544.0101 • www.deposet.com