**SUPPA, TRUCCHI & HENEIN, LLP**
**COST ACCOUNT**
3055 INDIA STREET
SAN DIEGO, CA 92103
(619) 297-7330

90-3582/1222

6157

| EXPLANATION | AMOUNT |
|---|---|
| - Mileage (11.29 miles) | 4.16 |
| - certification | 42.60 |
| TOTAL | 46.76 |

PAY Forty-Six and 76/100 DOLLARS

CHECK AMOUNT

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NO. |
|---|---|---|---|
| 9/1/04 | BENJAMIN V. ARUM | JOSE A. JIMENEZ CASE | 6157 |

$ 46.76

usbank. 24-HOUR BANKING 1-800-673-3555

NOT NEGOTIABLE

RECORD OF EARNINGS OR PAYMENTS

⑈006157⑈ ⑆122235821⑆165600540869⑈

SOC. SEC # ______ PAY PERIOD FROM ______ TO ______ RATE OF PAY ______

Amount
13.00
Total Allocated 13.00
Tender CK Amount 13.00
Tender Amount
Total Amount Paid 13.00
Change Due 0.00

HERITAGE REPORTING CORP
1220 L STREET, NW STE 600
WASHINGTON, DC 20005
202-628-4888

DATE: 02/25/06 12:23:44 PM

RECORD NUMBER: 003
ACCOUNT# ************7951 05/08
CARD TYPE: VISA
TRAN TYPE: SALE
AUTH CODE: 073461
CUST-ZIP#: 92117

AMOUNT 2868.50

BOTTOM COPY CUSTOMER-TOP COPY MERCHANT

PLEASE IMPRINT CARD
CUSTOMER COPY

Transcript Rivera v. USA

HERITAGE REPORTING CORP
1220 L STREET, NW STE 600
WASHINGTON, DC 20005
202-628-4888

DATE: 02/25/06 12:23:44 PM

RECORD NUMBER: 003
ACCOUNT# ************7951 05/08
CARD TYPE: VISA
TRAN TYPE: SALE
AUTH CODE: 073461
CUST-ZIP#: 92117

AMOUNT 2868.50

SUPERIOR COURT.SOUTH COUNTY
500 THIRD AVENUE, CHULA VISTA, CA
Date 09-01-04 Operator CL
Case No. COPIES
Receipt No. 389310-27404
Trans Type AF
Allocations Amount
DU 29.40
Total Allocated 29.40
Tender CK Amount 29.40
Tender Amount
Total Amount Paid 29.40
Change Due 0.00

BOTTOM COPY CUSTOMER-TOP COPY MERCHANT

PLEASE IMPRINT CARD
CUSTOMER COPY

Transcript Rivera v. USA