LEGAL REPROGRAPHICS INC.
FAST • QUALITY SERVICE • DAY OR NIGHT
COPYING • IMAGING • DATA • GRAPHICS
110 West C Street - Suite 1600 - San Diego - CA - 92101 - Tel. 619.234.0660 - Fax. 619.234.0668 - www.legalrepro.com

Yes! We Can

# LEGAL REPROGRAPHICS INC.'s INVOICE

**BILL TO:** Suppa, Trucchi & Henein
3055 India Street
San Diego, CA 92103

**INVOICE NUMBER:** 0186947-IN
Date: 7/31/2006
Account Number: 01-SUP7330
Sales Order Number: 0163714
**Date Due:** C.O.D.

Ordered By: Pat Cunningham
Client Matter Number: U.S. Customs v. Rivera

Phone: (619) 297-7330

Client Service Manager: Alyson Gray

*Federal Tax I.D. 33-0478750*

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 1,968.000 | Hand Placed on Glass Copying | 0.200 | 393.60 |
| 58.000 | Color Copies 8.5 X 14" | 1.240 | 71.92 |
| 7.000 | Acco Fastner - Top | 1.000 | 7.00 |
| | C.O.D. Payment Due Upon Delivery | | |

We value your loyalty and appreciate your trust.

Was your job delivered on time? YES____ NO ______

| | |
|---|---|
| Non-Taxable: | 0.00 |
| Taxable: | 472.52 |
| Sales Tax: | 36.62 |
| Delivery: | 0.00 |
| **TOTAL DUE:** | 509.14 |

*Terms are net 10 days, your account is subject to carrying charges of 1½% per month after 30 days. See back for additional terms and conditions.*

**Signature:** ____________________ **Date:** 8/1/05

*Top/ Original: Accounts Receivable* *Bottom/ Copy: Client Receipt*