LEGAL REPROGRAPHICS INC.
FAST • QUALITY SERVICE • DAY OR NIGHT
COPYING • IMAGING • DATA • GRAPHICS
110 West C Street - Suite 1600 - San Diego - CA - 92101 - Tel. 619.234.0660 - Fax. 619.234.0668 - www.legalrepro.com

Yes! We Can

# LEGAL REPROGRAPHICS INC.'s INVOICE

BILL TO: Suppa, Trucchi & Henein
3055 India Street
San Diego, CA 92103

INVOICE NUMBER: 0205639 IN
Date: 10/24/2007
Account Number: 01-SUP7330
Sales Order Number: 0173036
Date Due: 11/23/2007

Ordered By: Raymond Lee
Client Matter Number: Agredano v. US

Phone: (619) 297-7330

Client Service Manager: Bryan D. Woelfle

Federal Tax I.D. 20-8406482

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 617.000 | Medium Litigation Copying | 0.160 | 98.72 |
| 1.000 | Rebind Original Velo Books | 1.500 | 1.50 |

Our Satisfaction comes from your satisfaction.
Was your job delivered on time? YES_____ NO _____

Send Payment to: PO Box 79509
City of Industry, CA 91716-9509

| | |
|---|---|
| Non-Taxable: | 0.00 |
| Taxable: | 100.22 |
| Sales Tax: | 7.77 |
| Delivery: | 0.00 |
| TOTAL DUE: | 107.99 |

*Terms are net 10 days; your account is subject to carrying charges of 1½% per month after 30 days. See back for additional terms and conditions.*

Signature: ______________________ Date: ______________

*Top/ Original: Accounts Receivable* *Bottom/ Copy: Client Receipt*