**FORM 5**
**EAJA FORM**

**APPLICATION**
**FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT**
**Title 28 U.S.C. §2412(d), Title II of Public Law 96-481, 94 STAT 2325**

| 1. COURT | 2. DATE FILED | 3. DOCKET NO. |
|---|---|---|
| United States Court of Federal Claims | 02-27-08 | 05 CV 608 |

4. NAME OF APPLICANT (One per form)
Francisco Javier
Rivera Agredano

5. GOVERNMENT AGENCY INVOLVED IN CLAIM
(Use agency code on reverse side)
DOJ

6. NATURE OF APPLICATION

A. ☒ Original application under 28 U.S.C. §2412(d)(1)(A) after judgment in civil action against U.S.
B. ☐ Appeal of fees and expenses awarded by Lower Court (If Item 6B is checked go to Item 7.)
C. ☐ Original application under 28 U.S.C. §2412(d)(3) after review of agency decision.
D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. §504(c)(2).

7. APPEAL FROM:

☐ DISTRICT COURT ☐ BANKRUPTCY COURT
☐ OTHER: ____________

7A. DATE FILED IN LOWER COURT

7B. DOCKET NO.

8. ADMINISTRATIVE AGENCY DOCKET NO.

9. DATE FILED IN ADMINISTRATIVE AGENCY

10. SHOWING OF "PREVAILING PARTY" STATUS (28 U.S.C. §2412(d)(1)(B)): Judgment published 7-22-08

Is agency order, court order, or other relevant document attached? ☒ YES ☐ NO

11. SHOWING OF ELIGIBILITY (28 U.S.C. §2412(d)(2)(B)): See; Affadavit filed concurrently herewith

Is net worth information attached? ☒ YES ☐ NO

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. §2412(d)(1)(B)):

The USA Government's position was not substantially justified.

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. §2412(d)(2)(A)):

AMOUNT CLAIMED

| | |
|---|---|
| A. ATTORNEY FEES | $ 254,475.00 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ 21,625.00 |
| H. OTHER FEES AND EXPENSES - SPECIFY | |
| (1) Court reporter at depositions/trial | $ 6,452.96 |
| (2) Copies of exhibits | $ 1,271.05 |
| (3) Interpreter | $ 988.00 |
| (4) Witness Fees (ordinary) | $ 120.00 |
| I. TOTAL FEES AND EXPENSES | $ 284,932.01 |

14. SIGNATURE [signature]

15. DATE 7-27-08

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT