No. 05-608C
(Judge Emily Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO and
ALFONSO CALDERON LEON,

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

**PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO'S APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. SECTION 2412(b) and/or (d)**

**Honorable EMILY HEWITT, Judge Presiding**

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFF
FRANCISCO JAVIER RIVERA AGREDANO

July 27, 2008

**PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO'S APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. SECTION 2412(b) and/or (d)**

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. Section 2412(b) and/or (d), plaintiff FRANCISCO JAVIER RIVERA AGREDANO moves the Court for an award of reasonable attorney fees and expenses.

Plaintiff seeks an award for litigating the merits of his case against the United States of America in the amount of $254,475.00 in fees (1,131 hours at $225.00/hr.) and $30,457.01 in costs for a total requested award under 28 U.S.C. Section 2412(b) and/or (d) of $284,932.01 (if the Court concludes that a "special factor" exists in the instant case, or "oppression" exists under 28 USCA 2412(b) justifying fees in excess of the cap set forth in 28 U.S.C. 2412(d)(2)(A).

If the Court concludes that a "special factor" does not exist in the instant case or that the plaintiff has not provided evidence sufficient to sustain a finding under 28 USC 2412(b), then the amount of fees requested under this application, as calculated at $125.00 per hour, is $141,375.00 (1,131 hours at $125.00 per hour) and $30,457.01 in costs for a total requested award under 28 U.S.C. Section 2412(d) of $171,832.01.

In support of this motion, FRANCISCO JAVIER RIVERA AGREDANO demonstrates that: (1) he is entitled to an award of attorney fees and expenses under 28 U.S.C.A. 2412(b) and/or (d) and , (2) an award of at least $171,832.01 is reasonable and appropriate.

## PRELIMINARY STATEMENT

Congress passed the Equal Access to Justice Act, 28 U.S.C. Section 2412(d), in 1980 in response to its concern that persons "may be deterred from seeking review of or defending against unreasonable governmental actions because of the expense involved in securing the vindication of

their rights". Pub. L., 96-481, Tit. II, Section 202(a), 94 Stat, 2325 (1980); Sullivan v Hudson, 490 U.S. 877, 881, 109 S. Ct. 2248, 2253, 104 L.Ed.2d 941 (1989). As the Senate observed, in instances in which the cost of securing vindication exceed the amount at stake, "it is more practical to endure an injustice than to contest it." S. Rep. No. 96-253, 96th Cong., 1st Sess. 5 (1979). The purpose of the EAJA's fee-shifting provisions is thus "to eliminate for the average person the financial disincentive to challenge unreasonable governmental action." Commissioner, I.N.S. v Jean, 496 U.S. 154, 158, 110 S. Ct. 2316, 2319, 110 L.Ed.2d 134 (1990).

## I SUMMARY OF PROCEEDINGS

This case involves plaintiff's request for compensation for the damages and injuries he sustained as a result of the USA selling to him a Nissan Pathfinder in September, 2001 which still contained a large quantity of concealed marijuana

On November 14, 2002, plaintiff and his brother-in-law, Alfonso Calderon Leon, jointly filed a claim in the United States District Court for the Southern District of California pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b) and 2671-80, alleging negligence, breach of contract, breach of the implied covenant of good faith and fair dealing, fraud or intentional misrepresentation, negligent misrepresentation, negligent and intentional infliction of emotional distress, and violation of California's Consumer Legal Remedies Act, § 1770(a)(14). Defendant's Motion to Dismiss Or, in the Alternative, for Summary Judgment (Def.'s Mot. or defendant's motion) App. 20-47.

On June 29, 2004, the United States Supreme Court issued its decision in Sosa v. Alvarez-Machain, 542 U.S. 692 (2004), finding that a cause of action could not lie under the Federal Tort Claims Act for "any injury suffered in a foreign country, regardless of where the

tortious act or omission occurred." Sosa v. Alvarez-Machain, 542 U.S. 692, 712 (2004). On or about November 3, 2004, Compl. ¶ 3, the United States District Court for the Southern District of California granted defendant's motion for summary judgment, finding that the action was barred under the Federal Tort Claims Act because plaintiffs' arrest occurred in Mexico, see Agredano v. United States, No. 02CV2243B, Docket Entry No. 71 (S.D. Cal. Nov. 3, 2004).

Thereafter, plaintiff, Alfonso Calderon, and defendant stipulated to the filing of an amended complaint and to the transfer of the action to this court. Compl. ¶ 3. On February 3, 2005, pursuant to the parties' stipulation, the United States Court for the Southern District of California dismissed plaintiff's and Calderon's claims without prejudice, granted the parties' motion to amend, and transferred the action to this court. Stipulation to Transfer and Dismiss Appeal, Agredano v. United States, No. 05-608, Docket Entry No. 1, Attach. 1 (Fed Cl. June 8, 2005).

On June 17, 2005, plaintiff and Alfonso Calderon filed their amended complaint in the United States Court of Federal Claims alleging breach of warranty, breach of contract, and breach of the covenant of good faith and fair dealing. Compl. passim. On September 30, 2005, defendant filed defendant's motion, alleging that this court lacked jurisdiction because plaintiff's and Alfonso Calderon's claims sound in tort or, alternatively, that the material facts are not in dispute and that the facts as alleged entitle defendant to judgment as a matter of law. Def.'s Mot. 1-22. In support of its motion for summary judgment, defendant argued (1) that the "as is" clause in the terms of sale precludes the existence of an implied warranty, id. at 12-16; (2) that defendant did not breach the implied covenant of good faith and fair dealing because it did not "specific[ally] inten[d] to injure" plaintiffs or harbor "actual malice" toward them, id. at 16-18 (citing Am-Pro Protective

Agency, Inc. v. United States, 281 F.3d 1234, 1239 (Fed. Cir. 2002), and Carolina Tobacco Co. v. Bureau of Customs & Border Prot., 402 F.3d 1345, 1350 (Fed. Cir. 2005)); (3) that the damages plaintiff and Alfonso Calderon alleged were unrecoverable because defendant's breach did not directly cause plaintiffs' harm, id. at 18-20; and (4) that Alfonso Calderon was not a third-party beneficiary of the contract of sale and therefore cannot recover under the contract, id. at 21.

On November 14, 2005, plaintiff and Alfonso Calderon filed their Opposition to Defendant USA's Motion to Dismiss or, in the Alternative, for Summary Judgment, with Appendix (Pls.' Resp. or plaintiffs' response), arguing (1) that this court had jurisdiction because defendant's failure to search the vehicle constituted a breach of contract, Pls.' Resp. 15; (2) that the "as is" clause did not preclude the existence of a warranty because its scope was not broad enough to cover the defect plaintiffs allege, id. at 20; (3) that there was a triable issue of material fact as to whether defendant's alleged failure to search the vehicle prior to sale for the purpose of increasing the resale value of the vehicle and defendant's concomitant failure to disclose its actions constitute a breach of the covenant of good faith and fair dealing, id. at 17, 19-21; (4) that the damages sustained were recoverable because they were foreseeable and in fact occurred, id. at 2, 17-18; and (5) that Alfonso Calderon was a third-party beneficiary and accordingly entitled to recover under the contract, id. at 17. Plaintiff and Calderon further moved the court for "leave to amend the[ir] complaint to allege additional facts to establish the causes of action set forth in the complaint," "if necessary." Id. at 1.

In its Opinion filed March 27, 2006, this court held: (1) that plaintiff sufficiently established that there were genuine issues of material fact as to whether the context of the sale and the policy to search seized vehicles prior to resale constituted an affirmative representation

which would negate the disclaimer and create a warranty; (2) that plaintiff may pursue his allegation that defendant breached the covenant of good faith and fair dealing by proving either that the government failed to conduct an adequate search for the purpose of obtaining a higher resale value for the vehicle at auction or that plaintiffs could not have discovered the hidden contraband in the circumstances of the auction sale and that the government had a policy to search thoroughly any vehicle seized because it contained narcotics, but that the government acted in direct contravention of its stated policy; (3) that plaintiff established the existence of a genuine issue of material fact as to whether damages he sustained in Mexico are recoverable in contract against defendant; (4) that Alfonso Calderon was not a third-party beneficiary of the contract between Agredano, the buyer of the Pathfinder, and defendant, the seller of the Pathfinder; and (5) that plaintiff may not be given leave to amend his complaint. Agredano I, 70 Fed. Cl. at 573-580.

Following telephonic status conferences held with the parties on July 6, 2006 and July 10, 2006, the court assigned-in-part the case to alternative dispute resolution (ADR) proceedings and retained jurisdiction over discovery and other proceedings in the case. See Order of July 10, 2006. On September 1, 2006, the parties requested the ADR judge to suspend proceedings while the parties pursued formal discovery. Defendant's Status Report, Sept. 1, 2006, 1. The ADR judge granted the parties' request to suspend ADR proceedings, Order of Oct. 10, 2006, and this court issued a scheduling order for dispositive briefing, Order of Oct. 30, 2006. In the months that followed, the parties proceeded with the discovery process and again attempted to settle the dispute. See Order of Feb. 9, 2007; Order of Feb. 14, 2007; Order of June 1, 2007. Pursuant to

the parties' request, the ADR judge terminated ADR proceedings on July 20, 2007. Order of July 20, 2007. On September 14, 2007, this court set out a pretrial scheduling order in preparation for trial. Order of Sept. 14, 2007. Pursuant to that pretrial scheduling order, the parties filed: Plaintiff Francisco Javier Rivera Agredano's Memorandum of Contentions of Fact and Law (Pl.'s Mem.); Defendant's Memorandum of Contentions of Fact and Law (Def.'s Mem.); Defendant's Witness List (Def.'s Wit.); Defendant's Exhibit List (Def.'s Ex.); Plaintiff Francisco Javier Rivera Agredano's Response and Objections to Defendant's Memorandum of Contentions of Fact and Law; Witness and Exhibit List (Pl.'s Obj.); Plaintiff Francisco Javier Rivera Agredano's Witness List (Pl.'s Wit.); Plaintiff's Exhibit List (Pl.'s Ex.); and defendant's Motion for Leave to File Defendant's Objections to Plaintiff's Revised Witness and Exhibit Lists (Def.'s Obj.). Following a pretrial conference held on January 14, 2008, see Order of Jan. 10, 2008; Order of Jan. 15, 2008, the court held trial on January 28, 2008 through January 31, 2008 in the Federal Building at 880 Front Street, San Diego, California. See Tr. passim.

On June 27, 2008, the Court entered JUDGMENT awarding FRANCISCO JAVIER RIVERA the amount of $550,854.00.

## II. ARGUMENT

**1. The plaintiff is entitled to an award of reasonable attorney fees and expenses pursuant to EAJA Subsection (d)**

There are two basic statutory requirements that a party must satisfy in order to be eligible for an award of attorney fees under EAJA subsection (d). They are: (1) the party must have been a "prevailing party and [*be*] eligible to receive an award under this subsection;" and (2) the position of the United States must not have been "substantially justified". If these requirements

are met, the Court "shall award" reasonable fees and expenses. Gavette v Office of Personnel Management, 808 F.2d 1456 (Fed.Cor. 1986) (*en banc*). Plaintiff has satisfied each of these requirements.

**A. Plaintiff is the Prevailing Party**

A party prevails with respect to the EAJA if they "succeed on any significant issue in the litigation which achieves some of the benefit the parties sough in bringing suit." Shalala v Schaefer, 509 U.S. 292, 302, 113 S.Ct. 2625, 2632, 125 L.Ed.2d 239 (1993).

Under the Supreme Court's "generous formulation" of the term, "plaintiffs may be considered 'prevailing parties' for attorney fees purposes if they succeed on any significant issue in [the] litigation which achieves some of the benefit the parties sought in bringing suit." Hensley v Eckerhart, 461 U.S. 424, 433 (1983) [quoting Nadeau v Helgemoe, 581 F2d 275, 278-279 (1st Cir. 1978)] In this case, plaintiff FRANCISCO JAVIER RIVERA AGREDANO was awarded $550,854.00 and was the prevailing party as interpreted under the cases discussed above.

**B. Plaintiff is a Person Eligible to Receive an Award Under Subsection (d)**

In order to be eligible o file a petition for fees under subsection (d). A prevailing party must not be:

(a) an individual whose net worth exceeded $2,000,000 at the time the litigation began, nor,

(b) a business or entity whose net worth exceeded $7,000,000 and which had more than 500 employees at the time the litigation began.

Francisco Javier Rivera Agredano had a net worth of under $2,000,000 on the date this action was commenced, and thus is a person eligible to receive an award under EAJA. [see; Declaration of Francisco Javier Rivera Agredano and Teresa Trucchi filed concurrently herewith].

**C. The Position of the Government Was Not Substantially Justified**

In order to be considered "substantially justified" under the EAJA, the government must show that its position was "justified to a degree that could satisfy a reasonable person;" i.e., had a "reasonable basis both in law and fact." Pierce v Underwood, 487 U.S. 552, 564, 108 S.Ct. 2541, 2550, 101 L.Ed.2d 490 (1988); Beta Systems v United States, 866 F.2d 1404, 1406 (Fed.Cir. 1989). The burden is on the United States of America to demonstrate that its position was substantially justified. [Brewer v American Battle Monuments Comm'n, 814 F.2d 1564, 1566-67 (Fed. Cir. 1987); Cook v Brown, 6 Vet. App. 226, 237 (1994)].

Plaintiff alleges that the government's position was not substantially justified. As such, under 28 USCA 2412(d), the burden is on the USA to establish that its position in this prolonged litigation was "substantially justified". [Hanover Potato Prods., Inc. v Shalala 989 F2d 123, 128 (3rd Cir. 1993)] Both the underlying agency conduct as well as the agency's litigation position must be considered 28 U.S.C. 2412(d)(2)(D). See also Aguilar-Ayala v Ruiz, 973 F2d 411, 416 (5th Cir. 1992)

In order to determine whether the government's position was substantially justified, the Court is "instructed to look at the *entirety* of the government's conduct and make a judgment call whether the government's overall position had a reasonable basis in both law and fact." Chiu v United States, 948 F.2d 711 (Fed.Cir. 1991)(emphasis added). The "overall" position is that taken by the government "both prior to and during litigation." Id., at 715.

Thus, in order to prevail on "substantial justification" in this case, the government must demonstrate that the decision to aggressively litigate this matter was reasonable and that the positions taken by the USA on the issues of liability were reasonable.

As discussed in 28 USC 2412(d)(2)(D): "'position of the United States' means, in addition to the position taken by the United States in the civil action, the action or failure to act by the agency upon which the civil action is based."

Throughout the entire matter, the USA aggressively defended the case and refused to participate in reasonable settlement efforts requiring plaintiff's counsel to provide further, and more extensive, services. The USA took the position that the case was not viable and refused to consider offering more than ***"nuisance value"*** requiring the ongoing litigation of the case. [see; Letter dated June 29, 2004 from Assistant U.S. Attorney Timothy Stutler to Teresa Trucchi; see, true and correct copies of letters from Timothy Stutler attached to the Declaration of Teresa Trucchi filed concurrently herewith]

For instance on July 1, 2004 US Assistant Attorney Timothy Stutler made the following comment to plaintiff's counsel regarding the viability of the instant Tucker Act case:

***"My intuition is that a Tucker Act Claim would be time-barred now, though I have not analyzed that issue ... If you have any federal law supporting your ethereal concept of injury, I will review it and reassess my position. ..... The 'commercial transaction' exception you propose is about as compelling as arguing that Sosa is distinguishable because it involved an airplane rather than a Nissan. Keep in mind, the asserted negligence in this case was the failure to satisfy your concept of a proper inspection ... As I previously said, I admire ardent advocacy. But it is you who needs to consider whether you are prepared to engage in meaningful, good faith settlement efforts (***i.e., accept a nuisance settlement***). If you are not, your clients will surely walk away with nothing – sadly, after wasting their and everyone else's***

***resources."*** [emphasis in original; Letter dated July 1, 2004 from Assistant U.S. Attorney Timothy Stutler to Teresa Trucchi]

Mr. Stutler made the following comments regarding the USA's position and attitude towards the plaintiff's contention that he was entitled to compensation for having to spend almost a year in prison as a result of the large amount of marijuana left in his car by the USA:

***"(The plaintiff) bought the car "as is," and certainly was aware that many of the cars would had been seized from drug smugglers. He had far more opportunity than the government to find the drug."*** [Letter dated March 21, 2003 from Assistant U.S. Attorney Timothy Stutler to Teresa Trucchi] This statement is directly contrary to the overwhelming evidence at trial establishing that the marijuana hidden in the plaintiff's vehicle would require special training to detect. [see; OPINION published July 22, 2008 at pages 30-31]

The USA refused to discuss resolution of the matter on several occasions:

***"This case is not going to resolve quickly, so please be patient"*** [(emphasis in original) Letter dated March 21, 2003 from Assistant U.S. Attorney Timothy Stutler to Teresa Trucchi]

***"As all this shows, we have strong public policy reasons for vigorously defending these cases, including asserting all the defenses Congress in its wisdom places in our hands, which you call "loopholes." Last time I checked, nobody elected me to Congress. I am certainly not going to usurp the legislative function or shirk my professional responsibilities by ignoring valid defenses."***

In this same letter, Mr. Stutler then goes on to describe any demand that was ***"even hundreds of thousands"*** of dollars was ***"stratospheric"*** and contended that even making such a

demand ***"casts (the plaintiff) in a harsh light."*** Letter dated June 14, 2004 from Assistant U.S. Attorney Timothy Stutler to Teresa Trucchi]

***"As to settlement, you are correct there is little prospect for a substantial settlement prior to resolution of the issues raised by our present motion."***

[Letter dated March 21, 2003 from Assistant U.S. Attorney Timothy Stutler to Teresa Trucchi]

The USA also refused to provide information and documents to the plaintiff absent formal discovery with knowledge that this would increase the costs associated with litigating the case:

***"In view of your accusations and exploitation, from this on I will provide information and documents only through the formal discovery process – and only when formal discovery is permitted pursuant to the government rules. I regret that this will add to the cost of litigating this case."*** [Letter dated March 21, 2003 from Assistant U.S. Attorney Timothy Stutler to Teresa Trucchi; see also letter dated September 28, 2003 – wherein the USA again refused to provide documents and information pursuant to informal disclosure]

The above referenced actions of the USA support plaintiff's contention that the positions taken by the USA throughout this litigation were intended to be oppressive and to increase the burden of the litigation for the plaintiff.

"Bad faith can support an award of attorneys' fees in circumstances where the bad faith (1) occurred in connection with the litigation, or (2) was an aspect of the conduct giving rise to the litigation" Am Hosp. Ass'n v Sullivan 938 F2d 216, 219 (D.C. Cir. 1991).

In this case, the plaintiff also asks the Court to consider the findings regarding the USA's unjustified failure to cooperate with the plaintiff's FOIA requests during his imprisonment [see; OPINION published July 22, 2008 at page 45-47] as further evidence of bad faith and oppression

justifying an hourly fee amount in excess of the statutory cap of 28 USCA 2412(d). While pre-litigation conduct alone may not be the sole basis for a fee award resulting from a finding of bad faith, the court may properly consider such conduct in making a determination that there was bad faith sufficient to justify a fee award. [Lamb Eng'r & Constr Co. v Nebraska Pub. Power Dist., 103 F.3d 1422, 1435 (8th Cir. 1997); Towerridge, Inc. v T.A.O., Inc. 111 F.3d 758, 767 (10th Cir., 1997)]

As such, plaintiff requests that the Court award fees at the rate of $225.00 per hour under 28 U.S.C. Section 2412(b) for attempting to utilize the litigation in an oppressive fashion. [see; Chambers v NASCO, Inc 501 U.S. 32, 45-46 (1991); Aleyeska Pipeline Co v Wilderness Soc'y, 421 U.S. 240, 258-59 (1975); Kerin v United States Postal Serv. 218 F 3d 185, 190 (2d Cir 2000)] or, in the alternative, award fees pursuant to the statutory cap of 28 U.S.C.. 2412(d)(2)(A) at $125.00 per hour.

## III. ITEMIZED STATEMENT OF SERVICES RENDERED AND AMOUNTS OF REASONABLE FEES AND EXPENSES

### a. Services for Francisco Rivera Agredano only

Set forth below is a list of services provided in connection with the case of Francisco Javier Rivera Agredano v. USA. Legal services connected with the following matters are not included on this list:

1. Services included within the damages awarded at trial (through January 2003);
2. Services provided for Alfonso Calderon Leon (such as the motion for reconsideration)
3. Services provided to assist with the pending Congressional Reference petitions (currently House Resolutions 797 and 798)

4. Services provided in connection with the cases against the contractor (EG&G, Inc) or the auction company (McCormack)

The services below relate only to the claims of Francisco Javier Rivera Agredano

**b. Amount of Fees requested/qualifications of counsel:**

In September of 2008, plaintiff's counsel, Teresa Trucchi, will have been an attorney for 20 years. She is a partner in Suppa, Trucchi and Henein, LLP with extensive experience handling personal injury and general civil litigation matters. Her regular hourly rate is $275.00 per hour. This is a reasonable amount for attorneys in this area of practice with similar expertise and experience.

The issues involved were unique and there was a change in the law [or at least the way the law was being interpreted by the District Courts – see; Sosa v. Alvarez-Machain, 542 U.S. 692, 712 (2004)] during the pendency of the case.

In order to handle the USA civil case, it was required that the attorney have knowledge of foreign law as it relates to the criminal law system in the United States of Mexico, a factor which was considered to constitute a "special factor" under 28 U.S.C.A. Section 2412(d)(2)(A)(ii) in the case of Waterman Steamship v. Maritime Subsidy Board 901 F.2d 1119, 1124 (D.C. Cir. 1990) citing Pierce v Underwood 487 U.S. 552 (1988) as "identifiable practice specialit[ies]" justifying awards in excess of the cap. As such, plaintiff requests that this should result in a judicial determination that "special factors" exist, per 28 U.S.C. 2412(d)(2)(A), to justify an hourly rate of $225.00 (as opposed to the statutory cap of $125.00).

Time records were kept contemporaneously with the services provided and consisted of detailed contemporaneous time records showing itemized statements of tasks. [See; Declaration of Teresa Trucchi filed concurrently herewith].

**c. Itemized legal services and costs** (January 15, 2003 through July, 25, 2008)

| | |
|---|---|
| 01-15-03 Letter to Timothy Stutler from Teresa Trucchi | .50 |
| 01-20-03 Letter to Timothy Stutler from Teresa Trucchi | .25 |
| 01-21-03 Review letter from T. Stutler | .25 |
| 01-23-03 Letter to Timothy Stutler from Teresa Trucchi | .50 |
| 01-30-03 Review Order from Judge Brewster | .25 |
| 01-31-03 Letter to Timothy Stutler from Teresa Trucchi | .25 |
| 02-03-03 Review letter from T. Stutler | .25 |
| 02-13-03 Review Answer; Research/Review file | .75 |
| 02-19-03 Review USA Motion to Dismiss/Research/Review file | 4.25 |
| 02-19-03 Review Order from Magistrate Stormes | .25 |
| 02-20-03 Review USA Motion to Dismiss/Research/Review file | 3.75 |
| 03-04-03 Conf with Raul and Lic. Mejia re: case, review documents research re: liability, meet with clients | 4:50 |
| 03-04-03 Letter to Timothy Stutler from Teresa Trucchi | .50 |
| 03-06-03 Letter to Timothy Stutler from Teresa Trucchi | .50 |
| 03-19-03 Review file material and on-line research | 2.75 |
| 03-19-03 Further Research re: potential causes of action, Federal procedure et al., review file material and draft oppo | 1.75 |
| 03-20-03 Review Answer to Amended complaint | .25 |
| 03-20-03 Further review documents, research re: liability, court records, public records, customs, auctions | 2.00 |
| 03-20-03 Research re: fraud, negligent misrep., review file material and draft opposition | 1.75 |

03-21-03 Further review documents, research re: liability, court records, public records, customs, auctions; 3:25
03-21-03 Review fax from Steve Estey (with Cervantes transcript) .75
03-21-03 Letter from Teresa Trucchi to M. Emerald .25
03-21-03 Letters (x2) to Timothy Stutler from Teresa Trucchi (and enc.) 2.50
03-21-03 Review letter and enc. from T. Stutler .50

03-24-03 Further Research re: potential causes of action, Federal procedure et al., review file material and draft oppo 2.25
03-24-03 Review file material and on-line research 2.50
03-24-03 Research re: negligence, review file material and draft opposition 3.50

03-25-03 Review file documents, conferences and research 1.25
03-25-03 Research re: fraud, negligent misrep., damages, Tucker Act, et. al., review file material 2.50
03-25-03 Review file and prepare ENE conference report 2.00
03-25-03 Review fax and Memo from Carlos Mejia and Raul Armienta 1.00

03-26-03 Review file material and on-line research 2.50
03-26-03 Research re: GF&FD, contract, damages, Tucker Act, et. al., review file material and draft oppo 2.00
03-26-03 Further Research re: causes of action, Federal procedure et al., review file material and draft oppo to mot to dismiss 1.00
03-26-03 Research re: CLRA, unfair competition, material and draft oppo 1.25

03-27-03 Further Research re: causes of action, Federal procedure et al., review file material and draft oppo to motion 3.50
03-27-03 Further Research re: causes of action, Federal procedure et al., review file material and draft pleadings to oppose dismissal 1.25

03-28-03 Final revisions to Memorandum of Points and Authorities in Opposition to Motion to dismiss/compile and organize document 4.75
03-28-03 Final draft of Early Neutral Evaluation Conference 2.25

03-31-03 Review fax and memo from Carlos Mejia and Raul Armienta .50
03-31-03 Letter to Timothy Stutler from Teresa Trucchi .50

04-02-03 Preparation for and appearance at ENE conference with Magistrate Stormes 3.75

04-03-03 Review Order from Magistrate Stormes .25

04-04-03 Review letter from T. Stutler .25

| | | |
|---|---|---|
| 04-07-03 | Review USA Reply to Motion to Dismiss/Research/ Review file | 4.50 |
| 04-10-03 | Review Order Staying Proceedings pending Cervantes ruling | .25 |
| 05-01-03 | Conf with Raul and Lic. Mejia re: case, review documents research | 4:50 |
| 06-03-04 | Letter to Timothy Stutler from Rachel Filler at STH | .50 |
| 06-06-03 | Review files and records from Cervantes v USA | 2.00 |
| 06-07-03 | Review files and records from Cervantes v USA; research | 1.75 |
| 06-19-03 | Conf with Raul and Lic. Mejia re: case, review documents research meet with clients (in Tijuana etc) | 5:75 |
| 07-07-03 | Conf with Raul and Lic. Mejia re: case, review documents research | 5.50 |
| 07-10-03 | Review Cervantes Decision and Order Vacating Stay/ Research/ Review file | 4.75 |
| 07-15-03 | Letters to Timothy Stutler from Teresa Trucchi (x3) | 2.50 |
| 07-15-03 | Review letter from T. Stutler | .25 |
| 07-15-03 | Review letter from T. Stutler w/enc | .25 |
| 07-16-03 | Letters to Timothy Stutler from Teresa Trucchi (x2) | 2.50 |
| 07-17-03 | Review letter from T. Stutler | .25 |
| 07-18-03 | Letter to Timothy Stutler from Teresa Trucchi | 3.50 |
| 07-25-03 | Conf with Raul and Lic. Mejia re: case, review documents research | 3:25 |
| 07-25-03 | Letter to Timothy Stutler from Teresa Trucchi | .50 |
| 07-25-03 | FOIA Letter from Teresa Trucchi | .75 |
| 07-28-03 | Review Order re: detention of goods arg./ setting mot to dismiss | .75 |
| 07-28-03 | FOIA request (x2) | 1.00 |
| 07-28-03 | Review letter from T. Stutler | .25 |
| 08-15-03 | Research and review file revisions to Amended complaint | 3.50 |
| 08-15-03 | Letter and stipulation re motion to dismiss | 1.25 |
| 08-20-03 | Final revisions to 2nd Amended complaint; Research; review file | 2.50 |
| 08-26-03 | Review Order re: 2nd Amended complaint by plaintiffs | .25 |

| | | |
|---|---|---|
| 09-08-03 | Review response to 7-28-03 FOIA request | .75 |
| 09-25-03 | Review Scheduling Order and calendar dates | .75 |
| 09-25-03 | FOIA letter to Hardy | 1.25 |
| 09-25-03 | Letter to Susan Mower (FOIA) from Teresa Trucchi | 2.50 |
| 09-25-03 | FOIA letter | .75 |
| 09-26-03 | Letter to Timothy Stutler from Teresa Trucchi (x2) | 2.50 |
| 09-28-03 | Review letter from T. Stutler | .25 |
| 09-30-03 | Letter to Timothy Stutler from Teresa Trucchi | .50 |
| 09-30-03 | Draft and send discovery plan per rule 26(f) | 1.25 |
| 09-30-03 | Draft discovery to USA; document production, interrogatories request for admissions, proof of service et al | 4.75 |
| 10-03-03 | Review USA motion to dismiss; research and review file | 4.75 |
| 10-07-03 | Review FOIA response | .25 |
| 10-09-03 | Review USA objections to discovery | .25 |
| 10-09-03 | Review letter and enc. from T. Stutler; local rules | 1.50 |
| 10-10-03 | Review Order from Magistrate Stormes re Initial Disclosure | .25 |
| 10-16-03 | Review Order re: motion to dismiss 2nd Amended complaint | .25 |
| 10-17-03 | Letter to Timothy Stutler from Teresa Trucchi | .25 |
| 10-17-03 | Review letter and enclosures from T. Stutler (x2) | .50 |
| 10-21-03 | Review file re Initial Disclosure | 2.25 |
| 10-22-03 | Review file and draft Initial Disclosure | 1.75 |
| 10-23-03 | Review file, FRCP and draft Initial Disclosure; research | 2.50 |
| 10-23-03 | Research and draft Motion to Amend 2nd Am Complaint | 2.25 |
| 10-23-03 | Review file and draft 2nd Am Complaint | 1.25 |
| 10-28-03 | Research and draft Motion to Amend 2nd Am Complaint | 2.50 |
| 10-28-03 | Letter to Timothy Stutler from Teresa Trucchi | 1.50 |
| 10-28-03 | FOIA request | 2.00 |
| 10-29-03 | Review file, FRCP and draft Initial Disclosure | 2.50 |

10-29-03 Final Revisions to Motion to Amend 2nd Am Complaint;
Compile and organize documents 2.75

10-30-03 Review file, FRCP and draft Initial Disclosure; research 2.00
10-30-03 Review and respond to letter from Tim Stutler .50
10-30-03 Conf with Mike Levine, send docu 2.25

10-31-03 Revisions to Initial Disclosure 2.25

11-02-03 Review letter and enclosures from T. Stutler .25

11-03-03 Review USA Initial Disclosure .50

11-10-03 Review objections to discovery requests .25

11-25-03 Review response to FOIA letter .50

12-02-03 Review opposition by USA to 2nd Am Complaint and motion; Research 2.00

12-05-03 Draft proposed stipulation to dismiss, circulate 1.00

12-11-03 Review file / work on Initial Disclosure 2.75

12-12-03 Revisions to Initial Disclosure 2.00

12-19-03 Draft declaration re: Status; review file and research 1.75

12-22-03 Final revisions to declaration re: Status 1.25

01-02-04 Review fax and report from Mike Levine; conf. 2.50
01-02-04 Letter to Timothy Stutler from Teresa Trucchi .50
01-02-04 Letter to Mike Levine from Teresa Trucchi 1.50
01-02-04 Prepare and send First Exchange of Experts; review rules 2.75

01-05-04 Prep for and appearance at hearing re: motion to amend 3.50

01-06-04 Draft 3rd Am Complaint; Research and review file 2.00

01-08-04 Review Order re: 2nd Amended complaint .25

01-09-04 Letter to Mike Levine from Teresa Trucchi; Conf. .50

01-14-04 Review material sent by expert Mike Levine 2.00

| | |
|---|---|
| 01-14-04 Letter to Mike Levine from Teresa Trucchi | .50 |
| 01-18-04 Review letter from T. Stutler | .25 |
| 01-18-04 Review USA expert designation; research re: expert | 1.25 |
| 01-19-04 Letter to Mike Levine from Teresa Trucchi | 1.50 |
| 01-22-04 Review Answer to 3rd Am Complaint (USA); Research and review file | .75 |
| 01-22-04 Meeting in TJ with Clients, Carlos Mejia et al | 5.75 |
| 01-26-04 Review Answer to 3rd Am Complaint; Research and review file | .50 |
| 01-29-04 E-mail from Tim Stutler – respond | .25 |
| 02-06-04 Letter to counsel, draft discovery requests to USA (interrog, depo and docu production | 4.75 |
| 02-06-04 Review Answer to 3rd Am Complaint; Research | .50 |
| 02-25-04 Review and respond to letter from Tim Stutler | .50 |
| 02-27-04 Review and respond to letter from Tim Stutler | .50 |
| 03-11-04 Review and respond to letter from Tim Stutler | 1.50 |
| 03-12-04 Initial Disclosure of experts | 2.00 |
| 03-13-04 Review USA Responses to Interrogatories and admissions | 2.00 |
| 03-18-04 Meeting in TJ with Clients, Carlos Mejia et al | 5.50 |
| 03-29-04 Review USA objections to Rule 26(A) disclosures | 1.00 |
| 04-06-04 Review and respond to letter from Tim Stutler | .25 |
| 04-06-04 Draft and revise, review documents and rules re: pretrial Order | 4.25 |
| 04-07-04 Letter to Timothy Stutler from Teresa Trucchi | .75 |
| 04-14-04 Review and respond to letter from Tim Stutler | .50 |
| 04-14-04 Meeting in TJ with Clients, Carlos Mejia et al | 5.75 |
| 04-14-04 Meet and confer/Review and respond to letter from Tim Stutler | 2.50 |

| | | |
|---|---|---|
| 04-16-04 | Review and respond to letter from Tim Stutler | .50 |
| 04-19-04 | Letter to Timothy Stutler from Teresa Trucchi; draft proposed stip | 1.00 |
| 04-19-04 | Review and respond to letter from Tim Stutler | .50 |
| 04-20-04 | Review and respond to letter from Tim Stutler | .25 |
| 05-05-04 | Review and respond to letter from Tim Stutler | .50 |
| 05-05-04 | Letter to Timothy Stutler from Teresa Trucchi | 1.75 |
| 05-05-04 | Draft and send depo notice/document production requests | 1.25 |
| 05-06-04 | Draft and send depo notice/document production requests | 3.25 |
| 05-10-04 | Review and respond to letter from Tim Stutler | .50 |
| 05-11-04 | Letter to Timothy Stutler from Teresa Trucchi with amended depo notices | 1.75 |
| 05-11-04 | Second amended deposition notices | 1.00 |
| 05-11-04 | Stipulation to continue trial et al | 1.25 |
| 05-13-04 | Prep for and depos of USA agents/ review file/ research | 4.75 |
| 05-15-04 | Meeting in TJ with Clients, Carlos Mejia et al | 5.75 |
| 05-20-04 | Letter to Timothy Stutler from Teresa Trucchi | .50 |
| 05-25-04 | Review and respond to letter from Tim Stutler | 1.50 |
| 05-25-04 | Review protective order | .50 |
| 05-25-04 | Draft amended deposition notices to USA | 2.50 |
| 05-27-04 | Review protective order | .50 |
| 05-29-04 | Review final version of protective order | .50 |
| 06-03-04 | Prep for depo of Jayson Ahern and L Fanning | 4.25 |
| 06-04-04 | Prep for and depo of Jayson Ahern and L Fanning | 6.75 |
| 06-05-04 | Review USA response to production of documents; research | 3.50 |
| 06-08-04 | Prep for and depo of Joseph Marilao and Robert Bickers | 2.50 |
| 06-09-04 | Prep for and depo of Joseph Marilao and Robert Bickers | 6.00 |

| | |
|---|---|
| 06-10-04 Letter to Timothy Stutler from Teresa Trucchi | 2.25 |
| 06-10-04 Review and respond to letter from Tim Stutler | .50 |
| 06-11-04 Letter to Timothy Stutler from Teresa Trucchi | 2.50 |
| 06-11-04 Draft and send discovery requests to USA; review rules and file | 3.25 |
| 06-14-04 Review and respond to letter from Tim Stutler | .50 |
| 06-15-04 Letter to Timothy Stutler from Teresa Trucchi | 2.50 |
| 06-16-04 Review USA request for production, interrogatories etc. | 2.25 |
| 06-17-04 Review and respond to letter from Tim Stutler | 1.50 |
| 06-18-04 Review Scheduling Order, Calendar dates | .25 |
| 06-20-04 Review file, research, draft Settlement Conference Brief | 3.75 |
| 06-21-04 Review file, research, final draft Settlement Conference Brief | 3.25 |
| 06-22-04 Review file; draft 4th AC | .75 |
| 06-23-04 Prep for and depo of Robert Root | 4.00 |
| 06-24-04 Review file; finish 4th AC, compile, file and serve | 1.25 |
| 06-24-04 Prep for depo of David Murphy | 3.25 |
| 06-25-04 Review and respond to letter from Tim Stutler | .25 |
| 06-25-04 Prep for and depo of David Murphy | 4.00 |
| 06-26-04 Review file, research draft Settlement Conference Brief | 4.25 |
| 06-29-04 Review and respond to letters (x2) from Tim Stutler | 1.75 |
| 06-29-04 Letter to Timothy Stutler from Teresa Trucchi (x2) | 3.75 |
| 06-30-04 Review and respond to letter from Tim Stutler | 1 .25 |
| 07-01-04 Prep for., conf. w/ clients, settlement conference | 6.25 |
| 07-01-04 Review and respond to letter from Tim Stutler | .75 |
| 07-03-04 Review answer filed by USA to 4th AC | .25 |
| 07-10-04 Review Scheduling Order, Calendar dates | .25 |

| | | |
|---|---|---|
| 07-13-04 | Meeting in TJ with Clients, Carlos Mejia et al | 6.25 |
| 07-19-04 | Review MSJ by USA; Research, review file material | 4.50 |
| 07-19-04 | Review answer to 4th AC | .25 |
| 07-20-04 | Review MSJ; Research, review file material | 3.75 |
| 07-21-04 | Review MSJ; Research, review file material; begin draft of opposition | 4.75 |
| 08-17-04 | Review Scheduling Order, Calendar dates | .25 |
| 08-17-04 | Research, review file, draft opposition pleadings, etc. to USA MSJ | 5.50 |
| 08-31-04 | Letter to Timothy Stutler from Teresa Trucchi | 1.50 |
| 08-31-04 | Research, review file, draft opposition pleadings, etc. to USA MSJ | 3.50 |
| 09-01-04 | Research, review file, draft opposition pleadings, etc. to USA MSJ | 4.50 |
| 09-01-04 | Review letter and enclosures from T. Stutler | .50 |
| 09-02-04 | Research, review file, draft opposition pleadings, etc. to USA MSJ | 6.50 |
| 09-02-04 | Letter to Timothy Stutler from Teresa Trucchi | 1.50 |
| 09-03-04 | Exparte application and paperwork re: page limitation | 1.00 |
| 09-03-04 | Final revisions to opposition to USA MSJ, compile documents, review FRCP and file | 5.50 |
| 09-03-04 | Letter to Timothy Stutler from Teresa Trucchi (stip.) | 1.50 |
| 09-03-04 | Review letter and enclosures from T. Stutler | .25 |
| 09-07-04 | Review, research and draft supplemental dec of TAT | 2.75 |
| 09-13-04 | Review answer filed to 4th AC | .25 |
| 09-14-04 | Review response to 09-25-03 FOIA letter to Hardy | .75 |
| 09-16-04 | Review discrepancy order and draft supplemental dec of TAT | .75 |
| 09-17-04 | Review and research re: USA reply to oppo to MSJ | 4.25 |
| 09-18-04 | Review and research re: reply to oppo to MSJ | 3.00 |

| | |
|---|---|
| 09-23-04 FOIA letter | 1.75 |
| 09-27-04 Exparte application to exceed page limitations | 1.00 |
| 09-29-04 Review response to 09-23-04 FOIA | .75 |
| 10-01-04 Review order from Judge Brewster re: points and authorities | .25 |
| 10-04-04 Review FOIA response | .25 |
| 10-07-04 Review FOIA response from the DEA | .25 |
| 10-08-04 Prep for appearance at MSJ hearing, research and review | 4.25 |
| 10-11-04 Prep for appearance at MSJ hearing | 3.75 |
| 10-12-04 Review USA responses to discovery | 2.75 |
| 10-12-04 Prep for and appearance at MSJ hearing | 4.50 |
| 10-13-04 Review MSJ comments by Judge Brewster; research options re: ruling | 3.50 |
| 10-22-04 Review letter from T. Stutler (x2) | .25 |
| 11-04-04 Review MSJ Order by Judge Brewster; research options re: ruling | 4.25 |
| 11-15-04 Research appeal v transfer to USCFC | 5.25 |
| 11-16-04 Research and draft 5th AC | 3.00 |
| 11-23-04 Final revisions and file 5th AC | 1.00 |
| 12-09-04 Review proposed Judgment; research, review notes and file | 1.25 |
| 12-09-04 Review letter and sanction threat from T. Stutler, research | 1.00 |
| 12-10-04 Letter to Timothy Stutler from Teresa Trucchi | .25 |
| 12-14-04 Review and respond to letter from Tim Stutler | .25 |
| 12-20-04 Letter to Timothy Stutler from Teresa Trucchi | .50 |
| 12-23-04 Letter to Timothy Stutler from Teresa Trucchi | .50 |

| | | |
|---|---|---|
| 12-28-04 | Review letter from T. Stutler | .75 |
| 12-29-04 | Review letter from T. Stutler | .75 |
| 01-18-05 | Letter to Timothy Stutler from Teresa Trucchi | .25 |
| 01-21-05 | Letter to Timothy Stutler from Teresa Trucchi; revise stip | .75 |
| 01-24-05 | Review letter and enclosures from T. Stutler | .25 |
| 01-24-05 | Letter to counsel, revise stipulation to transfer et al | 1.25 |
| 01-29-05 | Review and sign stipulation to transfer et al | .75 |
| 02-01-05 | Review Order vacating dates, etc. | .25 |
| 02-01-05 | Review and draft Stipulation to transfer, research et al | 1.00 |
| 02-02-05 | Review and draft Stipulation to transfer, research et al | 1.75 |
| 02-10-05 | Research re 6th AC | 2.25 |
| 02-11-05 | Review file material and draft 6th AC; compile documents | 2.50 |
| 06-14-05 | Review acknowledgment letter from USCFC of Rivera case | .25 |
| 06-16-05 | Prepare complaint for filing in USCFC; review procedures et al | 3.25 |
| 07-27-05 | Review notice of appearance of Paul Wellons | .25 |
| 08-16-05 | Review motion to extend time to answer, review procedure | .50 |
| 08-19-05 | Review Order to extend time to answer, review procedure | 1.25 |
| 10-03-05 | Review motion to dismiss, research, review file materials | 4.00 |
| 10-05-05 | Review motion to dismiss, research, review file materials Draft opposition to motion et al | 4.25 |
| 10-07-05 | Review motion to dismiss, research, review file materials Draft opposition to motion et al | 2.25 |
| 10-17-05 | Review motion to dismiss, research, review file materials Draft opposition to motion et al | 5.00 |

10-18-05 Review motion to dismiss, research, review file materials
Draft opposition to motion et al 2.25

10-19-05 Review motion to dismiss, research, review file materials
Draft opposition to motion et al 3.75

10-26-05 Draft/review e-mail message to/from TAT re: Rivera case .25
10-26-05 Draft/review e-mail message to/from TAT re: Rivera case .25
10-26-05 Review motion to dismiss, research, review file materials
Draft opposition to motion et al 3.00

10-27-05 Review motion to dismiss, research, review file materials
Draft opposition to motion et al 4.25
10-27-05 Draft/review e-mail message to/from TAT re: Rivera case .25
10-27-05 Draft/review e-mail message to/from TAT re: Rivera case .25

10-28-05 Review motion to dismiss, research, review file materials
Draft opposition to motion et al 3.75

10-31-05 Review motion to dismiss, research, review file materials
Draft opposition to motion et al 4.75
10-31-05 Draft/review e-mail message to/from TAT re: Rivera case .25
10-31-05 Draft/review e-mail message to/from TAT re: Rivera case .25

11-01-05 Review response to10-28-03 FOIA request 2.00
11-01-05 Review motion to dismiss, research, review file materials
Final draft of opposition to motion et al 5.75
11-01-05 Draft/review e-mail message to/from TAT re: Rivera case .25
11-01-05 Draft/review e-mail message to/from TAT re: Rivera case 1 .25

11-03-05 Draft and file motion for extension of time to file opposition
Review procedure, research; draft oppo 4.25
11-03-05 Draft/review e-mail message to/from TAT re: Rivera case .25
11-03-05 Review response to 07-28-03 FOIA request/ other FOIA 1.00

11-07-05 Review order striking response; calendar dates .25

11-10-05 Revise opposition to MSJ; review and research procedure 3.50

11-11-05 Revise opposition to MSJ; review and research; review
depos, policies and procedures, et al 5.50

11-14-05 Finalize and file opposition to MSJ/dismissal; research 3.25

| | |
|---|---|
| 11-16-05 Review orders from Judge Hewitt | .25 |
| 11-30-05 Review application for extension of time to reply, Order | .50 |
| 12-05-05 Review reply, research, review file materials (re: MSJ) | 4.75 |
| 02-13-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 03-27-06 Review Order denying motion to dismiss etc.; research | 3.50 |
| 04-10-06 Review Answer by USA, research, procedure | .50 |
| 05-10-06 Review notice of appearance by Douglas Mickle | .25 |
| 05-24-06 Review motion for extension re: Status report; conf. | .75 |
| 05-25-06 Review Order granting extension re: Status report | .25 |
| 06-30-06 Review Final Joint Preliminary Status Report | .50 |
| 07-06-06 Review Status Conference Order | .25 |
| 07-11-06 Review ADR Order; calendar dates | .50 |
| 07-12-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 07-14-06 Review notice of appearance by Devin Wolak | .25 |
| 07-26-06 Review File, revise Initial Disclosure to USA | 1.25 |
| 07-27-06 Review rules and draft Initial Disclosure (USCFC) review file and materials re: disclosure | 3.75 |
| 07-31-06 Review USA initial disclosures | 1.25 |
| 08-01-06 Final draft of Initial Disclosure (USCFC) review file and materials re: disclosure | 2.50 |
| 09-01-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 09-04-06 Review USA STATUS REPORT for ADR | .25 |
| 09-27-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |

| | |
|---|---|
| 09-29-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-11-06 Review ADR Order; look at USCFC Rules | .25 |
| 10-12-06 Draft/review e-mail message to/from TAT re: Rivera case | 1.25 |
| 10-23-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-24-06 Review Status conference Order; look at USCFC Rules | .25 |
| 10-24-06 Prep. for depos on 10-27-06 | 4.50 |
| 10-25-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-25-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-26-06 Prep. for depos on 10-27-06 | 2.00 |
| 10-27-06 Prep for and appearance at deposition of Aide Nunez Joseph Marilao, Robert Hood and Jayson Ahern | 6.25 |
| 10-29-06 Draft/review e-mail messages (x5) to/from TAT re: Rivera case | 1.75 |
| 10-30-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-30-06 Status conference; prep for hearing; look at USCFC Rules | 2.25 |
| 10-30-06 Review Status conference Order; look at USCFC Rules | .25 |
| 10-31-06 Review and serve Levine report with Expert Exchange info | 3.75 |
| 10-31-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-31-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-02-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-03-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-05-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-09-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-13-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-14-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-16-06 Draft/review e-mail message to/from TAT re: Rivera case | .25 |

11-17-06 Draft/review e-mail messages (x6) to/from TAT re: Rivera case 1.75

11-18-06 Draft/review e-mail message to/from TAT re: Rivera case .25

11-19-06 Draft/review e-mail messages (x4) to/from TAT re: Rivera case .50

11-20-06 Draft/review e-mail message to/from TAT re: Rivera case .25

11-22-06 Draft/review e-mail message to/from TAT re: Rivera case .25
11-22-06 Draft/review e-mail message to/from TAT re: Rivera case .25
11-22-06 Settlement demand letter to Devin Wolak 3.75
11-22-06 Prep for depo of plaintiff 2.00

11-27-06 Draft/review e-mail message to/from TAT re: Rivera case .25
11-27-06 Draft/review e-mail message to/from TAT re: Rivera case .25
11-27-06 Prep for depo of plaintiff 4.50

11-28-06 Prep for and appearance at depo of Francisco Rivera 8.50

11-30-06 Draft/review e-mail message to/from TAT re: Rivera case .25

12-05-06 Draft/review e-mail message to/from TAT re: Rivera case .25
12-05-06 Draft and send discovery requests to the USA 2.75

12-13-06 Draft/review e-mail message to/from TAT re: Rivera case .25

12-16-06 Draft/review e-mail message to/from TAT re: Rivera case .25

12-17-06 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .50

12-19-06 Draft/review e-mail message to/from TAT re: Rivera case .25

12-20-06 Draft/review e-mail messages (x7) to/from TAT re: Rivera case 2.00

12-21-06 Draft/review e-mail messages (x4) to/from TAT re: Rivera case .75
12-21-06 Review Joint Request to Amend Scheduling Order; Conf. .50

12-22-06 Review Order; look at USCFC Rules; calendar dates .50

12-28-06 Draft/review e-mail message to/from TAT re: Rivera case .25

01-01-07 Draft/review e-mail message to/from TAT re: Rivera case .25

| | | |
|---|---|---|
| 01-03-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-04-07 | Review Order; look at USCFC Rules; calendar dates | .25 |
| 01-08-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-10-07 | Draft/review e-mail messages (x5) to/from TAT re: Rivera case | 1.75 |
| 01-16-07 | Review Motion to Seal by USA; research | .75 |
| 01-18-07 | Review Order; look at USCFC Rules; prep. notice for file | .25 |
| 01-18-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-18-07 | Draft and send notice of depositions et al | 2.00 |
| 01-19-07 | Letter and enclosures/summaries to expert Mike Levine | 3.50 |
| 01-21-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-22-07 | Letter and enclosures to expert Mike Levine | 2.50 |
| 01-22-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-22-07 | Prep for depos on 1-23-07 | 4.25 |
| 01-23-07 | Draft letter and organize enclosures for Devin Wolak | 1.25 |
| 01-23-07 | Preparation and appearance at depo of Robet Bickers David Murphy and Lawrence Fanning | 6.75 |
| 01-24-07 | Draft/review e-mail message to/from TAT re: Rivera case | .75 |
| 01-25-07 | Review Notice re Dispositive motions by USA | .25 |
| 01-25-07 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 01-26-07 | Draft/review e-mail messages (x4) to/from TAT re: Rivera case | 1.50 |
| 01-29-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-30-07 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 01-31-07 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 02-02-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 02-04-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |

02-08-07 Draft/review e-mail message to/from TAT re: Rivera case .25

02-09-07 Review ADR Scheduling Order, calendar dates,
review ADR rules .50

02-12-07 Draft/review e-mail message to/from TAT re: Rivera case .25

02-14-07 Review Order re Discovery, calendar dates .25
02-14-07 Review ADR Scheduling Order, calendar dates,
review ADR rules .50

02-24-07 Draft confidential settlement statement; review file material 2.50

02-25-07 Draft confidential settlement statement; review file material 2.25

02-26-07 Letter to Judge Bruggink and final revisions to confidential
settlement statement 2.50

02-27-07 Draft/review e-mail message to/from TAT re: Rivera case .25
02-27-07 Draft/review e-mail message to/from TAT re: Rivera case .25

03-02-07 Review ADR Scheduling Order, calendar dates .25

03-03-07 Draft Individual Settlement position statement; Review
File; Research 2.25

03-05-07 Review Scheduling Order, calendar dates .25

03-06-07 Draft Individual Settlement position statement; Review
File; Research; compile documents 3.00

03-07-07 Draft Individual Settlement position statement; Review
File; Research 2.25
03-07-07 Review Scheduling Motion and Order, calendar dates .25

03-08-07 Draft Individual Settlement position statement; Review
File; Research; compile documents 1.00

03-13-07 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .25

03-16-07 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .25
03-16-07 Review Status report; Conf. Re: .75

04-04-07 Draft/review e-mail message to/from TAT re: Rivera case .25

04-10-07 Draft/review e-mail message to/from TAT re: Rivera case .25

04-19-07 Draft/review e-mail message to/from TAT re: Rivera case .25

04-23-07 Draft/review e-mail message to/from TAT re: Rivera case .25

04-24-07 Draft/review e-mail message to/from TAT re: Rivera case .25

04-27-07 Draft/review e-mail message to/from TAT re: Rivera case .25

04-29-07 Draft/review e-mail message to/from TAT re: Rivera case .25

04-30-07 Draft/review e-mail messages (x4) to/from TAT re: Rivera case 1.50

05-07-07 Draft/review e-mail message to/from TAT re: Rivera case .25

05-09-07 Draft/review e-mail message to/from TAT re: Rivera case .25

05-13-07 Draft/review e-mail message to/from TAT re: Rivera case .25

05-17-07 Draft/review e-mail message to/from TAT re: Rivera case .25

05-22-07 Review USDC Order vacating dates, etc. and judgment .25

05-29-07 Draft/review e-mail message to/from TAT re: Rivera case .25

06-01-07 Review Status report; Conf. Re: .75

06-02-07 Draft/review e-mail messages (x5) to/from TAT re: Rivera case 1.75

06-03-07 Draft/review e-mail messages (x4) to/from TAT re: Rivera case 1.50

06-04-07 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .25

06-05-07 Draft/review e-mail messages (x4) to/from TAT re: Rivera case .50

06-14-07 Draft/review e-mail message to/from TAT re: Rivera case .25

06-15-07 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .50

06-19-07 Draft/review e-mail message to/from TAT re: Rivera case .25

06-20-07 Draft/review e-mail message to/from TAT re: Rivera case .25

06-25-07 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .50

06-27-07 Draft/review e-mail messages (x4) to/from TAT re: Rivera case .50
06-27-07 Letter to Devin Wolak from Teresa Trucchi .25

06-28-07 Draft/review e-mail messages (x3) to/from TAT re: Rivera case .75

06-27-07 Review Application by USA re Status report; Conf. Re: .25

06-29-07 Review Order .25

07-01-07 Draft/review e-mail message to/from TAT re: Rivera case .25

07-07-07 Draft/review e-mail message to/from TAT re: Rivera case .25

07-09-07 Draft/review e-mail message to/from TAT re: Rivera case .25

07-12-07 Letter to James Henderson from Teresa Trucchi 1.00

07-13-07 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .50

07-16-07 Draft/review e-mail message to/from TAT re: Rivera case .25

07-20-07 Review Order .25

07-22-07 Draft/review e-mail message to/from TAT re: Rivera case .25

07-24-07 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .50

08-02-07 Draft/review e-mail message to/from TAT re: Rivera case .25

08-05-07 Draft/review e-mail message to/from TAT re: Rivera case .25

08-06-07 Draft/review e-mail message to/from TAT re: Rivera case .25

08-07-07 Draft/review e-mail message to/from TAT re: Rivera case .25

08-23-07 Draft/review e-mail message to/from TAT re: Rivera case .25

09-07-07 Draft/review e-mail messages (x3) to/from TAT re: Rivera case .50

| | | |
|---|---|---|
| 09-10-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 09-12-07 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 09-14-07 | Review Order; cal. dates | .25 |
| 09-17-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-01-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-02-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-11-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-11-07 | Draft/review e-mail message to/from Expert re: Rivera case | 1.25 |
| 10-21-07 | Draft/review e-mail message to/from Expert re: Rivera case | .50 |
| 10-22-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-22-07 | Draft/review e-mail message to/from Expert re: Rivera case | 1.00 |
| 10-22-07 | Draft Witness and Exhibit lists, review file | 4.00 |
| 10-29-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 10-29-07 | Review USA Witness and Exhibit lists | 1.00 |
| 10-30-07 | Draft/review e-mail message to/from Expert re: Rivera case | .75 |
| 10-31-07 | Draft/review e-mail message to/from Expert re: Rivera case | .25 |
| 11-06-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-07-07 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 11-07-07 | Draft Memorandum of Contentions of Fact and Law, Research, review file | 4.25 |
| 11-07-07 | Review Joint Compliance by USA; Conf. Re: | .25 |
| 11-10-07 | Draft Memorandum of Contentions of Fact and Law, Research, review file | 3.25 |
| 11-10-07 | Draft proposed Stipulations of Fact | 4.50 |
| 11-11-07 | Draft Memorandum of Contentions of Fact and Law, Research, review file, organize documents, exhibits | 4.25 |
| 11-11-07 | Draft proposed stipulations of Fact | 3.00 |

| | | |
|---|---|---|
| 11-12-07 | Finalize Memorandum of Contentions of Fact and Law, Research, review file | 5.25 |
| 11-25-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 11-27-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 12-03-07 | Review and summarize medical/pysch reports | 2.50 |
| 12-04-07 | Review and summarize medical/pysch reports | 3.50 |
| 12-05-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 12-06-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 12-10-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 12-10-07 | Review Application by USA re Extension, Order | .25 |
| 12-18-07 | Review USA Memorandum of Contentions, Research Review File | 4.25 |
| 12-26-07 | General trial prep, witness summaries, etc | 3.00 |
| 12-20-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 12-22-07 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 12-24-07 | Draft/review e-mail messages (x4) to/from TAT re: Rivera case | .75 |
| 12-24-07 | Prepare and file request for extension of time; research, trial prep | 2.50 |
| 12-26-07 | Draft/review e-mail message to/from Expert re: Rivera case | 1.25 |
| 12-26-07 | General trial prep, witness summaries, etc | 4.00 |
| 12-27-07 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 12-27-07 | General trial prep, witness summaries, etc | 4.00 |
| 12-31-07 | Draft/review e-mail message to/from Expert re: Rivera case | 1.50 |
| 01-02-08 | Review Order | .25 |
| 01-03-08 | Draft/review e-mail message to/from Expert re: Rivera case | .75 |
| 01-04-08 | Draft/review e-mail messages (x4) to/from TAT re: Rivera case | .50 |

| | |
|---|---|
| 01-04-08 Review Order | .25 |
| 01-04-08 Draft and file response to USA memorandum, research | 3.50 |
| 01-07-08 Draft/review e-mail messages (x3) to/from TAT re: Rivera case | .50 |
| 01-07-08 General trial prep, witness summaries, etc | 3.00 |
| 01-08-08 Review and revise witness and exhibit list | 4.50 |
| 01-08-08 Notice of Compliance re Witness list | .50 |
| 01-08-08 Notice of Compliance re Exhibit list | .50 |
| 01-11-08 General trial prep, witness summaries, etc | 2.00 |
| 01-08-08 Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 01-08-08 Review proposed stipulations of Fact | .75 |
| 01-08-08 Review, revise and file witness list and exhibit list; trial prep | 4.75 |
| 01-09-08 Prep for pre trial conference | 3.50 |
| 01-09-08 Draft/review e-mail messages (x3) to/from TAT re: Rivera case | .50 |
| 01-09-08 Letter to Devin Wolak from TAT | .25 |
| 01-09-08 General trial prep, witness summaries, etc | 3.50 |
| 01-10-08 Review Application by USA/Order re Objections | .25 |
| 01-10-08 Review and calendar pretrial order | .50 |
| 01-10-08 Telephonic hearing with Judge Hewitt; Prep for hearing | 1.75 |
| 01-10-08 Prep for pre trial conference | 4.00 |
| 01-10-08 Draft/review e-mail messages (x9) to/from TAT re: Rivera case | 2.25 |
| 01-10-08 Review agenda from Judge Hewitt | .50 |
| 01-11-08 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-11-08 General trial prep, witness summaries, etc | 4.00 |
| 01-14-08 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-14-08 Appearance at pretrial conf., prep for hearing | 5.50 |
| 01-15-08 Review and calendar pretrial order | .50 |
| 01-15-08 Draft/review e-mail messages (x3) to/from TAT re: Rivera case | .50 |
| 01-15-08 General trial prep, witness summaries, etc | 4.25 |
| 01-16-08 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-16-08 General trial prep, witness summaries, etc | 3.50 |
| 01-17-08 Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-17-08 General trial prep, witness summaries, etc | 5.75 |

| | | |
|---|---|---|
| 01-18-08 | Draft/review e-mail messages (x15) to/from TAT re: Rivera case | 2.50 |
| 01-18-08 | Review USA application re Pretrial order | .25 |
| 01-18-08 | General trial prep, witness summaries, etc | 4.50 |
| 01-19-08 | Draft/review e-mail messages (x3) to/from TAT re: Rivera case | 1.50 |
| 01-20-08 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 01-21-08 | General trial prep., organize, review plaintiff's depo., summarize depo., prepare facts/evidence chart research, review procedures, etc | 6.25 |
| 01-21-08 | Draft/review e-mail messages (x4) to/from TAT re: Rivera case | 1.75 |
| 01-21-08 | Review proposed stipulations of Fact; research, review file | 2.75 |
| 01-22-08 | Draft/review e-mail messages (x9) to/from TAT re: Rivera case | 1.75 |
| 01-22-08 | Review file, organize re: trial, prepare for meeting with clients and witnesses in Tijuana tomorrow, review USA pleadings and contentions etc. | 5.50 |
| 01-23-08 | Draft/review e-mail messages (x8) to/from TAT re: Rivera case | 1.75 |
| 01-23-08 | Review Order | .25 |
| 01-23-08 | Meeting with clients and witnesses in Tijuana/pretrial Preparation and organization | 6.25 |
| 01-23-08 | Review proposed stipulations of Fact | .75 |
| 01-24-08 | Review USA Stipulation of Fact (Final)/Notice | .50 |
| 01-24-08 | Work on and review exhibits, general trial preparation Research and review USCFC Rules, FRE, FRCP etc | 5.50 |
| 01-24-08 | Draft/review e-mail messages (x4) to/from TAT re: Rivera case | .75 |
| 01-25-08 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 01-25-08 | Review Order | .25 |
| 01-25-08 | Compile and final organization of exhibit books; conf. w/ D. Wolak, summarize depo transcripts, prepare witness questions, review evidence code etc. | 7.50 |
| 01-25-08 | Letter to Devin Wolak from Teresa Trucchi | .25 |
| 01-26-08 | Summarize depo transcripts, prepare witness questions, review evidence code; prepare opening statement, research etc. | 8.50 |
| 01-26-08 | Draft/review e-mail messages (x4) to/from TAT re: Rivera case | 2.50 |
| 01-27-08 | Summarize depo transcripts, prepare | |

witness questions, review evidence code;
General trial prep, research etc. 10.50
01-27-08 Draft/review e-mail message to/from TAT re: Rivera case .25

01-28-08 Preparation for and appearance at trial 12.00

01-29-08 Preparation for and appearance at trial 12.00

01-30-08 Preparation for and appearance at trial 10.50
01-30-08 Draft/review e-mail message to/from TAT re: Rivera case 1.25

01-31-08 Preparation for and appearance at trial 9.00
01-31-08 Draft/review e-mail message to/from TAT re: Rivera case 1.75

02-04-08 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .50

02-06-08 Draft/review e-mail message to/from TAT re: Rivera case .25
02–06-08 Research, review documents and draft trial brief 3.50

02-12-08 Research, review documents and draft post trial brief 4.50

02-12-08 Draft/review e-mail message to/from TAT re: Rivera case .25
02-12-08 Draft/review e-mail message to/from TAT re: Rivera case .25

02-13-08 Research, review documents and draft post trial brief 5.50

02-14-08 Research, review documents and draft post trial brief 2.50

02-15-08 Research, review documents and draft post trial brief 3.50

02-19-08 Draft/review e-mail messages (x2) to/from TAT re: Rivera case .25

02-22-08 Draft/review e-mail message to/from TAT re: Rivera case .25
02-22-08 Research, review documents and draft post trial brief 3.75

02-28-08 Review application for extension post trial brief/Order .25
02-28-08 Research, review documents and draft post trial brief 2.25

03-06-08 Draft/review e-mail message to/from TAT re: Rivera case .25
03-06-08 Research, review documents and draft trial brief 4.50

03-07-08 Research, review documents and draft post trial brief 5.50

| | | |
|---|---|---|
| 03-08-08 | Research, review documents and draft post trial brief | 3.50 |
| 03-09-08 | Draft/review e-mail messages (x5) to/from TAT re: Rivera case | 1.00 |
| 03-09-08 | Research, review documents and draft post trial brief | 6.50 |
| 03-10-08 | Research, review documents and draft post trial brief | 8.50 |
| 03-11-08 | Final Revisions to Post Trial Brief, review trial transcripts, Research, review file documents, prepare document for filing | 6.50 |
| 03-11-08 | Review USA Post Trial Brief | 2.50 |
| 03-11-08 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 03-12-08 | Research issues from USA Post Trial Brief, review Trial transcripts, case file documents etc | 4.25 |
| 03-18-08 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 03-21-08 | Research, review documents and draft reply trial brief | 4.50 |
| 03-23-08 | Research, review documents and draft reply trial brief | 2.50 |
| 03-24-08 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .50 |
| 03-24-08 | Research, review documents and draft reply trial brief | 7.25 |
| 03-25-08 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 03-25-08 | Final Revisions to Reply to USA Post Trial Brief, review trial transcripts, Research, review file documents, prepare document for filing | 5.50 |
| 03-25-08 | Review USA Reply to Plaintiff Post Trial Brief Research, review transcripts | 2.50 |
| 03-26-08 | Review application/Order re: seal USA reply | .25 |
| 05-12-08 | Prepare and file notice of change of e-mail address | .75 |
| 06-24-08 | Review and conferences re: OPINION, research | 5.25 |
| 06-24-08 | Draft/review e-mail messages (x4) to/from TAT re: Rivera case | 1.00 |
| 06-25-08 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 06-27-08 | Draft/review e-mail messages (x3) to/from TAT re: Rivera case | .75 |

| | | |
|---|---|---|
| 06-27-08 | Review Judgment and Rules, USC re EAJ fees<br>Time limits re: appeal, post trial motions et al<br>Research, review transcripts | 5.75 |
| 06-28-08 | Research, review transcripts and file, draft<br>Post trial motion for relief et al | 4.75 |
| 06-29-08 | Research, review transcripts and file, draft<br>Post trial motion for relief et al | 4.75 |
| 06-30-08 | Research, review transcripts and file, draft<br>Post trial motion for relief et al | 3.25 |
| 07-01-08 | Research, review transcripts and file, draft<br>Post trial motion for relief et al | 5.50 |
| 07-02-08 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 07-02-08 | Final Revisions to Motion for Reconsideration,<br>review trial transcripts, Research, review file<br>documents, prepare document for filing | 3.25 |
| 07-07-08 | Draft/review e-mail messages (x4) to/from TAT re: Rivera case | .75 |
| 07-08-08 | Review Motion to Redact OPINION | 1.00 |
| 07-08-08 | Draft/review e-mail messages (x12) to/from TAT re: Rivera case | 1.75 |
| 07-09-08 | Meeting with Clients, attorney et al in Tijuana | 5.50 |
| 07-10-08 | Prepare and file non-opposition to motion to redact | .75 |
| 07-10-08 | Review Scheduling Order; Review Rules re: reply | .50 |
| 07-10-08 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .25 |
| 07-17-08 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 07-17-08 | Draft/review e-mail message to/from TAT re: Rivera case | .75 |
| 07-17-08 | Research and draft EAJ petition for fees<br>review USC and USCFC Rules etc.,<br>Cost bill, review invoices | 4.50 |
| 07-17-08 | Research and draft EAJ petition for fees<br>review USC and USCFC Rules etc, case law<br>and oppositions/other cases | 4.75 |
| 07-18-08 | Draft/review e-mail message to/from TAT re: Rivera case | .25 |
| 07-18-08 | Review Response to motion for reconsideration et al | |

| | | |
|---|---|---|
| | Research, review file | 3.00 |
| 07-18-08 | Research and draft EAJ petition for fees review USC and USCFC Rules etc, case law and oppositions/other cases | 2.75 |
| 07-22-08 | Draft/review e-mail messages (x26) to/from TAT re: Rivera case | 2.75 |
| 07-22-08 | Review Order re Publish opinion | .25 |
| 07-22-08 | Draft EAJ petition for fees and supporting documents | 5.75 |
| 07-23-08 | Draft/review e-mail messages (x14) to/from TAT re: Rivera case | 1.25 |
| 07-24-08 | Draft/review e-mail messages (x5) to/from TAT re: Rivera case | .75 |
| 07-24-08 | Draft EAJ petition for fees and supporting documents | 4.75 |
| 07-24-08 | Draft/review e-mail messages (x2) to/from TAT re: Rivera case | .25 |
| 07-25-08 | Revisions to EAJ fees petition | 6.50 |
| 07-26-08 | Revisions to EAJ fees petition and cost bill | 5.00 |
| 07-27-08 | Revisions to EAJ fees petition and cost bill | 5.00 |

Total hours 1131 @ $125.00/hr. = $141,375.00
Total hours 1131 @ $225.00/hr. = $254,475.00

Costs

| | | |
|---|---|---|
| 06-04-04 | Court Reporter (Depo of Fanning) | 444.35 |
| 06-04-04 | Court Reporter (Depo of Ahern) | 576.82 |
| 06-09-04 | Court Reporter (Depos of Marilao and Bickers) | 544.70 |
| 06-24-04 | Court Reporter (Depo of Root | 284.70 |
| 06-25-04 | Court Reporter (Depo of Murphy) | 418.50 |
| 09-01-04 | Copy of Coronel/Jimenez file (Certified) | 46.76 |
| 07-31-06 | Legal Reprographics Exhibits for Court | 509.14 |
| 10-27-06 | Court Reporter (Depos of Marilao, Hood, Nunez, Ahern) | 773.87 |
| 01-23-07 | Court Reporter (Depos of Murphy, Fanning, and Bickers) | 541.52 |
| 11-23-07 | Legal Reprographics Exhibits for Court | 107.99 |
| 01-28-08 | Interpreter at trial (Ruth Monroy) | 204.00 |
| 01-28-08 | Interpreter at trial (Gloria Mayne) | 376.00 |
| 01-29-08 | Interpreter at trial (Gloria Mayne) | 204.00 |
| 01-29-08 | Witness fees – Alfonso Calderon | 40.00 |
| 01-29-08 | Witness fees – Gabriel Calderon | 40.00 |
| 01-29-08 | Witness fees – Carmen Rivera | 40.00 |
| 01-29-08 | Witness fees – Carlos Mejia Lopez (expert) | 5,000.00 |

| | |
|---|---|
| 01-31-08 Interpreter at trial (Eugenia Arguello) | 204.00 |
| 01-31-08 Expert Witness Fee (Dr. Lizarraga) (½ day) | 2,500.00 |
| 01-31-08 Expert Witness Fee (Dr. Cesena) (½ day) | 2,500.00 |
| 01-31-08 Expert Witness Fee (Dr. Santillana) (½ day) | 2,500.00 |
| 02-09-08 Legal Reprographics Exhibits for Court | 607.16 |
| 02-25-08 Trial Transcript – Heritage Reporting | 2,868.50 |
| 12-28-03 through 10-29-07 Micheal Levine expert | 9,125.00 |
| TOTAL REQUESTED COSTS | $ 30,457.01 |

**d. Expert Witness Fees**

Michael Levine is an expert in Search and Seizure and US Border Patrol procedures. A copy of his curriculum vitae is attached to the Declaration of Teresa Trucchi filed concurrently herewith. Mr. Levine did not ultimately testify at trial but was utilized throughout the case by plaintiff's counsel to consult and provide opinions regarding the search techniques utilized by the USA, areas to explore with discovery, and other critical areas of information within his specialty. His hourly rate is $150 per hour for review and $250 per hour for testimony. This fee is reasonable and consistent with other experts in his area of expertise. The services Mr. Levine provided were reasonable and necessary to the preparation and investigation of the case. The total amount requested for reimbursement of the fees paid to Michael Levine on plaintiff's behalf is $9,125.00. [see; Declaration of Teresa Trucchi filed concurrently herewith] This fee is recoverable under 28 USC 2412(d)(2)(A)

On January 31, 2008, three physicians from Tijuana, Mexico (Dr. Lizarraga, Dr. Cesena and Dr. Santillana) testified at trial. Each of the physicians charges a flat fee of $2,500.00 for the time required to review the file, travel to San Diego, consult with counsel and provide testimony. This is reasonable and consistent with the fees charged by other experts of their specialities in the San Diego, CA area. [see; Declaration of Teresa Trucchi filed concurrently herewith] The

testimony of these expert witnesses was reasonable and necessary to prove the damages alleged in this case. These fees are recoverable under 28 USC 2412(d)(2)(A)

On January 29, 2008 Lic Carlos Mejia testified at trial. He is an attorney licensed in the United States of Mexico and was asked to provide expert testimony at trial. His fee for providing trial testimony (including review of file material, consultation and testifying at trial) is $2,500 per half day (which is reasonable for attorneys with his level of expertise). He was required to be at trial for the full day and charged $5,000 for his appearance and expert opinion testimony on January 29, 2008 [see; Declaration of Teresa Trucchi filed concurrently herewith] The testimony and expert opinions of Mr. Mejia were reasonably required and necessary to the presentation of the plaintiff's case at trial. This fee is recoverable under 28 USC 2412(d)(2)(A)

**e. Copies**

As required by FRCP 54.1(b)(6)(e), the invoices for copies were as follows:

09-01-04 Copy of Coronel/Jimenez file (Certified) 46.76

The documents were printed by the San Diego Superior Court, South County Judicial District and consisted of the criminal records of the individual arrested for originally bringing the Pathfinder at issue into the county. The documents were admitted as exhibits at trial. There was a charge for certification of the documents included in the invoice.

07-31-06 Legal Reprographics Exhibits for Court 509.14

The documents were exhibits and were copied for use at trial and motion submission. There were 1,968 copies at .20 a page, 58 color copies at 1.24 a page, and $7.00 for binding.

11-23-07 Legal Reprographics Exhibits for Court 107.99

The documents were exhibits and were copied for use at trial. There were 617 copies at .16 a page, $1.00 to rebind a deposition transcript

02-09-08 Legal Reprographics Exhibits for Court 607.16

The documents were exhibits and were copied for use at trial. There were 2,198 copies at .18 a page, 58 color copies at .99 a page, 6 3 ring binders at a total price of $9.00, and 171 Index tabs at .33 each

These costs are allowed under FRCP 54.1(b)(6)(a)(2)[regular copies] and FRCP 54.1(b)(7)(b)[photographs] A true and correct copy of the invoice for these services is attached to the Affidavit of Teresa Trucchi

**f. Depositions and transcripts**

The following depositions and transcript were reasonable and necessary to the presentation of the plaintiff's case at trial and for the post trial briefing. The costs associated with the Court Reporter are reasonable and consistent with the market price for these services. The amount charged is consistent with FRCP 54.1 (b)(3)(a) and the costs reflects the original and one copy of depositions necessarily obtained for use in the case:

| | |
|---|---|
| 06-04-04 Court Reporter (Depo of Fanning) | 444.35 |
| 06-04-04 Court Reporter (Depo of Ahern) | 576.82 |
| 06-09-04 Court Reporter (Depos of Marilao and Bickers) | 544.70 |
| 06-24-04 Court Reporter (Depo of Root | 284.70 |
| 06-25-04 Court Reporter (Depo of Murphy) | 418.50 |
| 09-01-04 Copy of Coronel/Jimenez file (Certified) | 46.76 |
| 10-27-06 Court Reporter (Depos of Marilao, Hood, Nunez, Ahern) | 773.87 |
| 01-23-07 Court Reporter (Depos of Murphy, Fanning, and Bickers) | 541.52 |
| 02-25-08 Trial Transcript – Heritage Reporting | 2,868.50 |

These costs are allowed under FRCP 54.1(b)(3)(a) and (b)(2)(b) A true and correct copy of the invoice for these services is attached to the Affidavit of Teresa Trucchi

**g. Interpreter fees**

The following interpreter fees were reasonable and necessary to the presentation of the plaintiff's case at trial. The costs associated with the interpreters are reasonable and consistent with the market price for these services

| | |
|---|---|
| 01-28-08 Interpreter at trial (Ruth Monroy) | 204.00 |
| 01-28-08 Interpreter at trial (Gloria Mayne) | 376.00 |
| 01-29-08 Interpreter at trial (Gloria Mayne) | 204.00 |
| 01-31-08 Interpreter at trial (Eugenia Arguello) | 204.00 |

These costs are allowed under FRCP 54.1(b)(4)(e) A true and correct copy of the invoice for these services is attached to the Affidavit of Teresa Trucchi

**h. Ordinary witness fees**

The testimony of following ordinary witnesses was reasonable and necessary to the presentation of the plaintiff's case at trial. The costs associated with the ordinary witnesses are set forth in 28 U.S.C. 1821 at $40.00 per day.

| | |
|---|---|
| 01-29-08 Witness fees – Alfonso Calderon | 40.00 |
| 01-29-08 Witness fees – Gabriel Calderon | 40.00 |
| 01-29-08 Witness fees – Carmen Rivera | 40.00 |

These costs are allowed under 28 U.S.C. 1821 and FRCP 54.1(b)(4).

## CONCLUSION

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. Section 2412(b) and/or (d), plaintiff FRANCISCO JAVIER RIVERA AGREDANO moves the Court for an award of reasonable attorney fees and expenses.

1. Plaintiff seeks an award for litigating the merits of his case against the United States of America in the amount of $254,475.00 in fees (1,131 hours at $225.00/hr.) and $30,457.01 in costs for a total requested award under 28 U.S.C. Section 2412(b) and/or (d) of $284,932.01 (if the Court concludes that a "special factor" exists in the instant case, or "oppression" exists under 28 USCA 2412(b) justifying fees in excess of the cap set forth in 28 U.S.C. 2412(d)(2)(A); or in the alternative,

2. If the Court concludes that a "special factor" does not exist in the instant case or that the plaintiff has not provided evidence sufficient to sustain a finding under 28 USC 2412(b), then the amount of fees requested under this application, as calculated at $125.00 per hour, is $141,375.00 (1,131 hours at $125.00 per hour) and $30,457.01 in costs for a total requested award under 28 U.S.C. Section 2412(d) of $171,832.01; and,

3. Such other and further relief as the Court deems proper.

Respectfully Submitted

DATED: July 27, 2008

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

**CERTIFICATE OF ELECTRONIC FILING**

This document and all attachments was electronically filed on July 27, 2008 and served on opposing counsel electronically.

DATED: July 27, 2008

SUPPA, TRUCCHI & HENEIN, LLP

s/Teresa Trucchi

By: TERESA TRUCCHI
Attorneys for Plaintiffs

SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658