No. 05-608C
(Judge Emily Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO and
ALFONSO CALDERON LEON,

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

**DECLARATION OF**
**PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO**
**IN SUPPORT OF APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C.A. SECTION 2412(d)**

**Honorable EMILY HEWITT, Judge Presiding**

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFF
FRANCISCO JAVIER RIVERA AGREDANO

July 27, 2008

**PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO'S DECLARATION IN SUPPORT OF APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C.A. SECTION 2412(d)**

1. I am the plaintiff and applicant for an award of attorney fees and costs under 28 U.S.C.A. Section 2412(d). This Declaration is made upon my personal knowledge.

2. At the time this civil action was filed, my personal net worth did not exceed $2,000,000 (two million dollars); nor did I own an interest in any unincorporated business, partnership, corporation, association, unit of local government or organization , of which the net worth exceeded $7,000,000 (seven million dollars) and which had more than 500 employees.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2008

/s/Francisco Javier Rivera Agredano
FRANCISCO JAVIER RIVERA AGREDANO