**U.S. Department of Justice**

*CAROL C. LAM*
*United States Attorney*
*Southern District of California*

*TIMOTHY C. STUTLER**
*Assistant United States Attorney*

*(619) 557-7387*
*Fax (619) 557-7122*

**San Diego County Office*
*Federal Office Building*
*880 Front Street, Room 6293*
*San Diego, California 92101-8893*

*Imperial County Office*
*321 South Waterman Avenue*
*Room 204*
*El Centro, California 92243-2215*

March 21, 2003

Via Fax (297-9658)
Teresa Trucchi, Esq.
Suppa, Truchi, and Henein, LLP
3055 India Street
San Diego, CA 92103

Re: Rivera v. United States, 02cv2243B(NLS)

Dear Ms. Trucchi:

In response to your March 21, 2003 fax letter, I do not need to see the Cervantes transcript to decline your proposal that I withdraw the motion to dismiss. Needless to say, I respectfully disagree with Judge Kozinki's stated opinions at the Cervantes hearing. No matter how vehemently he expressed those opinions, I also disagree that the district court's ruling and the appellate court decisions supporting that ruling were frivolous. I also believe other panels of the Ninth Circuit would share my perspective. In any event, unless and until the Cervantes panel's decision is published, I am free to continue to make the same arguments in other cases. The prospect of defending those arguments before the same panel again does not bother me (though I concede I could think of better ways to pass my time).

Please be aware that if I should lose the current motion, I plan to move for summary judgment on the facts of this case. The government did nothing wrong, and cannot be held strictly liable. As I understand, your client bought the car "as is," and certainly was aware that many of the cars sold had been seized from drug smugglers. He had far more opportunity than the government to find the drugs.

I applaud your aggressive advocacy in representing your clients. However, I fear you underestimate me in believing that throwing the Cervantes transcript into the mix would intimidate me. Nor do I understand what benefit you are offering in exchange for withdrawing the motion.

Thank you for providing the Cervantes transcript, though; it will make for interesting reading for my colleagues and me.

Very truly yours,

CAROL C. LAM
United States Attorney

TIMOTHY C. STUTLER
Assistant U.S. Attorney