copy to Carlos

**U.S. Department of Justice**

*CAROL C. LAM*
*United States Attorney*
*Southern District of California*

*TIMOTHY C. STUTLER**
*Assistant United States Attorney*

(619) 557-7387
Fax (619) 557-7122

*San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
321 South Waterman Avenue
Room 204
El Centro, California 92243-2215

July 17, 2003

Via Fax
Teresa Trucchi, Esq.
Suppa Trucchi & Henein, LLP
3055 India Street
San Diego, CA 92103-6013

Re: Rivera Agredano v. U.S. 02cv2243 B (NLS)

Dear Ms. Trucchi:

Thank you for your latest letter. Rather than rehash issues already addressed, I will simply re-calendar the motion. You have done nothing unethical; if you see no other problems with any of your actions, I will chalk it up to divergent views on what constitutes a professional, civil practice style in San Diego.

As to discovery, I previously extended the professional courtesy of informally providing information and documents. I tried to be completely forthcoming and advise you of what I had and did not have, and what I could or would not produce. I regret giving and telling you anything now. You have exploited my courtesies and responded with recriminations. If you want an example of your counterproductive acts, I offer your latest letter. In view of your accusations and exploitation, from this date on I will provide information and documents only through the formal discovery process -- and only when formal discovery is permitted pursuant to the governing rules. I regret that this will add to the cost of litigating this case.

As to settlement, you are correct that there is little prospect for a substantial settlement prior to resolution of the issues raised by our present motion and, if required, a future summary judgment motion and/or motion for judgment on the pleadings. But if you believe I ever said or suggested that the United States would never extend a settlement offer, then you misunderstood me. I recognize the government's case has weaknesses. So do your clients' claims. If ever you wish to make a reasonable settlement demand that takes into account the problems with those claims, I will seriously consider it.

Please do not construe any of the above as suggesting I will not continue to be courteous and professional toward you and your clients. In my years of practice, I have maintained excellent relations with all opposing counsel except a couple -- relations in which each counsel respected the other and gave him or her the benefit of the doubt. I still hope to establish such a relationship in this case. Let's move forward.

Very truly yours,

CAROL C. LAM
United States Attorney

Timothy C. Stutler

TIMOTHY C. STUTLER
Assistant U.S. Attorney

cc: Vince Ramos, Staff Attorney, U.S. Department of Homeland Security