U.S. Departme*' of Justice

*CAROL C. LAM*
*United States Attorney*
*Southern District of California*

Copy to Carlos Mejia via Rawl

*TIMOTHY C. STUTLER**
*Assistant United States Attorney*

(619) 557-7387
Fax (619) 557-7122

**San Diego County Office*
*Federal Office Building*
*880 Front Street, Room 6293*
*San Diego, California 92101-8893*

*Imperial County Office*
*321 South Waterman Avenue*
*Room 204*
*El Centro, California 92243-2215*

September 28, 2003

Teresa Trucchi, Esq.
Suppa Trucchi & Henein, LLP
3055 India Street
San Diego, CA 92103-6013

Re: Rivera Agredano v. U.S. 02cv2243 B (NLS)

Dear Ms. Trucchi:

Thank you for your September 26, 2003 letter. As previously stated, I respectfully decline to produce any documents or information to you except in response to formal discovery requests, and at the times required by the applicable local rules and Federal Rules of Civil Procedure. I do not understand your references to Rule 26; no Rule 26 disclosures are required yet. Please be assured that I regularly deal with and understand the federal disclosure and discovery rules. Sadly, in view of your stunning response to the informal production I previously made – gratis and as a professional courtesy to you -- I can no longer give you more than is required. Nor can I provide it before it is required. This means I must decline to produce anyone for deposition at this time, and will object to any premature discovery efforts. Even if my calendar would permit it, the Court has not yet authorized discovery.

This case is not going to resolve quickly, so ***please be patient***. I will give you adequate time for your discovery before filing any summary judgment motion. I make no representations as to what evidence or witnesses would support such a motion, or the possible bases for such a motion. That information would be attorney work product. Nor do I take any position on your views as to what the United States must produce before it can file such a motion, except to repeat that nothing is required right now.

We continue to waste time and money on matters that don't simply advance the case. If you continue making informal requests for documents, I will simply repeat the responses I made before and above.

Very truly yours,

CAROL C. LAM
United States Attorney

TIMOTHY C. STUTLER
Assistant U.S. Attorney

cc: Vince Ramos, Staff Attorney, U.S. Department of Homeland Security
Paul Leeds, Esq.