**U.S. Department of Justice**

*CAROL C. LAM*
*United States Attorney*
*Southern District of California*

*TIMOTHY C. STUTLER**
*Assistant United States Attorney*
(619) 557-7387
Fax (619) 557-7122

*San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
321 South Waterman Avenue
Room 204
El Centro, California 92243-2215

June 14, 2004

Via Fax
Teresa Trucchi, Esq.
Suppa, Trucchi, and Henein, LLP
3055 India Street
San Diego, CA 92103

Re: Rivera v. United States, 02cv2243B(NLS)

Dear Ms. Trucchi:

Thank you for your June 11 letter. Other than what I've already disclosed and what you've seen in the Cervantes motion, the only other possible legal bases for the anticipated summary judgment motion are satisfaction of duty (if any exists) and lack of proximate cause. I will not be obtaining declarations of Mr. Preciado or Mr. Puentes for the motion, and do not believe they have anything to say regarding the subject of that motion. I suggest we keep Mr. Murphy on calendar. Beyond that, I do not have anything more to add right now to our discussion regarding the viability of the motion. I am comfortable it is a strong and viable motion.

The main reason I have delayed the motion is to preclude a Court order allowing more time for discovery before you file an opposition. But if you feel you need more depositions after you see the motion, I will continue working with you on scheduling and, if need be, a reasonable continuance of the motion. I will, however, oppose redeposing anyone without court order. Based on all that I have disclosed both informally and in discovery, I doubt that such an order will be forthcoming.

As for the other dates, I have attached a proposed stipulation along the lines of what we briefly discussed last week. Assuming we can get this filed, I propose postponing your clients' depositions, and the expert depositions, to mutually agreeable future dates.

I have passed on to the agency your request that we remove certain information from the scope of the protective order. The attached stipulation, which also allows filing under seal, will not apply to any matters we agree should be removed from the scope of the protected order.

I understand your point that some might view the government's positions as cold and insensitive, though I do not agree with that perspective at all. Let's keep one thing clear: Our officers did not put the drugs in the car. Criminals did that – wicked, rapacious criminals. So if somebody is to be labeled "cold-hearted and insensitive," that's who we should be focusing on. Our officers are the ones who are trying to find the drugs and take them from these bad guys. And I assure you, nobody wants to find the drugs more