U.S. Department of Justice

*CAROL C. LAM*
*United States Attorney*
*Southern District of California*

*TIMOTHY C. STUTLER**
*Assistant United States Attorney*
(619) 557-7387
Fax (619) 557-7122

*San Diego County Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893

Imperial County Office
321 South Waterman Avenue
Room 204
El Centro, California 92243-2215

June 29, 2004

Via Fax
Teresa Trucchi, Esq.
Suppa, Trucchi, and Henein, LLP
3055 India Street
San Diego, CA 92103

Re: Rivera v. United States. 02cv2243B(NLS)

Dear Ms. Trucchi:

I respectfully suggest that your assessment of Sosa lacks support in both logic and law. There was no "injury" or "damages" in the United States. It appears we will need to test the your theory by motion, though, since you appear to refuse to dismiss.

After a more intensive study of Sosa, I must advise you that I currently view this as a nuisance value case, and will approach it as such at settlement. I will be prepared to make a meaningful, good faith settlement offer that reflects that you have no realistic chance of winning this case. In view of that, I agree it would probably be waste of your clients' time and money to travel here for the settlement conference, and have no wish to burden them with that. I have no objection to their not being there, though you will need to clear their absence with the Magistrate Judge, of course. I cannot speak for EG&G and McCormack.

I think it may make sense to simply make a motion for judgment on the pleadings based on Sosa, rather than the more extensive, costly and time-consuming summary judgment motion If I am correct, and we win that motion, no further discovery or summary judgment motion would be required as the case will be over (except for appeal). If I am wrong, I would then file the summary judgment motion, which is just about completed. We can discuss this Thursday at the MSC. Either way, we will need to the stay of discovery and other matters previously discussed.

Very truly yours,

CAROL C. LAM
United States Attorney

TIMOTHY C. STUTLER
Assistant U.S. Attorney

cc: Vivian Shultz, Esq. (via fax)
William Rathbone, Esq. (via fax)
Vince Ramos, Esq. (via fax)