> [T]he FTCA's foreign country exception bars all claims based on any injury suffered in a foreign country, regardless of where the tortious act of omission occurred.

Sosa v. Alvarez-Machain, __ U.S. __, 2004 WL 1439873, p. 8 (June 29, 2004) (emphasis added). In short, the Supreme Court has made clear that the district court lacks jurisdiction over your FTCA claim. I have every reason to believe the Ninth Circuit would abide by its duty to apply the mandatory precedent of Sosa.

The "commercial transaction" exception you propose is about as compelling as arguing that Sosa is distinguishable because it involved an airplane rather than a Nissan...Keep in mind, the asserted negligence in this case was the failure to satisfy your concept of a proper inspection. Do you really believe that the Supreme Court or Ninth Circuit would find this alleged misfeasance more problematic than what they believed happened in Sosa? This is how the Ninth Circuit described the facts of the latter case:

> Working out of DEA offices in Los Angeles, [DEA agents] made the decision to kidnap Alvarez and ... gave [their Mexican intermediary] precise instructions on whom to recruit, how to seize Alvarez, and how he should be treated during the trip to the United States. DEA officials in Washington, D. C., approved the details of the operation. After Alvarez was abducted according to plan, DEA agents supervised his transportation into the United States, telling the arrest team where to land the plane and obtaining clearance in El Paso for landing. The United States, and California in particular, served as command central for the operation carried out in Mexico.

Sosa, __U.S. __.

As I previously said, I admire ardent advocacy. But it is you who needs to consider whether you are prepared to engage in meaningful, good faith settlement efforts. If you are not, your clients will surely walk away with nothing -- sadly, after wasting their and everyone else's resources.

Very truly yours,

CAROL C. LAM
United States Attorney

TIMOTHY C. STUTLER
Assistant U.S. Attorney

cc: Vivian Shultz, Esq. (via fax)
William Rathbone, Esq. (via fax)
Vince Ramos, Esq. (via fax)