Michael Levine, Consultant & Investigator
NY PI License 11000084000
Post Office Box 533
Stone Ridge, New York, 12484

**LANGUAGE:** Spanish (bilingual)

**EXPERIENCE:**

1990 - Present

**Expert Witness – Trial Consultant:** Since 1990, as a civilian, I've been retained in more than 160 criminal and civil matters relating to the below topics. 90 percent resulting in out-of-court resolution (see details below).

1. Use of Force.
2. Interrogations/Interviews.
3. Human Intelligence (Informants) recruitment, evaluation, corroboration, management and control.
4. Law Enforcement Investigative Procedures (local and federal).
5. Due Diligence in Obtaining Probable Cause.
6. Undercover & Surveillance Tactics.
7. Entrapment (Undercover & Informant).
8. Controlled Delivery Operations.
9. Domestic and International Narcotic Enforcement Procedures, including RICO/Conspiracy investigations, Money Laundering and other related matters.
10. Physical and Plant Security.
11. Official and Police Corruption & Misconduct.
12. Law enforcement hiring practices & background investigations.