1990 - Present

Law Enforcement Instructor
Since my retirement from the Drug Enforcement Administration in 1990, to date, I have lectured on a contractual basis for many local enforcement agencies on Human Intelligence, Undercover/Covert Operations, Narcotics Investigations [from street level to international], International Operations and more (details on request). I served as a regular instructor of Undercover Tactics and Informant Handling for Ontario Provincial Police Academy for 7 years.

As a lecturer/consultant, on the subject of International Narcotic Enforcement and related subjects, I have appeared before a wide variety of audiences, from the United Nations and the World Presidents Organization to the New York City Council, and The Cato Institute. I lecture frequently at colleges and universities across the US and Canada. In 1993 I was voted the Canadian College Speaker of the Year. I have also been invited as a lecturer/consultant to international drug conferences sponsored by the French, Spanish and Dutch governments. (complete list available on request).

Recent and upcoming significant speaking engagements: New York University's forum on the Intelligence Failures Leading to 9-11; Crimes of Deceit conference