| | |
|---|---|
| | at Melbourne, Australia (topic: Informant handling and its relationship to the intelligence failures leading to 9-11). I will be speaking on informants (Human Intelligence) at MIT on May 3, 2003. |
| 1993-1994 | Named as member of the Mayoral and City Council Automated Teller Machine (ATM) Task Force at the special request of Mayor David Dinkins. The work of this task force resulted in new laws increasing security at the 25,000 automated teller machines in the City of New York. |
| 1992- 1993 | Drug Bureau Chief Barnstable County, Mass. (Cape Cod) Sheriffs Department. |
| 1973-to- 1990 | Drug Enforcement Administration. During this period, I was considered one of DEA's top Undercover/Deep Cover and international narcotic trafficking specialists. I was charged with design and orchestration of some of the government's most significant national and international Deep Cover and conspiracy investigations.<br><br>Highlights:<br>Some of my international RICO and Conspiracy investigations were considered among the most significant in drug war history (see publications) and were recently featured on the History Channel's "Twentieth Century." |