1973 -1990 cont'd

DEA Positions held:

- Country Attaché, Argentina and Uruguay. 1979 - 1982 I was the senior US law enforcement officer in the Southern Cone;
- Special Operations Officer, worldwide
- Inspector of DEA field Operations, worldwide, Office of Professional Responsibility;
- Desk Officer, Cocaine Desk and Heroin Desk, DEA Headquarters, Washington, DC;
- Miami Airport Supervisor, Vice President's South Florida Task Force;
- Instructor/Lecturer, Public Affairs and Training Office. As part of my duties I lectured federal and local law enforcement agencies on Human Intelligence (Informant Handling), Undercover & Deep Cover Tactics, Narcotic Investigations, Conspiracy and more.
- Group Supervisor, New York City Field Division;
- Group Supervisor, New York City Joint Federal State Task Force;
- Acting Group Supervisor, International Group, New York City Field Division.
- Assistant Group Supervisor FBI/DEA Task Force.
- Acting ASAC (Division Leader), New York Field Division.
- Liaison Officer with government of Israel.

Expert Witness

During my career as a DEA officer, I qualified as an Expert Witness testifying as to Undercover Tactics, Controlled Delivery