operations, Narcotic trafficking, Informant Handling, Organized Crime, Conspiracy, Use of Force, investigative procedures and other matters directly and/or peripherally related to violations of US Narcotic and conspiracy laws, on more than 170 occasions.

1970 - 1973

Assistant Group Supervisor, Hard Narcotics Smuggling Division, US Customs. Also held positions of Special Agent and Special Agent/Sky Marshal.
Highlights: Deep Cover investigation in South East Asia during Vietnam conflict resulting in Special Act US Treasury Award, for taking down one of the most significant international heroin smuggling organizations of the time.

Expert Witness
During my career as a Customs officer, I qualified as an Expert Witness testifying as to Narcotic trafficking, Informant Handling, Controlled Delivery Operations, Organized Crime, Conspiracy and other matters directly and/or peripherally related to violations of US Customs laws, informant handling and other enforcement investigative procedures on more than 25 occasions.