| | |
|---|---|
| 1966 - 1970 | Special Agent, Bureau of Alcohol, Tobacco & Firearms (BATF).<br>Expert Witness<br>During my career as a BATF officer, I qualified as an Expert Witness testifying as to all matters related to weapons, narcotics trafficking, Organized Crime, Conspiracy and other matters directly and/or peripherally related to violations of laws enforced by BATF on more than 35 occasions, including but not limited to informant handling. |
| 1965 - 1966 | Special Agent, Intelligence Division of the Internal Revenue Service, OCD (Organized Crime Division) |

EDUCATION:
BBA degree in Accounting with a minor in Economics, June, 1965, Hofstra University.

OTHER SIGNIFICANT TRAINING AND BACKGROUND RELATED TO LAW ENFORCEMENT:

| | |
|---|---|
| 1958 -1961 US Air Force: | Military Police School<br>Sentry Dog Handling School |
| IRS Intelligence Schools | Special Agent School<br>(Tax Fraud Investigations)<br>Tax Law School |
| US Treasury Schools | Treasury Law Enforcement Academy |
| BATF Schools | ATF Investigator School<br>Bomb Investigation and Weapon Schools<br>Executive Protection School. |