| | |
|---|---|
| | Seminars on Crime Scene Investigation.<br>Seminars on Gun Crimes. |
| US Customs Schools | Customs Special Agent Academy (Enforcement of all US Custom laws).<br>Conspiracy Investigations Seminar.<br>Sky Marshal Training Course. |
| DEA Schools | Senior and Mid Level Management Schools,<br>Police Instructor School<br>(Multiple Seminars given by various US Attorneys offices and DEA - Conspiracy/RICO).<br>Two seminars on money laundering investigations.<br>Numerous seminars on Title III investigations given by U.S Attorneys offices, as well as DEA Training Division.<br>Drug Related Homicide seminar.<br>Drug Related Death Seminar (Dr. Michael Baden).<br>Methamphetamine investigations seminars.<br>Seminars on Crime Scene investigations given by NYPD .<br>Intelligence Gathering Principles, (given by CIA).<br>Internal Security Inspectors |
| School | Executive Protection (given by Secret Service)<br><u>State Department Schools while in DEA:</u><br>Foreign Service Institute (foreign Diplomacy and diplomatic Spanish) |