MILITARY-SERVICE

1958 - 1961

US Air Force - served as military police officer and sentry dog handler. Strategic Air Command - Base Security Division of Air Police.

AWARDS

I was considered one of the most decorated agents in the Drug Enforcement Administration. My awards include the Octavio Gonzalez Award, given by the International Narcotic Enforcement Officer's, for the undercover penetration of the Roberto Suarez, Bolivian cocaine cartel; the, then, biggest case in drug war history, along with more than twenty other Justice and Treasury Department awards, and awards from foreign police agencies. (A complete list is attached).

PUBLICATIONS

- *Deep Cover,* nonfiction, *New York Times* bestseller, (Delacorte Publishers, March 1990, since republished by special arrangement between the Author's Guild and iuniverse-numerous foreign translations).
- *Fight Back , How to Take Your own neighborhood Back From the Drug Dealers* (Dell Publications). Recommend reading by the Clinton Administration Drug Policy Office for communities with drug problems.
- *The Big White Lie,* (Thunder's Mouth Press), nonfiction, co-written by my wife, LAURA KAVANAU was published October, 1993 (Numerous foreign translations).
- *The Triangle of Death,* also co-written with Laura Kavanau, published August, 1996 (Delacorte).
- I was a contributing writer in the Cato Institute Book *After Prohibition* (April 2000.
- I contributed a chapter to *Into The Buzzsaw,* Edited by Kristina Borjesson. (Prometheus, March, 2002).