FEE SCHEDULE AND RETAINER AGREEMENT

Re: Rivera v US [inquiry]

I agree to be retained and perform the duties as an expert witness and/or trial consultant and/or private investigator in the above-cited case and warrant that my expertise is as reflected in my CV already furnished you.

My fee schedule is as follows:

1. $150 per hour for the following services: preparation of Expert Witness Reports and/or affidavits; preparation of Q&A sheets for direct, cross and depositions; all research, review, report writing, investigations and consultation. This does not include telephone charges, fax and mail expenses which will be billed separately.

2. $250 per hour for courtroom testimony and prep time with attorney in person.

3. Any day or portion thereof spent out-of-town (outside the greater New York City Metropolitan area) are billed for the minimum full eight hours. ($2000).

4. Travel expenses, airline tickets, car rental, meals & hotel (if applicable) are to be paid in advance.

5. An advance-retainer of $ 5,000 must be received before work is begun, unless other arrangements are made and set forth in writing.[1]

6. A minimum fee of $1500 is charged on all file reviews.

I will furnish you with a complete hourly accounting of all work done and a monthly detailed accounting of all expenses. I will notify you when the advance-retainer is near completion. All advance money not earned or expended will be returned within fifteen days of completion of services.

I have read the above fee schedule and retainer agreement and agree to its terms.

[signature] for Supp Trucker Stephen[?] — 1-9-04

Signed Date

RÉSUMÉ

[1] Visa & MasterCard accepted.

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com