MICHAEL LEVINE
CONSULTING

Detention Facility Inmate Intake form, indicating a bail of 60,000 for a defendant described as Mexican Male, age 31, 5'2", 160lbs. Blk hair, Brn eyes.

14. San Diego County Sheriff's Department property receipt, undated, heavily redacted.

15. State of California Statement of Facts for an arrested party, dated of arrest 1/25/01 indicating that the arrest was as a result of a canine alert at the San ysidro border crossing.

16. 9 Xerox copies of photos [poor copies] of vehicle seized.

17. US Treasury response to FOIA request of attorney Trucchi, dated 5/24/02, signed by Joyce Henderson, Port director, Otay Mesa

18. Spanish to English translation and original Spanish language document of a Power of Attorney granted by Francisco Javier Rivera Agredano [AKA Francisco River Agredano] and Alfonso Calderon Leon on behalf of Carlos Mejia Lopez and Maria del Carmen Calderon Leon, Roberto Calderon Leon and Jose Antonio Calderon [12 pages].

19. FOIA response to attorney Trucchi dated May 28, 2002. [3 pages]

20. US customs ROI [report of investigation] dated 1/30/01, re: conviction and Sentencing of [name redacted]. Indicating that the individual arrested smuggling the marijuana in subject vehicle on 1/25/01 had plead guilty in a State of California court, to "possession of marijuana for sale," on 1/25/01 and sentenced to 39 days in jail on 2/20/01.

21. Standard Forms 95, 28 CFR 14.2 personal injury damage [including property damage] in the amount of $9,325,425, date of claim 7/4/02….

22. 3 letters from US customs Service to attorney Trucchi, dated 9/20/02, pursuant to various FOIA requests.



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com