MICHAEL LEVINE
CONSULTING

23. TECS printout describing the seizure of 40 packages of marijuana at the San Ysidro Border crossing on 1/25/01
24. ROI describing the arrest and seizure in 22 above. [4 pages]
25. State of California Statement of Facts, describing the same arrest detailed in 23.
26. US customs Service memo dated 9/20/02, in response to FOIA request by attorney Trucchi of 4/30/02 [4 pages].
27. US customs Service memo dated 9/20/02, in response to FOIA request by attorney Trucchi of 7/10/02 [4 pages].
28. 4 US Department of Treasury Destruction Orders for various quantities of marijuana, all of which were seized during above cited arrest on 1/25/01.
29. US Treasury Custody Receipt for a Seized Property for a 1987 Nissan, in Spanish and English.
30. 6 documents related to export of the seized Nissan to Mexico, dated around the end of 2001-beginning 2002.
31. US GOVERNMENT CERTIFICATE to obtain title to a vehicle for the 1987 Nissan, in name of Francisco Agredano, dated 9/5/01
32. Temporary registration for the 1987 Nissan in Mexico, dated 10-19-01.
33. State of California title for the 1987 Nissan, dated July 26, 1997 in the name RAMON CORONA, San Diego.
34. US government certificate of sale of the 1987 Nissan to FRANCISCO AGREDANO on 9/1/01
35. FOIA Requests [2] memos dated 4/5/02, by Teresa Trucchi to US Customs, indicating that FRANCISCO AGREDANO, purchased said Nissan in September of 2001 and that in January, 2002 he was arrested by Mexican authorities and several packages of marijuana were discovered in a wheel well. The file requests all records and photographs relating to Jose Jimenez Coronel, the individual from



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com