MICHAEL LEVINE
CONSULTING
TRIAL – SECURITY – MEDIA

Invoice 04-35A

January 2,2008

Suppa, Trucchi & Heinen, LLP
Teresa Trucchi, Esq.
3055 India Street
San Diego, CA, 92103

Matter: Rivera v US

12/28-29/03 Email correspondence-send CV and fee agreement
NC

1/4/03 telcom with T Trucchi, discuss case, unable to open emails. Send fax of CV and Awards and fee agreement..furnish with snail mail address…

1/12/04 receive package with 5,000 retainer and the following materials to review: Inventory and begin review.

1. complaint for Damages, Francisco Javier Rivera Agredano and Alfonso Calderon Leon v US Department of Treasury/US Customs, EG& G Inc., A corp., status unknown; McCormack Auction co, status unknown. 16 pages…f8iled 11/14/02

2. Third amended complaint Rivera et al v US of America; EG&G Inc; McCormack Auction company 16 pages..

3. Standard Forms 95, 28 CFR 14.2 personal injury damage in the amount of $9,320,000, date of claim 7/4/02…. With Basis of claim chronology attached.

P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com