MICHAEL LEVINE
CONSULTING

4. Custody and Receipt For Retained or Seized Property, dated March 19, 2002, under name Jose Jimenez Coronel, Tijuana Mexico.

5. Form, indicating Spanish translation of property seized receipt.

6. Spanish to English Translation of Extension to Judicial Inspection regarding motor vehicle in case 23/2002-11[2 pages, dated 2/14/02.

7. Original Spanish language document in 6 [two pages

8. Spanish to English Translation of a hearing before the 11th district court in Ensenada, Baja California, Mexico. [3 pages], on 2/13/02

9. Original Spanish language document in 8 [abve].

10. US customs SEACATS, printout, heavily redacted, referencing the seizure of a 1987 Nissan Pathfinder in which 27.5 kilos of marijuana was seized and a single person arrested on 1/25/01

11. DEA From 7, Report of Drug Property Seized and laboratory submission report, indicating that on 1/25/01, Customs inspectors at the San ysidro CA port of entry seized Exhibit one from the gas tank of a 1987 Nissan Pathfinder..”One of 40 packages was probed, yielding a green leafy substance which field-tested positive for Marijuana…

12. US customs notice of destruction of drug evidence..indicating that the 27.5 kilos of marijuana seized above were destroyed, with the exception of a “representative sample.”

13. Heavily, undated redacted barely legible San Diego County Sheriff’s Department



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com