whom the Nissan was seized prior to the vehicle being auctioned to Mr. AGREDANO. This request made one week prior to AGREDANO's trial in Mexico for smuggling.

36. FOIA request memo dated 4/8/02 by Teresa Trucchi to US Customs, providing additional information requesting that petition be expedited due to trial date.

37. Federal forfeiture Sale Certificate for Nissan Pathfinder, dated 7/5/01, purchased by Francisco Agredano on 9/5/04.

38. Standard Forms 95, 28 CFR 14.2 personal injury damage in the amount of $1 million, dated 10-9-03 [8 pages]

39. Standard Forms 95, 28 CFR 14.2 property damage in the amount of $3,145, dated 10-9-03 [8 pages].

1/13 to 3/9/04.

a. Review of above materials and preparation of Expert witness Report. [33 page report fedexed on 3/9/04.
b. Research and investigation including the obtaining of Customs training materials; historical research; contact with serving and retired Customs agents for consultation and willingness to testify.

| | |
|---|---|
| Total hours: | |
| 40 hrs @ 150 | 6000 |
| Advance Retainer Received | (5000) |
| Amount Due this Invoice | $1,000 |
| Additional funds received from client 10-29-07 | ($6000) |
| Funds credited to Client Outstanding | (5,000) |

1/22/07 Receive the following items via Federal Express from Attorney Trucchi:

1. Attorneys letter dated January 19, 2007 to Mike detailing that a: there has already been a published decision in each of the cases. b:the b: USA conceded that if this amount of



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com