marijuana was left in the car, then search procedures were not properly followed. (1 page).

2. United States Court of Federal Claims No. 05-608C E Filed: March 27, 2006 Listing PLAINTIFF'S FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON. Motion to Dismiss for lack of Jurisdiction; RCFC 56; Search of Impounded Vehicle for resale; Breach of Contract; Breach of Implied Covenant of Good Faith and Fair Dealing; Whether Failure Adequately to Search Vehicle Constitutes Breach of Contract; Damages Available for Breach; Third – Party Beneficiary. (21 pages).

3. United States Court of Federal Claims No. 05-370C Filed January 30, 2006. Listing PLAINTIFF'S ADRIAN RODRIQUEZ and ALI JAZMIN RODRIQUEZ, Sale on behalf of the Customs Service of a seized vehicle containing hidden drugs; alleged breach of contract; motion to dismiss; subject matter jurisdiction; standing; privity of contract; third party beneficiary; implied warranty; covenant of good faith and fair dealing. (17 pages).

4. Deposition of Aide Nunez dated October 27, 2006. (34 pages of deposition, cover and 4 pages index).

5. Deposition of Joseph Marilao dated October 27, 2006 (29 pages of deposition, cover and 4 pages of index).

6. Deposition of ROBERT HOOD, dated October 27, 2006 ( 32 pages of deposition, cover and 4 pages of index).

7. Deposition of JAYSON P. AHERN dated October 27, 2006 (27 pages of deposition, cover and 4 pages of index).

8. Excerpts from depositions of ROBERT ROOT, DAVID MURPHY OFFICER JOSEPH MARILAO, ROBERT BICKERS,



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com