JAYSON AHERN, AIDE NUNEZ and ROBERT HOOD (6 pages).

9. 2004 Deposition of JAYSON AHERN. Taken June 4th 2004 (61 pages of deposition, cover, 7 pages of index) .

10. Attorney letter Trucchi-Levine dated 1/22/2007 (1 page).

11. 2004 Deposition of ROBERT BICKERS. Taken June 9th 2004. (45 pages of deposition, cover, 4 pages of index).

1/25/07 Receive depositions (Email) of David Murphy, L. Fanning and Robert Bickers. Begin cursory review and inventory of materials received. Also receive check in the amount of $2,000. Email to Ms.Trucchi requesting an additional $4000 advance as per agreement. Also request that all depositions be forwarded to me for review.
3 hours @ $150 — 450

1/29/07 Telcom Levine-Trucchi. Agree that a check for $5,000 will be sent shortly, along with additional materials. Trial scheduled for February. The funds would include the $1,000 past due and provide an advance for continued work. Resend via Email, past due invoice. Continue cursory review and inventory of new materials
2 hours @ 150 — 300

1/30/07 Continue review of materials received, and notes. Cross-checking



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com