with already reviewed materials for inconsistencies and/or false reporting.
3 hours @ $150 450

1/31/07 Continue review of materials received, and notes. Cross-checking with already reviewed materials for inconsistencies and/or false reporting.
2.5 hours @ $150 375

10/11/07 Email correspondence Levine-Trucchi, re: my testimony at trial during week of 10-29 to 11-3. Begin re-review of materials. Notes toward an EW report.
2 hours @ $150 300

10/14/07 Continue review of materials received, and notes. Cross-checking with already reviewed materials for inconsistencies and/or false reporting; notes toward EW report. Request additional $4,000 advance as per agreement.
3 hours @ $150 450

10/16/07 Continue review of materials received, and notes. Cross-checking with already reviewed materials for inconsistencies and/or false reporting; notes toward EW report.
3.5 hours @ $150 525

10/17/07 Continue review of materials received, and notes. Cross-checking with already reviewed materials for inconsistencies and/or false reporting; notes toward EW report.
2 hours @ $150 300

10/19/07 Continue review of materials received, and notes. Cross-checking with already reviewed materials for



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com