MICHAEL LEVINE
CONSULTING

inconsistencies and/or false reporting; notes toward EW report.
2.5 hours @ $150 375

10/20/07 Continue review of materials received, and notes. Cross-checking with already reviewed materials for inconsistencies and/or false reporting; notes toward EW report.
1.5 hours @ $150 225

10/22/07 Continue review of materials received, and notes. Cross-checking with already reviewed materials for inconsistencies and/or false reporting; notes toward EW report. Email Ms. Trucchi about non-receipt of additional materials and check.
1.5 hours @ $150 225

10/29/07 **Receive approximately 1,000 pages of additional review materials with $4,000.** Begin review and inventory.
1 hrs @ $150 150

Materials Received:

1. 2004 Deposition of DAVID MURPHY. Taken June 25th, 2004. (69 pages of deposition, cover and 4 pages of index)

2. 2004 Deposition of ROBERT ROOT. Taken June 24th, 2004. (47 pages of deposition, cover, 6 pages of index)

3. 2004 Deposition of JOESPH MARILAO. Taken June 9th, 2004 (52 pages of deposition, cover, and 5 pages of index)



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com