4. 2007 Deposition of ROBERT BICKERS. Taken January 23rd 2007. (14 pages of deposition, cover, 2 pages of index)

5. APPELLANTS' EXCERPTS of RECORD. Case Number 05-55186 FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON et, al. Appeal from an order Granting Motion for Summary Judgment. (300 pages)

6. Custody Receipt for Retained or Seized Property. Including Vehicle Inventory receipt, Personal Property Inventory for JOSE JIMENEZ CORONEL, Inspection I Basic Information form, Disposition Order, Chain of Custody/ Management Activity Report, U.S Certificate to Obtain title to a Vehicle, Vehicle condition and Inventory Form, Picture of vehicle, Conveyance Evaluation and Fair market Value analysis, Vehicle Initial Services Form, Conveyance Custody Acceptance Report, American Towing Receipt, and Accepted Property Form. (15 pages)

7. San Diego Passenger Processing Information Bulletin. Memo dated 3/15/1999 in regards to Modifications to Seizure Processing and Re-searching of Vehicles Seized. (1 page)

8. San Diego Passenger Processing Information Bulletin. Memo dated 8/30/1999 in regards to Missed Narcotics Loads Additional Procedures (2 pages)

9. San Diego Passenger Processing Information Bulletin. Memo dated 7/2/2001 in regards to Usage of Mobile Truck X-Ray. (3 pages)

10. Port Enforcement Roving Team, Standard Operating Procedures. (15 pages)



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com