11. MEMO dated 9/15/2000 to the Directors, Field Operations From Assistant Commissioner, Office of Field Operations in regards to the Inspection of Forfeited Conveyances Prior to Sale. (1 page).

12. San Diego Canine enforcement Program Border Inspection Station Policy and Procedure dated 11/14/2000 (3 pages) .

13. U.S Customs Service Memo dated 11/28/2000 to Port Directors Southern California CMC from Director, Field Operations Southern California CMC in regards to Inspection of Forfeited Conveyances Prior to Sale. (3 pages) .

14. U.S Customs Service Memo dated 4/10/2001 to Port Directors Southern California CMC from Director, Field Operations Southern California CMC in regards to Inspection of Forfeited Conveyances Prior to Sale. Including email from DAVID MURRAY at DIST SAN DIEGO in regards to the revision of Seized Vehicle Search SOP. (11 pages).

15. San Diego Canine Enforcement Program Border Inspection Station Policy and Procedure dated 3/19/2003 (110 pages).

16. Emails and related documentation to the seizure of the Nissan Pathfinder and the re-screening of all seized and forfeited vehicle in inventory on 8/8/2003 as directed by the Office of Field Operations. (231 pages).

17. Deposition of FRANCISCO JAVIER RIVERA AGREDANO dated 11/28/2006 (111 pages).

18. Deposition of LAWRENCE FANNING dated 6/4/2004 (71 pages of deposition, cover and 7 pages index).



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com