MICHAEL LEVINE
CONSULTING

19. Deposition of LAWRENCE FANNING dated 1/23/2007 (15 pages of deposition, cover and 3 pages index).

20. Deposition of DAVID MURPHY dated 6/4/2004 (30 pages of deposition, cover and 4 pages index)

10/30/07 Email Ms. Trucchi with revised estimate to complete review and final EW report of 40-50 additional hours. Receive Email indicating that pursuant to settlement conversations, I should limit work not to exceed advance.
2 hours @ $150 300

**Account Status as of 1/2/08:**

| | |
|---|---|
| Total Hours worked 5/15/2004 to date: | |
| 32.5 hours @ $150 | $4,875 |
| (Advance outstanding) | (5,000) |
| Client credit Balance | (875) |

Michael Levine Consultant



P.O. Box 533
Stone Ridge
New York 12484
Tel 845-687-9642
Fax 845-687-4916
Pager 845-334-6040
E-mail Expert53@aol.com