# INVOICE

**Gloria D Mayne**
*Certified US Interpreter*
*FTI 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*

10962 Corte Mejillones, San Diego, CA 92130
Phone 619-708-4401
gmayne@san.rr.com

INVOICE # 12808
DATE: FEBRUARY 20, 2008

TO Ms. Teresa Trucchi
Suppa, Trucchi & Henein LLP
3055 India Strett
San Diego, CA 92103
619-252-1683

| DATE | DESCRIPTION AND LOCATION | RATE | TOTAL |
|---|---|---|---|
| 1/28/08 | Certified Court Interpreter Services<br>United States District Court SDCA<br>880 Front St<br>4th Floor Tax Court - H.J. Hewitt<br>Rivera-Agredanous vs U.S.<br>No. 05-608C<br>For Witnesses<br>Full Day | $376.00 | $376.00 |
| 1/29/08 | Certified Court Interpreter Services<br>United States District Court SDCA<br>880 Front St<br>4th Floor Tax Court - H.J. Hewitt<br>Rivera-Agredanous vs U.S.<br>No. 05-608C<br>For Witnesses<br>Half-day | $204.00 | $204.00 |
| | | TOTAL | $580.00 |

Make all checks payable to Gloria D. Mayne
Payable Upon Receipt

**THANK YOU FOR YOUR BUSINESS!**