BCR
BALLERINI COURT REPORTERS

# INVOICE NO. 9578

**Please indicate invoice number when remitting payment.**

**TO:** SUPPA,TRUCCHI & HENEIN, LLP
Attn: TERESA A. TRUCCHI
3055 India Street
San Diego, CA 92103

Date: June 14, 2004

Tax I.D. No. 33-0653878

Client ID: SUPPA

Reporter: Miller Reporting Company, Inc.

**In Re:** Rivera Agredano vs. USA, et al.

**Deposition of:** Jayson Ahern

Date of Service: June 04, 2004

Job No.: 29466

Case No.: 02CV2243B (NLS)

Original and 1 Certified Copy
Condensed Transcript - No Charge
ASCII Disk - No Charge

**Please Pay This Amount** $576.82

**Net due in 30 days**

McClintock Plaza • 1202 Kettner Boulevard, Suite 6100 • San Diego, CA 92101
619.544.0100 • 800.858.3770 • Fax 619.544.0101 • www.deposet.com