BCR
BALLERINI COURT REPORTERS

# INVOICE NO. 11390

**Please indicate invoice number when remitting payment.**

**TO:** SUPPA,TRUCCHI & HENEIN, LLP
Attn: TERESA A. TRUCCHI
3055 India Street
San Diego, CA 92103

Date: February 05, 2007

Tax I.D. No. 33-0653878

Client ID: SUPPA

Reporter: Jennifer Fitzgerald, CSR No. 12166

Date of Service: January 23, 2007

**In Re:** Rivera vs. The United States

Job No.: 31348

**Deposition of:** A) David Murphy
B) Lawrence Fanning
C) Robert Bickers

Case No.: 05-608C

Original & 1 Certified Copy
Rough ASCII
Condensed Transcript - No Charge
ASCII Disk - No Charge

**Please Pay This Amount** $541.52

**Net due in 30 days**