BCR
BALLERINI COURT REPORTERS

# INVOICE NO. 9580

**Please indicate invoice number when remitting payment.**

**TO:** SUPPA,TRUCCHI & HENEIN, LLP
Attn: TERESA A. TRUCCHI
3055 India Street
San Diego, CA 92103

Date: June 17, 2004

Tax I.D. No. 33-0653878

Client ID: SUPPA

Reporter: Jennifer Fitzgerald, CSR No. 12166

**In Re:** Rivera Agredano vs. USA, et al.

**Deposition of:** Lawrence Fanning

Date of Service: June 04, 2004

Job No.: 29457

Case No.: 02cv2243 B (NLS)

Original and 1 Certified Copy
Condensed Transcript - No Charge
ASCII Disk - No Charge

**Please Pay This Amount** $444.35

**Net due in 30 days**