BCR
BALLERINI COURT REPORTERS

# INVOICE NO. 9603

**Please indicate invoice number when remitting payment.**

**TO:** SUPPA,TRUCCHI & HENEIN, LLP
Attn: TERESA A. TRUCCHI
3055 India Street
San Diego, CA 92103

Date: July 07, 2004

Tax I.D. No. 33-0653878

Client ID: SUPPA

Reporter: Jennifer Fitzgerald, CSR No. 12166

Date of Service: June 24, 2004

**In Re:** Rivera Agredano vs. USA, et al.

Job No.: 29493

**Deposition of:** Robert Root

Case No.: 02CV2243 B (NLS)

Original and 1 Certified Copy
Condensed Transcript - No Charge
ASCII Disk - No Charge

**Please Pay This Amount** $284.70

**Net due in 30 days**

McClintock Plaza • 1202 Kettner Boulevard, Suite 6100 • San Diego, CA 92101
619.544.0100 • 800.858.3770 • Fax 619.544.0101 • www.deposet.com