LEGAL REPROGRAPHICS INC.
FAST • QUALITY SERVICE • DAY OR NIGHT
COPYING • IMAGING • DATA • GRAPHICS
110 West C Street - Suite 1600 - San Diego - CA - 92101 - Tel. 619.234.0660 - Fax. 619.234.0668 - www.legalrepro.com

Yes! We Can

# LEGAL REPROGRAPHICS INC.'s INVOICE

BILL TO: Suppa, Trucchi & Henein
3055 India Street
San Diego, CA 92103

INVOICE NUMBER: 0209038-IN
Date: 1/10/2008
Account Number: 01-SUP7330
Sales Order Number: 0174249
Date Due: 2/9/2008

Ordered By: Pat Cunningham
Client Matter Number: Riviera v. USA

Phone: (619) 297-7330

Client Service Manager: Bryan D. Woelfle

Federal Tax I.D. 20-8406482

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| 2,198.000 | Heavy Litigation Copying | 0.180 | 395.64 |
| 58.000 | Color Copies 8.5 X 11" | 0.990 | 57.42 |
| 6.000 | 3 Ring Binders 3" | 9.000 | 54.00 |
| 171.000 | Index Tabs Alpha/Numeric Side | 0.330 | 56.43 |

Thank you for testing LRI's "Yes! We Can" attitude.
Was your job delivered on time? YES_____ NO _____

Send Payment to: PO Box 79509
City of Industry, CA 91716-9509

| | |
|---|---|
| Non-Taxable: | 0.00 |
| Taxable: | 563.49 |
| Sales Tax: | 43.67 |
| Delivery: | 0.00 |
| TOTAL DUE: | 607.16 |

*Terms are net 10 days, your account is subject to carrying charges of 1½% per month after 30 days. See back for additional terms and conditions.*

Signature: ______________________

Date: 1/10/08

*Top/ Original: Accounts Receivable* *Bottom/ Copy: Client Receipt*