# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: August 20, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The Clerk of the Court has received Supplement to Plaintiff Francisco Javier Rivera Agredano's Application for an Award of Reasonable Attorney Fees and Expenses Under 28 U.S.C. Section 2412(b) and/or (d) (Supplement). There is no provision in the Rules of the United States Court of Federal Claims (RCFC) for filing this item and the Supplement shall not be deemed to have been filed. Pursuant to RCFC 7(b), any proposed filing not provided for in the rules shall be accompanied by a motion seeking leave of court to file.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge