ORIGINAL

FILED
AUG 21 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON, | ) | |
| Plaintiffs, | ) | No. 05-608C |
| v. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the United States hereby appeals to the United States Court of Appeals for the Federal Circuit from the June 27, 2008 final judgment in this case.

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

Patricia M. McCarthy / by Franklin E. White

PATRICIA M. McCARTHY
Assistant Director

DAWolak

DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

August 21, 2008

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify under penalty of perjury that on August 21st, 2008, I caused to be served by United States mail (First Class, postage prepaid) copies of this Notice Of Appeal, addressed as follows:

Teresa Trucchi
Suppa, Trucchi & Henein, LLP
3055 India Street
San Diego, CA 92103

______________________