#068497

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-608 C

FILED
AUG 22 2008
U.S. COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO, and )
ALFONSO CALDERON LEON )
) NOTICE OF APPEAL
Plaintiffs, )
v. )
)
THE UNITED STATES, )
)
Defendants. )

Notice is hereby given that FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON, the plaintiffs in the above-entitled action, appeal to the United States Court of Appeals for the Federal Circuit from the following:

1. The final JUDGMENT, entered in this action by the United States Court of Federal Claims [Case Number 05CV608] on or about June 27, 2008 based upon the OPINION filed under seal on June 24, 2008. A true and correct copy of the June 27, 2008 JUDGMENT is attached hereto as Exhibit A. A true and correct copy of the June 24, 2008 OPINION is attached hereto as Exhibit B.

2. The ORDER filed July 30, 2008 by the Court of Federal Claims [Case Number 05CV608] A true and correct copy of the July 30, 2008 ORDER is attached hereto as Exhibit C.

3. The OPINION filed on March 27, 2006 and the OPINION filed on May 3, 2007 by the United States Court of Federal Claims [Case Number 05CV608] as to the dismissal of the claim of

ALFONSO CALDERON LEON and the denial of third party beneficiary status as to ALFONSO CALDERON LEON. A true and correct copy of the March 27, 2006 OPINION is attached hereto as Exhibit D. A true and correct copy of the May 3, 2007 OPINION is attached as Exhibit E.

4. The ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT by the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA [Case Number 02CV2243-B(NLS)] on November 3, 2004 as to the dismissal of the tort claims of FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON. A true and correct copy of the November 3, 2004 ORDER GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT is attached hereto as Exhibit F.

DATED: 8-21-08

Teresa Trucchi, Esq. (SBN #135543)
**SUPPA, TRUCCHI & HENEIN, LLP**
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330
Fax No. (619) 297-9658
Attorneys for Plaintiffs

**PROOF OF SERVICE**

I, BEN PRUM, declare that:

I am over the age of eighteen years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 3055 India Street, San Diego, California 92103.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

On August 21, 2008, I caused to be served the foregoing:

**NOTICE OF APPEAL**

by placing a true copy of each document in a separate envelope to be sent via U.S. Mail and addressed to each addressee, respectively, as follows:

Devin Wolak,
Trial Attorney
U.S. DEPT. OF JUSTICE
Civil Division, Commercial Litigation Branch
Attn.: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
ATTORNEY FOR THE USA

I then sealed each envelope and, with postage thereon fully pre-paid, I placed each for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

////

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this document was executed at San Diego, California.

DATED: August 21, 2008

Ben Prum