No. 05-608C
(Judge Emily Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO and
ALFONSO CALDERON LEON,

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

**DECLARATION OF TERESA TRUCCHI IN SUPPORT OF MOTION AND MOTION TO SUPPLEMENT TO PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO'S APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. SECTION 2412(b) and/or (d)**

**Honorable EMILY HEWITT, Judge Presiding**

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFF
FRANCISCO JAVIER RIVERA AGREDANO

August 26, 2008

I, TERESA TRUCCHI, hereby declare as follows:

1. I am the attorney for the plaintiff in the above entitled matter.

2. Plaintiff hereby respectfully requests leave to supplement his **APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. SECTION 2412(b) and/or (d)** filed July 27, 2008 to seek a Cost of Living Adjustment to the attorney's fees incurred from 2003 to 2008 based on the consumer price index. *See California Marine Cleaning, Inc. v. United States*, (1999) 43 Fed. Cl. 724, 734 (court used and took judicial notice of the consumer price index for calculating EAJA awards).

3. It is my understanding that the USA will file for an extension to respond to the plaintiff's motion for attorney fees under 28 U.S.C. SECTION 2412(b) and/or (d). It is also my understanding that the USA will "defer to the Court" on the issue of whether or not the pending EAJA petition should be supplemented to include the COLA calculations set forth below.

4. As the deadline to file a petition for attorney fees and costs under 28 U.S.C. SECTION 2412(b) and/or (d) has not expired, and the USA has not filed a response to the petition, there would be no prejudice to the USA if the request to supplement is granted. The amount requested pursuant to the COLA calculations is less than the total amount requested under the plaintiff's EAJA petition pursuant to 28 U.S.C. SECTION 2412(b) and/or (d). As such, the requested supplemental pleadings discuss an additional legal ground for relief but do not increase the scope of the relief requested. Furthermore, the request is timely pursuant to RCFC 54(d)(2)(B).

5. I respectfully apologize for any inconvenience caused to the Court and respectfully request leave to supplement the pending EAJA petition to include the COLA calculations and argument as set forth below

6. This court calculates the COLA by multiplying the basic EAJA rate of $125.00 by the current consumer price index for urban consumers, and then, dividing the product by 155.7, the CPI for March 1996 when the cap was imposed. *Gonzalez v. United States*, (1999) 44 Fed. Cl. 764, 770. Furthermore, the COLA should be calculated separately for each year that services were provided. *California Marine Cleaning, Inc. v. United States*, 43 Fed Cl. at 734.

**7.** Accordingly, the COLA adjustments requests in this supplemental request are as follows:

| Year: | Statutory Cap x Consumer Price Index (CPI)* / 1996 CPI | = Hourly Rate |
|---|---|---|
| 2003: | $125 x 184.000/155.7 | = $ 147.71 |
| 2004: | $125 x 188.900/155.7 | = $ 151.65 |
| 2005: | $125 x 195.300/155.7 | = $ 156.79 |
| 2006: | $125 x 201.600/155.7 | = $ 161.85 |
| 2007: | $125 x 207.342/155.7 | = $ 166.46 |
| 2008: | $125 x 214.429/155.7 | = $ 172.15 |

| Year: | Hours x Hourly Rate | = EAJA Fees |
|---|---|---|
| 2003: | 187.75 x $147.71 | = $ 27,732.55 |
| 2004: | 271.25 x $151.65 | = $ 41,135.06 |
| 2005: | 88.00 x $156.79 | = $ 13,797.52 |
| 2006: | 73.75 x $161.85 | = $ 11,936.44 |
| 2007: | 134.50 x $166.46 | = $ 22,388.87 |
| 2008: | 372.75 x $172.15 | = $ 64,168.91 |
| | Total Attorney Fees (COLA) | = **$181,159.35** |

* The CPI was obtained from the Bureau of Labor Statistics's website at www.data.bls.gov., and reflect the urban CPI for all items.

8. Based on the above computations, plaintiff requests EAJA attorney fees in the amount of $181,159.35, plus attorney's costs in the amount of $30,457.01, for the sum of **$211,616.36**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge. This declaration was signed in San Diego, CA on August 26, 2008.

DATED: August 26, 2008

Respectfully Submitted
SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

**CERTIFICATE OF ELECTRONIC FILING**

This document and all attachments was electronically filed on August 26, 2008 and served on opposing counsel electronically.

DATED: August 26, 2008

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs

SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658