**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO and ALFONSO CALDERON LEON, | ) | |
| Plaintiffs, | ) | No. 05-608C |
| v. | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b), defendant respectfully requests an enlargement of time of 7 days, to and including Wednesday, September 3, 2008, within which to respond to the plaintiff's application for attorney fees and expenses pursuant to the Equal Access to Justice Act. Our response is currently due on August 27, 2008. This is our first request for an enlargement of time for this purpose. Counsel for the plaintiff has indicated that he will not oppose this request for an enlargement of time.

The requested enlargement is necessary because, although counsel for the defendant has been working diligently to prepare a response to the plaintiff's petition, his responsibilities to his other cases have limited the amount of time he has been able to devote to the response to the plaintiff's application. In addition to his responsibilities for this case (which include not only responding to the plaintiff's EAJA application, but also evaluating whether the Government wishes to appeal the final decision in this case), counsel for the defendant had been working upon: (1) preparing for and conducting a mediation in T.B. Penick & Sons, Inc. v. United States, Fed. Cl. No. 06-463C, which included multiple trips to San Diego (and discovery and settlement efforts in that case remain ongoing); (2) conducting discovery in Alvarez Engineering, Inc. v. United States, Fed. Cl. No. 07-565C; (3) oral argument in Hogan v. Peake, Fed. Cir. No. 2007-

7177; (4) engaging in settlement negotiations in Native American Contractors v. United States, Fed. Cl. No. 07-270C; (5) preparing responsive pleadings in Annuity Transfers Ltd., et al. v. United States, Fed. Cl. No. 08-386, and Settlement Funding LLC, et al. v. United States, Fed. Cl. No. 08-398C; (6) preparing a response to the amicus brief filed in Prochazka v. United States, Fed. Cl. No. 06-827C; (7) conducting some expedited depositions in KI Liquidation, Inc. v. United States, Fed. Cl. No. 06-465C, to accommodate the witnesses' international travel schedules; (8) preparing a motion for summary judgment in Tidewater Contractors, Inc. v. United States, Fed. Cl. No. 08-128C; and (8) preparing to be married on September 20, 2008 (and be out of the office for the following 2 weeks) (not really work-related, but time-consuming nonetheless).

This workload has left counsel for the defendant with insufficient time to fully and finally prepare the Government's response to the petitioner's EAJA application by the current deadline of August 27, 2008. We anticipate that an additional 7 days will be required to prepare and to file our response.[1]

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

[1] Counsel for the defendant is also seeking enlargements for his other deadlines this week -- in the Annuity Transfers, Settlement Funding, and Tidewater cases mentioned above -- so that he can first finish the EAJA response for this case, and also attend to settlement negotiations in T.B. Penick, Native American Contractors, and, very recently, Burchick Construction Co. v. United States, Fed. Cl. No. 08-15C, which are necessarily both time-consuming and time-sensitive.

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy (by R. T. Blades, Jr.)
PATRICIA M. McCARTHY
Assistant Director

s/ Devin A. Wolak
DEVIN A. WOLAK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel. (202) 616-0170
Fax. (202) 305-7644

August 26, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on August 26, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Devin A. Wolak