# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: August 29, 2008)

| | |
|---|---|
| FRANCISCO JAVIER RIVERA AGREDANO, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for an Enlargement of Time (Motion). Based on the representations contained in the motion, the Motion is GRANTED. Defendant shall file its response to plaintiff's application for attorney fees and expenses on or before Wednesday, September 3, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge