No. 05-608C
(Judge Emily Hewitt)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FRANCISCO JAVIER RIVERA AGREDANO and
ALFONSO CALDERON LEON,

Plaintiffs,

v.

UNITED STATES OF AMERICA

Defendants.

---

**NOTICE OF MOTION AND UNOPPOSED MOTION TO WITHDRAW, WITHOUT PREJUDICE TO RENEW/REFILE FOLLOWING ENTRY OF FINAL JUDGMENT, PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO'S APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. SECTION 2412(b) and/or (d)**

**Honorable EMILY HEWITT, Judge Presiding**

TERESA TRUCCHI SBN# 135543
SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

Attorneys for PLAINTIFF
FRANCISCO JAVIER RIVERA AGREDANO

September 9, 2008

**UNOPPOSED MOTION TO WITHDRAW, WITHOUT PREJUDICE TO RENEW/REFILE FOLLOWING ENTRY OF FINAL JUDGMENT, PLAINTIFF FRANCISCO JAVIER RIVERA AGREDANO'S APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. SECTION 2412(b) and/or (d)**

Plaintiff hereby respectfully requests leave to withdraw, without prejudice to renew/refile following entry of final judgment, his **APPLICATION FOR AN AWARD OF REASONABLE ATTORNEY FEES AND EXPENSES UNDER 28 U.S.C. SECTION 2412(b) and/or (d)** filed July 27, 2008 (including the request set forth in the pending motion to supplement filed August 26, 2008 to seek a Cost of Living Adjustment to the attorney's fees incurred from 2003 to 2008 based on the consumer price index. *See California Marine Cleaning, Inc. v. United States*, (1999) 43 Fed. Cl. 724, 734 – court used and took judicial notice of the consumer price index for calculating EAJA awards).

It is Plaintiff's counsel's understanding that the defendant UNITED STATES OF AMERICA does not oppose this request.

Respectfully Submitted

DATED: September 9, 2008

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658

**CERTIFICATE OF ELECTRONIC FILING**

This document and all attachments was electronically filed on September 9, 2008 and served on opposing counsel electronically.

DATED: September 9, 2008

SUPPA, TRUCCHI & HENEIN, LLP
s/Teresa Trucchi
By: TERESA TRUCCHI
Attorneys for Plaintiffs

SUPPA, TRUCCHI, AND HENEIN, LLP
3055 India Street
San Diego, CA 92103
Telephone: (619) 297-7330
Telefax : (619) 297-9658