# In the United States Court of Federal Claims

No. 05-608 C

(E-Filed: September 10, 2008)

FRANCISCO JAVIER RIVERA AGREDANO,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court are the following filings: plaintiff's Motion for Plaintiff Francisco Javier Rivera Agredano's Application for an Award of Reasonable Attorneys Fees and Expenses Under 28 U.S.C. Section 2412(b) and/or (d) (Application), filed on July 27, 2008; plaintiff's Motion to Supplement to Plaintiff Francisco Javier Rivera Agredano's Application for an Award of Reasonable Attorney Fees and Expenses Under 28 U.S.C. Section 2412(b) and/or (d) (Supplement), filed on August 26, 2008; defendant's Response to Plaintiff Francisco Javier Rivera Agredano's Application for an Award of Reasonable Attorney Fees and Expenses Under 28 U.S.C. Section 2412(b) and/or (d) (Response), filed on September 2, 2009; and plaintiff's Unopposed Motion to Withdraw, Without Prejudice to Renew/Refile Following Entry of Final Judgment, Plaintiff Francisco Javier Rivera Agredano's Application for an Award of Reasonable Attorney Fees and Expenses Under 28 U.S.C. Section 2412(b) and/or (d) (Motion to Withdraw), filed on September 9, 2008. The office of the clerk forwarded the Motion to Withdraw to the court with a notice of deficiency stating that plaintiff filed the Motion to Withdraw as a reply to the Response and not as a separate motion.

The substantive issue before the court is the propriety of considering at this time plaintiff's claim for attorneys fees and expenses under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Defendant stated in its Response and plaintiff agreed in its Motion to Withdraw that plaintiff's EAJA application is not ripe until there is a final judgment in this case. The court agrees.

In its Motion to Withdraw plaintiff asked for leave to withdraw the Application and Supplement, without prejudice. Notwithstanding the fact that plaintiff filed the Motion to Withdraw as a reply and not as separate motion, the court will treat the Motion to Withdraw as a separate motion.

The court GRANTS plaintiff's Motion to Withdraw, without prejudice to plaintiff's right to file an EAJA application at an appropriate time. The court therefore DENIES AS MOOT plaintiff's Application and Supplement.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge